```
         IN THE UNITED STATES DISTRICT COURT
       FOR THE EASTERN DISTRICT OF PENNSYLVANIA

NEAL MILLER, et al.,          :    CIVIL ACTION
                              :    NO. 20-6301
     Plaintiffs,              :
                              :
  v.                          :
                              :
CITY OF PHILADELPHIA, et al., :
                              :
     Defendants.              :
```

## SECOND SCHEDULING ORDER

**AND NOW,** this **2nd** day of **November, 2022,** it is hereby **ORDERED** that:

1. All attorneys appearing before Judge Robreno must be registered on ECF. All official filings submitted to the Clerk of Court must be filed directly by the attorney on to ECF. All orders, opinions, and other docket entries generated from chambers will likewise be filed directly on to ECF. Notice of these chamber entries will be communicated to counsel either by ECF or ordinary mail.

2. Any third-party complaints shall be filed by **November 12, 2022,** unless leave is granted thereafter.

3. Any motions for leave to amend the pleadings shall be filed by **November 12, 2022.**[1]

---

[1] All requests for action by the Court shall be by motion, see Fed. R. Civ. P. 7(b), except for routine requests, which may be by letter to the Court with copies to all parties, indicating in such a letter whether the other parties consent to

      4.    All fact discovery shall be completed by **April 20, 2023.**

      5.    All expert discovery shall be completed by **May 24, 2023.**

      6.    Any motions for summary judgment shall be filed by **June 24, 2023.** Responses to any motions for summary judgment shall be filed by **July 23, 2023.**

      7.    In the event a motion for summary judgment is filed, pre-trial deadlines set forth in the following paragraphs are suspended until further order of the Court.

      8.    Pretrial memoranda pursuant to Local Rule of Civil Procedure 16.1(c), proposed voir dire questions, jury instructions,[2] special interrogatories, and verdict forms for a jury trial (or proposed findings of fact and conclusions of law for a non-jury trial); and any motions in limine shall be filed by **June 15, 2023.** Responses to any motions shall be filed by **June 19, 2023.**

---

the request. Reply briefs shall not be filed for motions of any nature without prior leave of Court. A copy of the proposed reply brief limited to the issues raised in the response shall be attached whenever leave is requested.

[2]    Each proposed jury instruction should be numbered, should appear on a separate page, and should include citations to the authorities supporting the proposed instruction.

9. The case shall be placed in the trial pool on **July 23, 2023,** or, if a motion for summary judgment is filed, 30 days from the disposition of the motion. Once placed in the trial pool, a case may be called to trial upon twenty-four hours' notice to counsel.

10. If agreeable to both parties, counsel for plaintiff shall telephone Judge Robreno's Chambers to schedule a settlement conference with Magistrate Judge Richard Lloret.

11. Plaintiff's counsel shall advise the Court promptly of settlement of the case.

**AND IT IS SO ORDERED.**

*Eduardo C. Robreno*
**EDUARDO C. ROBRENO, J.**