```
             IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA

NEAL MILLER, et al.,          :    CIVIL
                              :    ACTION NO.
         Plaintiffs,          :    20-6301
                              :
   v.                         :
                              :
CITY OF PHILADELPHIA, et al., :
                              :
         Defendants.          :
```

## THIRD SCHEDULING ORDER

**AND NOW,** this **3rd** day of **April, 2023,** upon consideration of Plaintiffs' unopposed request for an extension of time, it is hereby **ORDERED** that the request is **GRANTED** for good cause shown. The Court's Second Scheduling Order (ECF No. 39) is accordingly **AMENDED** as follows:

1. All attorneys appearing before Judge Robreno must be registered on ECF. All official filings submitted to the Clerk of Court must be filed directly by the attorney on to ECF. All orders, opinions, and other docket entries generated from chambers will likewise be filed directly on to ECF. Notice of these chamber entries will be communicated to counsel either by ECF or ordinary mail.

2. All fact discovery shall be completed by **July 19, 2023.**

3. All expert discovery shall be completed by **August 22, 2023.**

4. Any motions for summary judgment shall be filed by **September 22, 2023.** Responses to any motions for summary judgment shall be filed by **October 23, 2023.**

5. In the event a motion for summary judgment is filed, pre-trial deadlines set forth in the following paragraphs are suspended until further order of the Court.

6. Pretrial memoranda pursuant to Local Rule of Civil Procedure 16.1(c), proposed voir dire questions, jury instructions,[1] special interrogatories, and verdict forms for a jury trial (or proposed findings of fact and conclusions of law for a non-jury trial); and any motions in limine shall be filed by **October 13, 2023.** Responses to any motions shall be filed by **October 18, 2023.**

7. The case shall be placed in the trial pool on **October 23, 2023,** or, if a motion for summary judgment is filed, 30 days from the disposition of the motion. Once placed in the trial pool, a case may be called to trial upon twenty-four hours' notice to counsel.

---

[1] Each proposed jury instruction should be numbered, should appear on a separate page, and should include citations to the authorities supporting the proposed instruction.

8. If agreeable to both parties, counsel for plaintiff shall telephone Judge Robreno's Chambers to schedule a settlement conference with Magistrate Judge Richard Lloret.

9. Plaintiff's counsel shall advise the Court promptly of settlement of the case.

**AND IT IS SO ORDERED.**

*Eduardo C. Robreno*
**EDUARDO C. ROBRENO, J.**