CERTIFICATION OF SERVICE

I hereby certify that counsel for all parties in interest in this matter were served with a copy of the attached Motion via the court's electronic filing service as of the date of filing hereof.

        /s/ Michael S. Levin