## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **NEAL MILLER and DONNA MILLER**, individually and as Administrators of the Estate of Ryan Miller, a minor, deceased<br><br>**v.**<br><br>**POLICE OFFICER JOSEPH WOLK, et al.** | **CIVIL ACTION**<br><br>**NO. 20-6301** |

# O R D E R

**AND NOW**, this 14ᵗʰ day of September, 2023, this case having been transferred to the undersigned upon the retirement of Judge Robreno, upon consideration of Plaintiffs' Motion to Extend Discovery or, in the Alternative, to Preclude Testimony of Witness Disclosed Out of Time (ECF 46), and the response thereto, it is hereby **ORDERED** that the Motion is **GRANTED** in part and **DENIED** in part.  The case deadlines in this case are hereby extend sixty (60) days.  Plaintiffs' motion is denied, without prejudice, s to other matters, but may be renewed after the close of fact discovery.

The Court will have a Rule 16 conference by telephone on September 27, 2023 at 2:45 p.m.  Counsel shall file a joint or separate status reports concerning discovery, limited to five (5) pages, by September 25, 2023.

**BY THE COURT:**

**/s/ Michael M. Baylson**

**_____**

**MICHAEL M. BAYLSON, U.S.D.J.**

O:\CIVIL 20\20-6301 Miller v Wolk\20-cv-6301 Order on mot to ext discov.docx