IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **NEAL MILLER and DONNA MILLER**, individually and as Administrators of the Estate of Ryan Miller, a minor, deceased<br><br>v.<br><br>**POLICE OFFICER JOSEPH WOLK, et al.** | **CIVIL ACTION**<br><br>**NO. 20-6301**<br><br>**DATE OF NOTICE:** September 18, 2023 |

## **NOTICE**

Please be advised that a **PRELIMINARY PRETRIAL CONFERENCE** will be held by telephone on **September 27, 2023 at 2:45 p.m.** with the Honorable Michael M. Baylson. Counsel for Plaintiff will initiate the telephone conference and when all counsel are on the line, call Chambers at 267-299-7520.

Attached is a Conference Information Report which you are required to complete and forward to the Court (no cover letter needed) **at least two days prior** to the conference. Do not have this Report docketed (Email Chambers_of_Judge_Michael_Baylson@paed.uscourts.gov or fax to 267-299-5078). Also attached is the Court's Pretrial and Trial Procedures.

If trial counsel in this case is unavailable at the time of the conference, another attorney in trial counsel's office, who should be familiar with the case, is required to appear at the conference. The conference will be continued to another date only if no attorney familiar with the case is available.

s/ Lori K. DiSanti

_____
Lori K. DiSanti
Deputy Clerk to Judge Baylson
267-299-7520

O:\CIVIL 20\20-6301 Miller v Wolk\20cv6301 pptc notice.doc