## CONFERENCE INFORMATION REPORT

CIVIL ACTION NO._____ SHORT CAPTION _____

JURY TRIAL _____            NON-JURY TRIAL _____            ARBITRATION _____

TRIAL COUNSEL            _____

REPRESENTING            _____

LAW FIRM            _____

ADDRESS            _____

TELEPHONE & FAX            _____

DATE FOR COMPLETION OF ALL DISCOVERY            _____

PROTRACTED DISCOVERY REQUIRED?            _____
                                                                                    Yes/No

IF YES, DESCRIBE PROPOSED DISCOVERY SEGMENTS BY SUBEJCT MATTER OR PARTIES AND SUGGEST DATES FOR SEGMENTS:

SETTLEMENT CONFERENCE:            WHEN REQUESTED?  _____

MAGISTRATE JUDGE \_\_\_\_ COURT MEDIATOR \_\_\_\_ PRIVATE MEDIATOR _____
                              (LOCAL CIV. R. 53.3)                                        (Name)

TRIAL TIME:   TIME TO PRESENT YOUR CASE _____
                        TIME FOR ENTIRE TRIAL            _____

OTHER COMMENTS:

                                                            _____
                                                            SIGNATURE OF COUNSEL

DATE _____            _____
                                                            TYPE OR PRINT NAME

This form should be faxed to Chambers at 267-299-5078 or emailed to Chambers_of_Judge_Michael_Baylson @paed.uscourts.gov