IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **NEAL MILLER and DONNA MILLER,** individually and as Administrators of the Estate of Ryan Miller, a minor, deceased.<br><br>v.<br><br>**POLICE OFFICER JOSEPH WOLK, et al.** | **CIVIL ACTION**<br><br>**NO. 20-6301** |

## SCHEDULING ORDER

**AND NOW**, this 27th day of September 2023, after a pretrial conference pursuant to Rule 16, Federal Rules of Civil Procedure:

1. Discovery deadline:   _November 30, 2023_____.

2. Exchange of expert reports pursuant to Rule 26(a)(2).

    Plaintiff:   _NA__.

    Defendant:   _NA__.

3. This case is REFERRED to U.S. Magistrate Judge _Arteaga_ for settlement purposes. Judge Arteaga Chambers will contact counsel as to whether settlement discussions have taken place and to schedule a settlement conference.

4. Deadline for dispositive motions:   December 15, 2023_.

5. Pretrial Memoranda filed and served pursuant to Local Rule 16.1(c), and service of a copy of trial exhibits:

    Plaintiff:   _January 10, 2024_____.

    Defendant:   _January 20, 2024_____.

6. Date for trial or entry into trial pool:   _March 1, 2024___.

The parties shall follow Judge Baylson's pretrial and trial procedures.

**BY THE COURT:**

_s/ Michael M. Baylson_____
**MICHAEL M. BAYLSON, U.S.D.J.**