IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **NEAL MILLER and DONNA MILLER,** individually and as Administrators of the Estate of Ryan Miller, a minor, deceased<br><br>v.<br><br>**POLICE OFFICER JOSEPH WOLK, et al.** | **CIVIL ACTION**<br><br>**NO. 20-6301** |

## O R D E R

**AND NOW**, this 13th day of November, following an unrecorded telephone conference with counsel this date, Plaintiffs' Motion to Compel (ECF 57) is **GRANTED** in part and **DENIED** in part. Counsel have agreed to provide the names of certain individuals who may have information relevant to this case, under a protective order, which information shall be kept confidential. Discovery is extended to December 23, 2023. Counsel shall file a joint status report on this issue no later than December 15, 2023.

BY THE COURT:

/s/ Michael M. Baylson
_____
MICHAEL M. BAYLSON, U.S.D.J.

O:\CIVIL 20\20-6301 Miller v Wolk\20-cv-6301 Order re MTC.docx