IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **NEAL MILLER and DONNA MILLER,** Individually and as Administrators of the Estate of RYAN MILLER, a Minor, Deceased | CIVIL ACTION |
| **Plaintiffs,** | |
| v. | No. 20-6301 |
| **Police Officer Joseph Wolk,** | |
| **Defendant** | |

## SCHEDULING ORDER

**AND NOW**, this 13th day of December 2023, upon consideration of the parties' Joint Proposed Scheduling Order, it is **ORDERED** as follows:

1. The parties shall comply with the following deadlines:

   a. Deadline for dispositive motions: February 01, 2024.

   b. Responses to such motions shall be filed no later than February 20, 2024.

   c. Pretrial Memoranda filed and served pursuant to Local Rule 16.1(c), and service of a copy of trial exhibits:

      i. Plaintiff: April 01, 2024.

      ii. Defendant: April 15, 2024

   d. Date for trial or entry into trial pool: May 1, 2024

The parties shall follow Judge Baylson's pretrial and trial procedures.

BY THE COURT:

/s/ Michael M. Baylson
_____
**MICHAEL M. BAYLSON, U.S.D.J.**