AA-500S TX
PAGE 1

# Commonwealth of Pennsylvania Police Crash Report

**Incident Number:** 201915044176

**Crash Involves:** ☐ DUI  ☒ Fatality  ☐ Hit and Run  ☒ Commercial Vehicle  ☐ State Police Vehicle  ☐ Local Police Vehicle   **REPORTABLE CRASH**
☐ N/A  ☐ Work Zone  ☐ ATV  ☐ Snowmobile  ☐ Commonwealth Vehicle  ☐ Local Gov Vehicle

## Police Agency Data

| Agency Name | Case Closed | Patrol Zone | Investigation Date |
|---|---|---|---|
| PHILADELPHIA | NO | 03 | 05/08/2019 |

| Dispatch Time | Arrival Time | Investigator | Badge Number |
|---|---|---|---|
| 19:47 hrs. | 20:00 hrs. | SAVINO, CHRISTOPHER | 05458 |

| Approval Date | Reviewer | Reviewer Badge Number |
|---|---|---|
| | | |

## Crash Data

| Date of Crash | Time of Crash | Day of the Week | Crash Description |
|---|---|---|---|
| 05/07/2019 | 19:27 hrs. | TUESDAY | SIDESWIPE (OPPOSITE DIRECTION) |

| County | Municipality |
|---|---|
| PHILADELPHIA | PHILADELPHIA CITY |

| Weather Conditions | Relation to Roadway |
|---|---|
| NO ADVERSE CONDITIONS | ON TRAVEL LANES |

| Illumination | Road Surface Conditions |
|---|---|
| DUSK | DRY |

| # of Units | # of People | # of Injured | # Killed |
|---|---|---|---|
| 002 | 002 | 000 | 001 |

| School Bus Related | School Zone Related | PennDOT Notified | Type of Intersection | Special Location |
|---|---|---|---|---|
| NO | NO | NO | "T" INTERSECTION | NOT APPLICABLE |

## Work Zone

| Work Zone | Work Zone Type | Where in Work Zone |
|---|---|---|
| NO | | |

| Speed Limit | Workers Present | Officer Present | Work Zone Characteristics |
|---|---|---|---|
| | | | ☐ Lane Closure  ☐ Road Closed with Detour  ☐ Work on Shoulder or Median  ☐ Intermittent or Moving Work  ☐ Flagger Control  ☐ Other |

## Principal Road

| Route Signing | Route Number | Segment Number | Travel Lanes | Speed Limit | Orientation |
|---|---|---|---|---|---|
| LOCAL ROAD OR STREET | 0000 | | 02 | 35 MPH | SOUTH |

| House Number | Street Name | St. Ending |
|---|---|---|
| | TACONY | STREET |

## Intersecting Rd.

Used in Intersection Crashes

| Route Signing | Route Number | Segment Number | Travel Lanes | Speed Limit | Orientation |
|---|---|---|---|---|---|
| LOCAL ROAD OR STREET | 0000 | | 01 | 25 MPH | EAST |

| Street Name | St. Ending |
|---|---|
| FRALEY | STREET |

## Distance From Landmark

**Landmark 1** (Used for Mid-Block Crashes)

| Route Number | Or Mile Post | Tenths | Or Segment Marker | Ramp Use Only | Feet |
|---|---|---|---|---|---|
| | | | | | |

| Street Name | Street Ending | Or Miles | Tenths |
|---|---|---|---|
| | | | |

**Landmark 2**

| Route Number | Or Mile Post | Tenths | Or Segment Marker | Ramp Use Only |
|---|---|---|---|---|
| | | | | |

| Street Name | Street Ending |
|---|---|
| | |

The above entry is the distance from the Crash Scene to Landmark 1

## GPS

| Latitude: | Degrees 40 | Minutes 00 | Seconds 34 | Decimal 520 | Longitude: - | Degrees 75 | Minutes 03 | Seconds 50 | Decimal 830 |
|---|---|---|---|---|---|---|---|---|---|

## TCD

| Traffic Control Device | Traffic Control Functioning |
|---|---|
| TRAFFIC SIGNAL | DEVICE FUNCTIONING PROPERLY |

## Lane

| Lane Closed | Lane Closure Direction | Traffic Detoured | Estimated Time Closed |
|---|---|---|---|
| FULLY | ALL (N,S,E,W) | YES | 1-3 HRS |

### Environmental / Roadway Potential Factors (E/R)

| Factor 1 | Factor 2 | Factor 3 |
|---|---|---|
| NONE | | |

## Event Information

### First Harmful Event in the Crash

| Unit Number | Harmful Event |
|---|---|
| 001 | HIT UNIT 2 |

### Most Harmful Event in the Crash

| Unit Number | Harmful Event |
|---|---|
| 001 | HIT UNIT 2 |

| Indicated Prime Factor | Unit Number | Prime Factor Driver Action |
|---|---|---|
| DRIVER ACTION | 001 | RUNNING RED LIGHT |

| Prime Factor Environmental/Roadway | Prime Factor Vehicle Failure | Prime Factor Pedestrian Action |
|---|---|---|
| | | |

| Road Surface Type | Special Jurisdiction |
|---|---|
| BLACKTOP | NO SPECIAL JURISDICTION |

---

Printed At: PHILADELPHIA    5/8/2019    12:40 AM    1    Form #: 201915044176

CITY 004

Crash Involves: ◯ DUI  ● Fatality  ◯ Hit and Run  ● Commercial Vehicle  ◯ State Police Vehicle  ◯ Local Police Vehicle   REPORTABLE CRASH
◯ N/A  ◯ Work Zone  ◯ ATV  ◯ Snowmobile  ◯ Commonwealth Vehicle  ◯ Local Gov Vehicle

## Driver/Pedestrian Information

| Unit Number | Type Unit | | | | | Commercial Vehicle |
|---|---|---|---|---|---|---|
| 001 | Motor Vehicle in Transport | | | | | No |

| First Name | MI | Last Name | | Suffix | DOB | Telephone Number |
|---|---|---|---|---|---|---|
| RYAN | | MILLER | | | 12/25/2003 | |

| Street Address | City | | State | Zip Code |
|---|---|---|---|---|
| 5723 CHARLES ST | PHILADELPHIA | | PA | 19135 |

| Gender | License Number | License State | Class | Expiration Date | Owner/Driver |
|---|---|---|---|---|---|
| MALE | 00000000 | PA | ID | 12/25/2020 | UNKNOWN |

| Driver Presence | Physical Condition |
|---|---|
| DRIVER OPERATED VEHICLE | APPARENTLY NORMAL |

| Violation 1 | Person Charged |
|---|---|
| FAILURE TO STOP AT RED SIGNAL | N - NOT CHARGED |
| Violation 2 | Person Charged |
| | |
| Violation 3 | Person Charged |
| | |
| Violation 4 | Person Charged |
| | |

| Alcohol/Drugs Suspected | Alcohol Test Type | Alcohol Test Results |
|---|---|---|
| UNKNOWN | UNKNOWN IF TEST GIVEN | |

| Drug Test Type | Drug Test Results |
|---|---|
| UNKNOWN IF TEST GIVEN | UNKNOWN IF TESTED FOR DRUGS |

| Driver Action | RUNNING RED LIGHT |
|---|---|

| Pedestrian Action | Pedestrian Signals | Pedestrian Clothing | Pedestrian Location |
|---|---|---|---|
| | | | |

| | Left or Right Side | Most Harmful | Utility Pole Number |
|---|---|---|---|
| 1st Harmful Event: HIT UNIT 2 | | YES | |
| 2nd Harmful Event | | | |
| 3rd Harmful Event | | | |
| 4th Harmful Event | | | |

## Vehicle Information

| Owner First Name | Owner MI | Owner Last Name or Business Name | Suffix |
|---|---|---|---|
| RYAN | | MILLER | |

| Street Address | City | State | Zip Code | Telephone Number |
|---|---|---|---|---|
| 5723 CHARLES ST | PHILADELPHIA | PA | 19135 | |

| Vehicle Type | Vehicle Automation | Special Usage | Government Equipment Number |
|---|---|---|---|
| OTHER TYPE SPEC VEH | NO AUTOMATION | NOT APPLICABLE | |

| Model Year | Vehicle Make | Vehicle Model | Vehicle Color | VIN |
|---|---|---|---|---|
| | YAMAHA | SCOOTER | BLACK | RKRSEB1Y8GA001274 |

| License Plate | Reg. State | Est. Speed | Vehicle Towed | Towed By |
|---|---|---|---|---|
| 000000 | | 999 | YES | PHILA POLICE TOW SQUAD |

| Insurance | Insurance Company | Policy Number | Expiration Date |
|---|---|---|---|
| NO | | | |

| Direction of Travel | Vehicle Position | Vehicle Movement | Initial Impact Point |
|---|---|---|---|
| EAST | LEFT LANE | TURNING LEFT | 12 O'CLOCK |

| Damage Indicator | Gradient | Road Alignment | Possible Vehicle Failures |
|---|---|---|---|
| DISABLING | LEVEL | STRAIGHT | NONE |

### Trailing Units

| # of Units | Type Unit 1 | Tag Number | Tag Year | Tag State |
|---|---|---|---|---|
| 0 | | | | |
| | Unit Make | | Unit Owner | |

| Type Unit 2 | Tag Number | Tag Year | Tag State |
|---|---|---|---|
| | | | |
| Unit Make | | Unit Owner | |

### Motorcycle

| Engine Size | Passenger? | Saddle Bag/Trunk? | Trailer? | Driver Education? |
|---|---|---|---|---|
| cc | | | | |

| Driver Helmet Type | Helmet Stayed On? | DOT/Snell Designation? | Eye Protection? | Long Sleeves? | Long Pants? | Over Ankle Boots? |
|---|---|---|---|---|---|---|
| | | | | | | |
| Passenger Helmet Type | Helmet Stayed On? | DOT/Snell Designation? | Eye Protection? | Long Sleeves? | Long Pants? | Over Ankle Boots? |

### Pedalcycle

| Passenger? | Helmet? | Head Lights? | Rear Reflectors? |
|---|---|---|---|

**Crash Involves:** ◯ DUI ● Fatality ◯ Hit and Run ● Commercial Vehicle ◯ State Police Vehicle ◯ Local Police Vehicle — REPORTABLE CRASH
◯ N/A ◯ Work Zone ◯ ATV ◯ Snowmobile ◯ Commonwealth Vehicle ◯ Local Gov Vehicle

## Driver/Pedestrian Information

| Field | Value |
|---|---|
| Unit Number | 002 |
| Type Unit | Motor Vehicle in Transport |
| Commercial Vehicle | Yes |
| First Name | AUGUSTO |
| MI | |
| Last Name | ESPINOSA |
| Suffix | |
| DOB | 02/03/1961 |
| Telephone Number | (215) 852-9853 |
| Street Address | 3009 LONGSHORE AVE |
| City | PHILADELPHIA |
| State | PA |
| Zip Code | 19149 |
| Gender | MALE |
| License Number | 26439174 |
| License State | PA |
| Class | A |
| Expiration Date | 02/14/2023 |
| Owner/Driver | PRIVATE VEHICLE OWNED/LEASED BY DRIVER |
| Driver Presence | DRIVER OPERATED VEHICLE |
| Physical Condition | APPARENTLY NORMAL |

| Violation | Description | Person Charged |
|---|---|---|
| Violation 1 | | |
| Violation 2 | | |
| Violation 3 | | |
| Violation 4 | | |

| Field | Value |
|---|---|
| Alcohol/Drugs Suspected | NO |
| Alcohol Test Type | TEST NOT GIVEN |
| Alcohol Test Results | |
| Drug Test Type | NONE |
| Drug Test Results | NO DRUGS REPORTED |
| Driver Action | NO CONTRIBUTING ACTION |

| Pedestrian Action | Pedestrian Signals | Pedestrian Clothing | Pedestrian Location |
|---|---|---|---|
| | | | |

| Harmful Event | Description | Left or Right Side | Most Harmful | Utility Pole Number |
|---|---|---|---|---|
| 1st Harmful Event | STRUCK BY UNIT 1 | | YES | |
| 2nd Harmful Event | | | | |
| 3rd Harmful Event | | | | |
| 4th Harmful Event | | | | |

## Vehicle Information

| Field | Value |
|---|---|
| Owner First Name | AUGUSTO |
| Owner MI | |
| Owner Last Name or Business Name | ESPINOSA |
| Suffix | |
| Street Address | 3009 LONGSHORE AVE |
| City | PHILADELPHIA |
| State | PA |
| Zip Code | 19149 |
| Telephone Number | (215) 852-9853 |
| Vehicle Type | LARGE TRUCK |
| Vehicle Automation | NO AUTOMATION |
| Special Usage | TRACTOR TRAILER |
| Government Equipment Number | |
| Model Year | 1999 |
| Vehicle Make | OTHER |
| Vehicle Model | 4800 |
| Vehicle Color | WHITE |
| VIN | 1XKWDB9X1XJ815567 |
| License Plate | AG83997 |
| Reg. State | PA |
| Est. Speed | 025 |
| Vehicle Towed | NO |
| Towed By | |
| Insurance | UNKNOWN |
| Insurance Company | |
| Policy Number | |
| Expiration Date | |
| Direction of Travel | SOUTH |
| Vehicle Position | RIGHT LANE "CURB" |
| Vehicle Movement | GOING STRAIGHT |
| Initial Impact Point | 5 O'CLOCK |
| Damage Indicator | FUNCTIONA |
| Gradient | LEVEL |
| Road Alignment | STRAIGHT |
| Possible Vehicle Failures | NONE |

### Trailing Units

| # of Units | Type Unit 1 | Tag Number | Tag Year | Tag State |
|---|---|---|---|---|
| 1 | SEMI-TRAILER | 2365256 | 2016 | ME |

| Unit Make | Unit Owner |
|---|---|
| HERCULES GALION | TREND INTERMODEL CHASSIS LEASING |

| Type Unit 2 | Tag Number | Tag Year | Tag State |
|---|---|---|---|
| | | | |

| Unit Make | Unit Owner |
|---|---|
| | |

### Motorcycle

| Engine Size | Passenger? | Saddle Bag/Trunk? | Trailer? | Driver Education? |
|---|---|---|---|---|
| cc | | | | |

| Driver Helmet Type | Helmet Stayed On? | DOT/Snell Designation? | Eye Protection? | Long Sleeves? | Long Pants? | Over Ankle Boots? |
|---|---|---|---|---|---|---|
| | | | | | | |

| Passenger Helmet Type | Helmet Stayed On? | DOT/Snell Designation? | Eye Protection? | Long Sleeves? | Long Pants? | Over Ankle Boots? |
|---|---|---|---|---|---|---|
| | | | | | | |

### Pedalcycle

| Passenger? | Helmet? | Head Lights? | Rear Reflectors? |
|---|---|---|---|
| | | | |

AA-500S TX
**Commonwealth of Pennsylvania Police Crash Report** — PAGE 4

Incident Number: 201915044176

Crash Involves: ○ DUI  ● Fatality  ○ Hit and Run  ● Commercial Vehicle  ○ State Police Vehicle  ○ Local Police Vehicle  **REPORTABLE CRASH**
○ N/A  ○ Work Zone  ○ ATV  ○ Snowmobile  ○ Commonwealth Vehicle  ○ Local Gov Vehicle

## Commercial Vehicle

| Field | Value |
|---|---|
| Unit Number | 2 |
| Number of Axles | 05 |
| Carrier Name | WORLD LOGISTICS USA INC |
| Phone Number | (609) 259-6102 |
| Street Address | 173 ROUTE 526 |
| City | ALLENTOWN |
| State | NJ |
| Zip Code | 08501 |
| Cargo Body Type | VAN / ENCLOSED BOX |
| Vehicle Configuration | TRACTOR / SEMI-TRAILER(S) |
| GVWR | 080000 |
| Oversize Load | NO |
| USDOT Number | 00823590 |
| ICC Number | |
| PUC Number | |
| Hazardous Materials | NO |
| HazMat Class 1 | |
| Release Indicator 1 | |
| HazMat Class 2 | |
| Release Indicator 2 | |
| HazMat Class 3 | |
| Release Indicator 3 | |
| HazMat Class 4 | |
| Release Indicator 4 | |

## Fatality

| Field | Value |
|---|---|
| Unit # | 1 |
| Driver Restrictions Compliance | NOT A PENNSYLVANIA DRIVER |
| Driver Endorsement Compliance | NONE REQUIRED |
| Driver License Compliance | NOT A PENNSYLVANIA DRIVER |
| Principal Impact Point | 12 O'CLOCK |
| Avoidance Maneuver | INCONCLUSIVE |
| Under Ride Indicator | UNDERRIDE, NO COMPARTMENT INTRUSION |
| Emergency Use | NOT IN EMERGENCY USE |

## People Information

| Field | Value |
|---|---|
| Unit # | 001 |
| Person No. | 001 |
| First Name | RYAN |
| MI | |
| Last Name | MILLER |
| Suffix | |
| DOB | 12/25/2003 |
| Street Address | 5723 CHARLES ST |
| City | PHILADELPHIA |
| State | PA |
| Zip Code | 19135 |
| Phone Number | |
| EMS Transport | NO |
| Person Type | DRIVER |
| Gender | MALE |
| EMS Agency | PHILADELPHIA FIRE DEPT |
| Medical Facility | NONE |
| Injury Severity | FATAL INJURY |
| Seat Position | DRIVER - ALL VEHICLES |
| Safety Equipment 1 | NONE USED / NOT APPLICABLE |
| Safety Equipment 2 | NONE USED / NOT APPLICABLE |
| Extrication | NOT APPLICABLE |
| Ejection | NOT APPLICABLE |
| Ejection Path | NOT EJECTED/NOT APPLICABLE |

| Field | Value |
|---|---|
| Unit # | 002 |
| Person No. | 002 |
| First Name | AUGUSTO |
| MI | |
| Last Name | ESPINOSA |
| Suffix | |
| DOB | 02/03/1961 |
| Street Address | 3009 LONGSHORE AVE |
| City | PHILADELPHIA |
| State | PA |
| Zip Code | 19149 |
| Phone Number | (215) 852-9853 |
| EMS Transport | NO |
| Person Type | DRIVER |
| Gender | MALE |
| EMS Agency | |
| Medical Facility | NONE |
| Injury Severity | NOT INJURED |
| Seat Position | DRIVER - ALL VEHICLES |
| Safety Equipment 1 | LAP AND SHOULDER BELT USED |
| Safety Equipment 2 | NONE USED / NOT APPLICABLE |
| Extrication | NOT EXTRICATED |
| Ejection | NOT EJECTED |
| Ejection Path | NOT EJECTED/NOT APPLICABLE |

## Witness

| Field | Value |
|---|---|
| First Name | GARY |
| MI | |
| Last Name | BOVE |
| Suffix | |
| Phone Number | (215) 668-9271 |
| Street Address | 4574 MELROSE ST |
| City | PHILADELPHIA |
| State | PA |
| Zip Code | 19124 |

## Notified

| Field | Value |
|---|---|
| Person\Business Notified | ACCIDENT INVESTIGATON |
| Phone Number | (215) 685-3181 |
| Date Notified | 05/07/2019 |
| Time Notified | 20:00 |
| Reason for Notification | FATAL ACCIDENT |

Printed At: PHILADELPHIA    5/8/2019    12:40 AM    CITY 007    4    Form # 201915044176

AA-500S TX  
Incident Number: 201915044176  
**Commonwealth of Pennsylvania Police Crash Report**   PAGE 6

Crash Involves:
- ( ) DUI  (●) Fatality  ( ) Hit and Run  (●) Commercial Vehicle  ( ) State Police Vehicle  ( ) Local Police Vehicle   REPORTABLE CRASH
- ( ) N/A  ( ) Work Zone  ( ) ATV  ( ) Snowmobile  ( ) Commonwealth Vehicle  ( ) Local Gov Vehicle



**NARRATIVE**

**Crash Synopsis**
SEE NOTES

**Crash Details**
ON TUESDAY 5/7/19 AT APPROX 7:47PM I RESPONDED TO THE AREA OF 5400 TACONY ST FOR A REPORT OF AN AUTO ACCIDENT INVOLVING A PEDESTRIAN AS WELL AS A TRACTOR TRAILER. I ARRIVED ON SCENE AT APPROX 8PM AND WAS MET BY DRIVER OF UNIT #2 WHO STATED TO POLICE THAT WHILE TRAVELING S/B ON TACONY ST AND DRIVING THROUGH INTERSECTION WITH FRALEY ST AND WITH THE STEADY GREEN LIGHT HE SAW MOTION OF OUT THE CORNER OF HIS EYE AND LOOKED INTO HIS RIGHT REAR VIEW MIRROR AND SAW A PERSON ON A SMALL SCOOTER AND HE TRIED SWERVING TO THE LEFT TO AVOID ACCIDENT BUT SAW THE PERSON STRIKE THE REAR OF HIS TRAILER AND DISAPPEAR FROM VIEW. DRIVER DID COME TO A STOP, AND WHEN HE EXITED HIS TRUCK, HE SAW A YOUNG WHITE MALE (OPERATOR #1) LAYING ON THE GROUND WITH SEVERE HEAD TRAUMA. AFTER CALLING 911, THE OPERATOR OF VEHICLE #1 WAS PRONOUNCED AT 7:30 PM BY MEDIC 32.
ABOVE WITNESS STATED TO POLICE THAT WHILE ON TACONY ST, HE OBSERVED OPERATOR #1 TRAVELING E/B ON FRALEY ST AT A HIGH SPEED AND HE DID DRIVE THROUGH A STEADY RED LIGHT AT INTERSECTION BEFORE STRIKING THE TRACTOR TRAILER.