```
 1              IN THE UNITED STATES DISTRICT COURT

 2            FOR THE EASTERN DISTRICT OF PENNSYLVANIA

 3                            - - -

 4

 5   NEAL MILLER and DONNA        :
     MILLER, Individually         :
 6   and as Administrators        :
     of the Estate of RYAN        :
 7   MILLER,                      :
                                  :
 8                  Plaintiffs,   :   NO. 2:20-cv-06301-ER
                                  :
 9             vs.                :
                                  :
10   CITY OF PHILADELPHIA,        :
     et al.,                      :
11                                :
                    Defendants.   :
12

13

14

15            The video conference deposition of

16   OFFICER CHRISTOPHER SAVINO on Wednesday, May 10,

17   2023, commencing at 11:14 a.m. before Natalie J.

18   Goldhill, a Professional Reporter and a Notary

19   Public in and for the Commonwealth of Pennsylvania.

20

21

22

23

24
```

```
 1  A P P E A R A N C E S :

 2

 3     FLAGER & ASSOCIATES, P.C.
        BY:  MICHAEL S. LEVIN, ESQUIRE
 4     One Northbrook Corporate Center
        1210 Northbrook Drive, Suite 280
 5     Trevose, Pennsylvania 19053
        (215) 953-5200
 6              Representing the Plaintiffs

 7

        CITY OF PHILADELPHIA LAW DEPARTMENT
 8      BY:  DEREK KANE, ESQUIRE
        One Parkway Building
 9      1515 Arch Street, 14th Floor
        Philadelphia, Pennsylvania 19102
10      (215) 683-5382
        Derek.Kane@Phila.gov
11              Representing the Defendant, City of
        Philadelphia
12

13                              - - -

14

15

16

17

18

19

20

21

22

23

24
```

I N D E X

WITNESS                                              PAGE

OFFICER CHRISTOPHER SAVINO

    Examination by Mr. Levin            4

    Examination by Mr. Kane             22

- - E X H I B I T S - -

| EXHIBIT NUMBER | DESCRIPTION | PAGE MARKED/REFERENCED |
|---|---|---|
| Plaintiffs 1 | Internal Affairs Investigation Materials | 23/9 |

- - -

Page 4

1  S T I P U L A T I O N S
2      IT WAS STIPULATED AND AGREED by and
3  between counsel for the respective parties that the
4  reading, signing, sealing, and filing of the
5  transcript is waived, and that all objections except
6  as to the form of the question are reserved until
7  the time of trial.
8          - - - - - - - - -
9          . . . . . . OFFICER CHRISTOPHER
10 SAVINO, was called as a witness, and after having
11 been duly sworn remotely, according to the law, was
12 examined and testified as follows:
13         - - EXAMINATION - -
14 BY MR. LEVIN:
15     Q.   Good morning, Officer Savino.
16     A.   Good morning.
17     Q.   My name is Michael Levin.  I'm
18 representing the plaintiff in this case.
19         It's my belief that you were involved
20 in the preparation of a police report that is
21 connected to the incident in which Ryan Miller
22 perished.  So I've asked you to come here today just
23 so we can go over that report and I can ask you some
24 questions surrounding your accident investigation.

Page 5

1     A.   Absolutely.
2     Q.   I'll have you out of here pretty
3  quickly, but let me give you some instructions to
4  help it go a little more quickly.
5     A.   Okay.
6     Q.   First off, since we're trying to keep
7  a record of everything that is said here, both the
8  questions I'm asking you and your answers, it's
9  really important especially on this Zoom platform
10 that only one person is talking at a time.
11        Natalie is trying to take down
12 everything that is being said.  When there's
13 multiple people talking, that's pretty difficult to
14 do.  So let me finish my question even though you
15 may know exactly where it's going and I may be
16 stammering over it.  Just bear with me, I'll
17 eventually get to the end of the question and let
18 you answer.  I'll do my best to let you complete
19 your answer before I say anything, as well.
20        This should be very, very
21 straightforward subject matter.  If I ask you a
22 question and you don't understand it, let me know.
23 I'll be glad to repeat or rephrase it.
24     A.   Okay.

Page 6

1     Q.   It looked like you were about to raise
2  a point there.
3     A.   I have the accident report on my
4  phone.  Am I allowed to look at that?
5     Q.   I'm sorry?
6          MR. KANE:  He's referencing the
7  accident report.  Just for the record, Michael will
8  probably show it to you on the screen.  If it's
9  easier to look at the laptop, we can confirm it's
10 the same page.  He'll most likely show it to you on
11 the screen.
12 BY MR. LEVIN:
13     Q.   I will.  I don't know what your
14 display capabilities are there, but it looks like
15 you are probably looking at a sizable screen and
16 hopefully you'll be able to see it when I put it up
17 there.
18        Just so you know, foreshadowing here,
19 the questions are really going to be pegged right
20 off the accident report.  I'm just going to go
21 through it and ask some you questions.
22        Like I said, if I ask a bad question,
23 you don't understand it, let me know.  I'll be happy
24 to repeat or rephrase it.  Also sometimes audio just

Page 7

1  gets a little bit wonky on this.  If that happens,
2  let us know.
3          If for any reason you need a break,
4  I'll be glad to accommodate that.  The only thing I
5  ask is if a question has already been asked, answer
6  that question before we take a break.  Although,
7  like I said, I think that we should be out of here
8  very quickly.  Do you understand the instructions
9  I've given you?
10     A.   Yes.
11     Q.   Okay.  Is there any reason -- I'm
12 sorry?
13        MR. KANE:  I'm sorry.  Finish that and
14 I have one thing to put on the record.
15 BY MR. LEVIN:
16     Q.   Is there any reason why you wouldn't
17 be able to understand questions or give accurate
18 responses to answers here today?
19     A.   No.
20        MR. LEVIN:  Did you want to state
21 something?
22        MR. KANE:  Yes.  Can we confirm all
23 depositions today are with the usual stipulations?
24        MR. LEVIN:  That's fine.

Page 8

BY MR. LEVIN:
Q. All right. Let's get started. Can you please state your full name?
A. Police Officer Christopher Savino, S-A-V, as in Victor, I-N-O. Badge number is 5458.
Q. You're currently employed with the Philadelphia Police Department?
A. Yes.
Q. In what capacity?
A. I'm a truck enforcement officer assigned to the traffic district.
Q. How long have you had that position?
A. Eight years now.
Q. Can you sort of take me through your history with the police department?
A. Sure. I started the police academy in December of 1997. I spent a year in Center City walking foot beat. In July of 1999, I was transferred to the 24th district and I worked there just as a regular patrol officer until November of 1995 when I got transferred to the traffic unit. I got federally certified as a DOT enforcement officer, truck enforcement officer, in May of 2014.
Q. Okay. Have you ever been certified as

Page 9

an accident reconstructionist?
A. I am one class short of being a fully certified accident reconstructionist.
Q. Go for it.
A. I am. I'm waiting.
Q. I'd like to talk about the incident that occurred May 7, 2019 that you were involved in investigating.
    Since we're going to be discussing the police report, I'm going to try to throw that up on the screen so we can refer to it.
A. Okay.
Q. Just so I'm clear for the record, the police report -- and this is the one that you prepared. Is that correct, sir?
A. Yes, sir.
Q. It begins on Page 142 of the document package that we have marked for today's deposition as Plaintiff's Exhibit 1. The entire report runs to -- it looks like Page 149 is the last page.
    Now, first off, do you have any independent recollection of this incident aside from your review of the police report?
A. Yes.

Page 10

Q. Okay. Just off the top of your head, tell me what you remember independently.
A. I received a phone call. Well, first, it was a radio call. Then it was a phone call from Officer Joseph Wolk who was a highway patrol officer stating there was a tractor trailer and a, for lack of a better term, dirt bike involved in an auto accident and it was a fatal accident on the 5400 block of Tacony Street in the Tacony section of Philadelphia.
Q. Okay. So, first, it was a radio call. Did the radio call come from officer Wolk?
A. No. I'm a federally certified DOT officer. So any auto accidents involving commercial motor vehicles that have injuries and/or towing involved, we are by directive supposed to respond.
Q. Okay. You mentioned you also got a telephone call directly from Officer Wolk?
A. Yes.
Q. Okay. What did he relate to you in that telephone call?
A. Just that it was going to be a fatal accident. It was very short and sweet.
Q. Did you know Officer Wolk prior to

Page 11

that phone call?
A. Yeah, from the job. We both have been on the job a long time.
Q. Okay. The two of you, do you have any relationship outside just your work relationship? Are you friends? Have you socialized?
A. No.
Q. Did he have the number to reach you on your cell phone or how did that come in?
A. I gave it to him over the police radio.
Q. So when that call came in over the radio is when you provided your number and he contacted you directly to fill you in?
A. Yes, sir.
Q. All right, fair enough. Where were you when you got the call?
A. I was in South Philadelphia.
Q. So you had to basically go across the city to get to the scene. Correct?
A. Yes, sir.
Q. All right. The report, does this reflect your arrival time?
A. Yes, sir.

Page 12

1  Q. So dispatch was at 19:47 and you
2  arrived, impressive, at 8:00.
3  A. Lights and sirens. At that time of
4  night, there's not really that much traffic and the
5  lights and sirens definitely help.
6  Q. Absolutely. You're listed as the
7  investigator here. You've already provided your
8  badge number. So all of that information is on the
9  report. Correct?
10  A. Yes, sir.
11  Q. And the reviewer is William Stermel.
12  Superior?
13  A. He was the truck sergeant. He's no
14  longer -- he's about to retire.
15  Q. Okay. So you arrived at the scene.
16  Do you recall what the lighting conditions were like
17  at the time you got there?
18  A. I'm sorry?
19  Q. Do you recall what the lighting
20  condition were like? Was it still daylight when you
21  got there?
22  A. It was dusk. It was definitely
23  darker.
24  Q. Okay. Tell me what you did when you

Page 13

1  got to the scene.
2  A. When I arrived on location, I saw a
3  blanket -- not a blanket, but a -- for lack of a
4  better word, a blanket on the ground covering what
5  appeared to be a body.
6  I spoke to -- the first person I
7  believe I spoke to was the operator of the tractor
8  trailer. I didn't interview him at the time. I
9  just asked him if he was okay, if he was injured or
10  anything like that. I went and I actually saw the
11  body underneath the blanket.
12  Q. Okay.
13  A. And then -- I'm sorry, go ahead.
14  Q. Okay. In terms of -- I hate to get
15  into the subject matter, but obviously you were on
16  the scene. When you observed the body under the
17  blanket, tell me what you saw.
18  A. Very, very bad crash. It was quite a
19  scene. I didn't know at the time if it was a male
20  or female because it was such -- because of the
21  severity of the injuries.
22  Q. My understanding was it was head
23  trauma?
24  A. Very much so, yes.

Page 14

1  Q. The scooter that had been involved in
2  the incident, was that still in its final resting
3  position at that point in time?
4  A. Yes. As far as I know, yes, it was.
5  Q. Okay. And the tractor trailer that he
6  collided with, was that also pretty much at the
7  point of rest after impact?
8  A. Yes, it was.
9  Q. Okay. So both vehicles, stayed the
10  same, body was in its location where it was.
11  Nothing had been altered prior to your arrival?
12  A. No.
13  Q. Were there any other officers on the
14  scene when you got there?
15  A. There was a few 15 district officers
16  there, yes. They were the initial responding
17  officers.
18  Q. Okay. By the way, I'm sorry that you
19  had to go through what you went through
20  investigating this. It's pretty brutal.
21  So you initially spoke to the driver,
22  just asked if he was okay. I'm assuming you also
23  took his information and took his account of the
24  incident while you were there?

Page 15

1  A. One of the 15th district officers had
2  his information already and they handed it off to
3  me.
4  Q. Okay. Did you interview the driver
5  regarding the facts of the incident or was that just
6  stuff that was provided to you, as well?
7  A. I interviewed him in reference to what
8  happened.
9  Q. Okay. Just going through the fields
10  in the report. In terms of weather conditions, you
11  have listed here no adverse conditions. It was a
12  clear day is my understanding?
13  A. It started pouring about an hour after
14  I was there. At the time of the accident, it was
15  clear.
16  Q. Okay. There was no construction in
17  the area. Is that fair?
18  A. Yes.
19  Q. I know that this -- well, we'll get to
20  this later on. The actual location of the
21  collision, it was at the intersection of Tacony and
22  Fraley Street?
23  A. Yes, sir.
24  Q. Based upon your investigation and what

Page 16

1  you were able to observe at the scene, what you
2  heard from the truck driver, the scooter rider was
3  coming down Fraley toward Tacony and struck the
4  tractor trailer?
5       A.    The rear two axles of the tractor
6  trailer.  Yes, sir.
7       Q.    The very rear portion of the truck?
8       A.    Yes.
9       Q.    Was there any type of visible
10 indication of the location of the impact on the body
11 of the trailer?
12      A.    There was blood on the fourth axle.
13 The outer tire right side of the fourth axle.
14      Q.    Okay.  Not to get morbid, but were any
15 photographs taken of that?
16      A.    I believe -- I don't know in all
17 honesty.
18      Q.    All right.  It looks like you also put
19 in GPS coordinates of the actual location of the
20 crash?
21      A.    The track system does that
22 automatically for us.
23      Q.    Okay.  You also checked into the
24 functioning of the traffic signal at that

Page 17

1  intersection to determine it was functioning
2  properly?
3       A.    Yes, sir.
4       Q.    Okay.  How long were you at the scene
5  until the time your investigation was concluded and
6  you left?
7       A.    Probably approximately three hours.
8       Q.    Ultimately, it was determined that the
9  operator of the scooter proceeded through a red
10 light and struck the body of the trailer.  Is that
11 correct?
12      A.    There was a witness on location that
13 stated that to me, yes.
14      Q.    Okay.  Obviously, you have the rider
15 of the scooter identified here as Ryan Miller.
16      A.    Yes, sir.
17      Q.    My client's child.  At the time, were
18 you able to ascertain who he was or anything of that
19 nature?  How did that information come your way?
20      A.    As I stated prior, I didn't know if it
21 was a male or female when I first got there.  Mr.
22 Miller's wallet was found not too far away from his
23 person and there was a school ID card.
24      Q.    Picture ID and you were able to

Page 18

1  determine --
2       A.    Yes, sir.
3       Q.    Do you know if either of his parents
4  or any family members were at the scene during the
5  time you were there?
6       A.    I did not speak to them.  I don't know
7  about the mother, but I know the father showed up
8  there at some point, but he was not able to get to
9  the scene because we had everything shut down.  I
10 didn't want him to come up there, anyway.  You don't
11 want to see your son like that.
12      Q.    No.  Now going down further, and this
13 may be the witness that you were talking about, on
14 what's marked as Defense 145, there's a box for
15 witnesses down at the bottom of the page and you
16 have an individual named Gary Bove listed as a
17 witness.
18      A.    Yes, sir.
19      Q.    Is that the person you spoke to?
20      A.    Yes, sir.
21      Q.    Do you have a recollection of what he
22 told you?
23      A.    He stated to me that he observed
24 defendant -- not the defendant, I apologize.  The

Page 19

1  driver.  It's such a force of habit, I apologize.
2  The driver of the motorbike, Mr. Miller, traveling
3  eastbound on Fraley and he went through a steady red
4  light and made contact with the rear of the trailer.
5       Q.    Did Mr. Bove give you any indication
6  that he had had any type of interaction with the
7  scooter rider prior to the collision?
8       A.    No.
9       Q.    Okay.  He said it was just something
10 that he witnessed?
11      A.    Yes, sir.
12      Q.    Did he volunteer any additional
13 information saying he wasn't involved, anything of
14 that nature?
15      A.    Not to me.
16      Q.    Did you take any type of formal
17 written statement from him or provide him with a
18 form to provide a formal written statement?
19      A.    No, sir.
20      Q.    In other documents in this case, I've
21 seen an accident investigation interview form that
22 was filled out by Mr. Bove.  Was that given to him
23 by somebody?
24      A.    That was somebody else.  Yes, sir.

Page 20

1    Q.   Okay. You're not part of the accident
2 investigation division. Correct?
3    A.   No, sir. Correct, sir.
4    Q.   Did you have any conversation with
5 Officer Wolk at the scene?
6    A.   Officer Wolk just told me that he
7 tried to stop him, stop Mr. Miller on his dirt bike
8 because he was driving southbound on Tacony Street
9 at a high rate of speed. Mr. Miller took off and
10 then he lost him in the area and he couldn't find
11 him.
12    Q.   Okay. He didn't indicate anything
13 about pursuing him through the neighborhood or
14 anything?
15    A.   No, sir.
16    Q.   Okay. Is there anybody else you spoke
17 to at the scene that gave you any information that
18 helped you in the preparation of your report?
19    A.   Just the operator of the tractor
20 trailer, Mr. Espinosa.
21    Q.   Okay. What did he tell you?
22    A.   He stated to me that he was driving
23 his tractor trailer, which was intermittently on
24 southbound Tacony Street, in the right lane going

Page 21

1 through a steady green light at the intersection of
2 Fraley Street when he saw something out of the
3 corner of his right eye. He looked in his rearview
4 mirror and he saw a body rolling around.
5    Q.   So he saw some motion and then he saw
6 basically the aftermath?
7    A.   Yes, sir.
8    Q.   Obviously, he's in a very large
9 vehicle and the vehicle wasn't really affected other
10 than the blood staining you mentioned. Correct?
11    A.   Yes, sir.
12    Q.   Any other people in the vicinity who
13 had mentioned that they had seen anything to you?
14    A.   No, sir.
15    Q.   In terms of your process for preparing
16 this report, do you gather handwritten notes and
17 then later put it into this form?
18    A.   No. I actually typed it right on
19 there from the operator's mouth because I was there
20 for so long. I can talk to him and type at the same
21 time.
22    Q.   Okay. That can be from, what, a
23 terminal in your cruiser?
24    A.   My computer in the cruiser. Yes, sir.

Page 22

1    Q.   Okay. Are there any type of
2 photographs or handwritten materials which you're
3 aware of that would have been retained in connection
4 with this investigation?
5    A.   No, sir.
6    Q.   All right, sir. I don't think I have
7 anything else. Your attorney may, but probably
8 doesn't.
9 BY MR. KANE:
10    Q.   I have just one question. Officer,
11 you were in the truck enforcement division?
12    A.   I'm in the traffic unit. I'm a truck
13 enforcement officer assigned to the traffic unit or
14 traffic division.
15    Q.   Were there any other truck enforcement
16 officers working the night of this accident to your
17 knowledge?
18    A.   No, sir. I was the only one.
19    Q.   That's my only question.
20        MR. LEVIN: Thank you, sir. I
21 appreciate your time.
22        THE WITNESS: Thank you.
23        (Witness excused.)
24        (Deposition concluded at 11:33 a.m.)

Page 23

1    (Whereupon the document was post-marked, for
2    identification purposes, as Plaintiffs 1.)

C E R T I F I C A T E

　　　　I, Natalie J. Goldhill, a Court Reporter and Notary Public, Chester County, Pennsylvania, do hereby certify that the witness was by me first duly sworn to testify to the whole truth and that the above deposition was recorded stenographically by me and was transcribed by means of computer-aided transcription under my personal direction and that the said deposition constitutes a true record of the testimony given by said witness.

　　　　I further certify that I am not a relative or employee of any of the parties, a relative or employee of any attorney involved in this action, or financially interested directly or indirectly in this action.

_____
Natalie J. Goldhill, Notary Public
Chester County, Pennsylvania and
New Castle County, Delaware

**WORD INDEX**

< 1 >
**1**  3:*13*  9:*19*  23:*2*
**10**  1:*16*
**11:14**  1:*17*
**11:33**  22:*24*
**1210**  2:*4*
**142**  9:*17*
**145**  18:*14*
**149**  9:*20*
**14th**  2:*9*
**15**  14:*15*
**1515**  2:*9*
**15th**  15:*1*
**19:47**  12:*1*
**19053**  2:*5*
**19102**  2:*9*
**1995**  8:*21*
**1997**  8:*17*
**1999**  8:*18*

< 2 >
**2:20-cv-06301-ER**  1:*8*
**2014**  8:*23*
**2019**  9:*7*
**2023**  1:*17*
**215**  2:*5*, *10*
**22**  3:*6*
**23/9**  3:*13*
**24th**  8:*19*
**280**  2:*4*

< 4 >
**4**  3:*5*

< 5 >
**5400**  10:*8*
**5458**  8:*5*

< 6 >
**683-5382**  2:*10*

< 7 >
**7**  9:*7*

< 8 >
**8:00**  12:*2*

< 9 >
**953-5200**  2:*5*

< A >
**a.m**  1:*17*  22:*24*
**able**  6:*16*  7:*17*  16:*1*
  17:*18*, *24*  18:*8*
**Absolutely**  5:*1*  12:*6*
**academy**  8:*16*
**accident**  4:*24*  6:*3*, *7*,
  *20*  9:*1*, *3*  10:*8*, *23*
  15:*14*  19:*21*  20:*1*
  22:*16*
**accidents**  10:*14*
**accommodate**  7:*4*
**account**  14:*23*
**accurate**  7:*17*
**action**  24:*14*, *16*
**actual**  15:*20*  16:*19*
**additional**  19:*12*
**Administrators**  1:*6*
**adverse**  15:*11*
**Affairs**  3:*13*
**aftermath**  21:*6*
**AGREED**  4:*2*
**ahead**  13:*13*
**al**  1:*10*
**allowed**  6:*4*
**altered**  14:*11*
**and/or**  10:*15*
**answer**  5:*18*, *19*  7:*5*
**answers**  5:*8*  7:*18*
**anybody**  20:*16*
**anyway**  18:*10*
**apologize**  18:*24*  19:*1*
**appeared**  13:*5*
**appreciate**  22:*21*
**approximately**  17:*7*
**Arch**  2:*9*
**area**  15:*17*  20:*10*
**arrival**  11:*23*  14:*11*
**arrived**  12:*2*, *15*  13:*2*
**ascertain**  17:*18*
**aside**  9:*22*
**asked**  4:*22*  7:*5*  13:*9*
  14:*22*
**asking**  5:*8*
**assigned**  8:*11*  22:*13*
**ASSOCIATES**  2:*3*

**assuming**  14:*22*
**attorney**  22:*7*  24:*14*
**audio**  6:*24*
**auto**  10:*7*, *14*
**automatically**  16:*22*
**aware**  22:*3*
**axle**  16:*12*, *13*
**axles**  16:*5*

< B >
**bad**  6:*22*  13:*18*
**Badge**  8:*5*  12:*8*
**Based**  15:*24*
**basically**  11:*19*  21:*6*
**bear**  5:*16*
**beat**  8:*18*
**begins**  9:*17*
**belief**  4:*19*
**believe**  13:*7*  16:*16*
**best**  5:*18*
**better**  10:*7*  13:*4*
**bike**  10:*7*  20:*7*
**bit**  7:*1*
**blanket**  13:*3*, *4*, *11*, *17*
**block**  10:*9*
**blood**  16:*12*  21:*10*
**body**  13:*5*, *11*, *16*
  14:*10*  16:*10*  17:*10*
  21:*4*
**bottom**  18:*15*
**Bove**  18:*16*  19:*5*, *22*
**box**  18:*14*
**break**  7:*3*, *6*
**brutal**  14:*20*
**Building**  2:*8*

< C >
**call**  10:*3*, *4*, *11*, *12*, *18*,
  *21*  11:*1*, *12*, *17*
**called**  4:*10*
**capabilities**  6:*14*
**capacity**  8:*9*
**card**  17:*23*
**case**  4:*18*  19:*20*
**Castle**  24:*21*
**cell**  11:*9*
**Center**  2:*4*  8:*17*
**certified**  8:*22*, *24*  9:*3*
  10:*13*

**certify**  24:*5*, *12*
**checked**  16:*23*
**Chester**  24:*4*, *20*
**child**  17:*17*
**CHRISTOPHER**
  1:*16*  3:*4*  4:*9*  8:*4*
**CITY**  1:*10*  2:*6*, *11*
  8:*17*  11:*20*
**class**  9:*2*
**clear**  9:*13*  15:*12*, *15*
**client's**  17:*17*
**collided**  14:*6*
**collision**  15:*21*  19:*7*
**come**  4:*22*  10:*12*
  11:*9*  17:*19*  18:*10*
**coming**  16:*3*
**commencing**  1:*17*
**commercial**  10:*14*
**Commonwealth**  1:*19*
**complete**  5:*18*
**computer**  21:*24*
**computer-aided**  24:*8*
**concluded**  17:*5*  22:*24*
**condition**  12:*20*
**conditions**  12:*16*
  15:*10*, *11*
**conference**  1:*15*
**confirm**  6:*9*  7:*22*
**connected**  4:*21*
**connection**  22:*3*
**constitutes**  24:*10*
**construction**  15:*16*
**contact**  19:*4*
**contacted**  11:*14*
**conversation**  20:*4*
**coordinates**  16:*19*
**corner**  21:*3*
**Corporate**  2:*4*
**correct**  9:*15*  11:*20*
  12:*9*  17:*11*  20:*2*, *3*
  21:*10*
**counsel**  4:*3*
**County**  24:*4*, *20*, *21*
**COURT**  1:*1*  24:*3*
**covering**  13:*4*
**crash**  13:*18*  16:*20*
**cruiser**  21:*23*, *24*
**currently**  8:*6*

< D >
darker 12:*23*
day 15:*12*
daylight 12:*20*
December 8:*17*
Defendant 2:*11*
 18:*24*
Defendants 1:*11*
Defense 18:*14*
definitely 12:*5*, *22*
Delaware 24:*21*
DEPARTMENT 2:*6*
 8:*7*, *15*
deposition 1:*15* 9:*18*
 22:*24* 24:*7*, *10*
depositions 7:*23*
DEREK 2:*8*
Derek.Kane@Phila.gov 2:*10*
DESCRIPTION 3:*12*
determine 17:*1* 18:*1*
determined 17:*8*
difficult 5:*13*
direction 24:*9*
directive 10:*16*
directly 10:*18* 11:*14*
 24:*15*
dirt 10:*7* 20:*7*
discussing 9:*9*
dispatch 12:*1*
display 6:*14*
DISTRICT 1:*1*, *2*
 8:*11*, *19* 14:*15* 15:*1*
division 20:*2* 22:*11*, *14*
document 9:*17* 23:*1*
documents 19:*20*
DONNA 1:*5*
DOT 8:*22* 10:*13*
Drive 2:*4*
driver 14:*21* 15:*4*
 16:*2* 19:*1*, *2*
driving 20:*8*, *22*
duly 4:*11* 24:*5*
dusk 12:*22*

< E >
easier 6:*9*
eastbound 19:*3*

EASTERN 1:*2*
Eight 8:*13*
either 18:*3*
employed 8:*6*
employee 24:*13*, *14*
enforcement 8:*10*, *22*, *23* 22:*11*, *13*, *15*
entire 9:*19*
especially 5:*9*
Espinosa 20:*20*
ESQUIRE 2:*3*, *8*
Estate 1:*6*
et 1:*10*
eventually 5:*17*
exactly 5:*15*
Examination 3:*5*, *6*
 4:*13*
examined 4:*12*
excused 22:*23*
EXHIBIT 3:*12* 9:*19*
eye 21:*3*

< F >
facts 15:*5*
fair 11:*16* 15:*17*
family 18:*4*
far 14:*4* 17:*22*
fatal 10:*8*, *22*
father 18:*7*
federally 8:*22* 10:*13*
female 13:*20* 17:*21*
fields 15:*9*
filing 4:*4*
fill 11:*14*
filled 19:*22*
final 14:*2*
financially 24:*15*
find 20:*10*
fine 7:*24*
finish 5:*14* 7:*13*
First 5:*6* 9:*21* 10:*3*, *11* 13:*6* 17:*21* 24:*5*
FLAGER 2:*3*
Floor 2:*9*
follows 4:*12*
foot 8:*18*
force 19:*1*
foreshadowing 6:*18*
form 4:*6* 19:*18*, *21*

 21:*17*
formal 19:*16*, *18*
found 17:*22*
fourth 16:*12*, *13*
Fraley 15:*22* 16:*3*
 19:*3* 21:*2*
friends 11:*6*
full 8:*3*
fully 9:*2*
functioning 16:*24*
 17:*1*
further 18:*12* 24:*12*

< G >
Gary 18:*16*
gather 21:*16*
give 5:*3* 7:*17* 19:*5*
given 7:*9* 19:*22*
 24:*11*
glad 5:*23* 7:*4*
go 4:*23* 5:*4* 6:*20*
 9:*4* 11:*19* 13:*13*
 14:*19*
going 5:*15* 6:*19*, *20*
 9:*9*, *10* 10:*22* 15:*9*
 18:*12* 20:*24*
Goldhill 1:*18* 24:*3*, *20*
Good 4:*15*, *16*
GPS 16:*19*
green 21:*1*
ground 13:*4*

< H >
habit 19:*1*
handed 15:*2*
handwritten 21:*16*
 22:*2*
happened 15:*8*
happens 7:*1*
happy 6:*23*
hate 13:*14*
head 10:*1* 13:*22*
heard 16:*2*
He'll 6:*10*
help 5:*4* 12:*5*
helped 20:*18*
high 20:*9*
highway 10:*5*

history 8:*15*
honesty 16:*17*
hopefully 6:*16*
hour 15:*13*
hours 17:*7*

< I >
ID 17:*23*, *24*
identification 23:*2*
identified 17:*15*
impact 14:*7* 16:*10*
important 5:*9*
impressive 12:*2*
incident 4:*21* 9:*6*, *22*
 14:*2*, *24* 15:*5*
independent 9:*22*
independently 10:*2*
indicate 20:*12*
indication 16:*10* 19:*5*
indirectly 24:*15*
individual 18:*16*
Individually 1:*5*
information 12:*8*
 14:*23* 15:*2* 17:*19*
 19:*13* 20:*17*
initial 14:*16*
initially 14:*21*
injured 13:*9*
injuries 10:*15* 13:*21*
I-N-O 8:*5*
instructions 5:*3* 7:*8*
interaction 19:*6*
interested 24:*15*
intermittently 20:*23*
Internal 3:*13*
intersection 15:*21*
 17:*1* 21:*1*
interview 13:*8* 15:*4*
 19:*21*
interviewed 15:*7*
investigating 9:*8*
 14:*20*
Investigation 3:*13*
 4:*24* 15:*24* 17:*5*
 19:*21* 20:*2* 22:*4*
investigator 12:*7*
involved 4:*19* 9:*7*
 10:*7*, *16* 14:*1* 19:*13*
 24:*14*

involving 10:*14*
its 14:*2, 10*

< J >
job 11:*2, 3*
Joseph 10:*5*
July 8:*18*

< K >
KANE 2:*8*  3:*6*  6:*6*
 7:*13, 22*  22:*9*
keep 5:*6*
know 5:*15, 22*  6:*13*,
 *18, 23*  7:*2*  10:*24*
 13:*19*  14:*4*  15:*19*
 16:*16*  17:*20*  18:*3, 6,
 7*
knowledge 22:*17*

< L >
lack 10:*6*  13:*3*
lane 20:*24*
laptop 6:*9*
large 21:*8*
LAW 2:*6*  4:*11*
left 17:*6*
LEVIN 2:*3*  3:*5*
 4:*14, 17*  6:*12*  7:*15,
 20, 24*  8:*1*  22:*20*
light 17:*10*  19:*4*
 21:*1*
lighting 12:*16, 19*
Lights 12:*3, 5*
listed 12:*6*  15:*11*
 18:*16*
little 5:*4*  7:*1*
location 13:*2*  14:*10*
 15:*20*  16:*10, 19*
 17:*12*
long 8:*12*  11:*3*  17:*4*
 21:*20*
longer 12:*14*
look 6:*4, 9*
looked 6:*1*  21:*3*
looking 6:*15*
looks 6:*14*  9:*20*
 16:*18*
lost 20:*10*

< M >
male 13:*19*  17:*21*
MARKED 3:*12*  9:*18*
 18:*14*
Materials 3:*14*  22:*2*
matter 5:*21*  13:*15*
means 24:*8*
members 18:*4*
mentioned 10:*17*
 21:*10, 13*
MICHAEL 2:*3*  4:*17*
 6:*7*
MILLER 1:*5, 7*  4:*21*
 17:*15*  19:*2*  20:*7, 9*
Miller's 17:*22*
mirror 21:*4*
morbid 16:*14*
morning 4:*15, 16*
mother 18:*7*
motion 21:*5*
motor 10:*15*
motorbike 19:*2*
mouth 21:*19*
multiple 5:*13*

< N >
name 4:*17*  8:*3*
named 18:*16*
Natalie 1:*17*  5:*11*
 24:*3, 20*
nature 17:*19*  19:*14*
NEAL 1:*5*
need 7:*3*
neighborhood 20:*13*
New 24:*21*
night 12:*4*  22:*16*
Northbrook 2:*4*
Notary 1:*18*  24:*4, 20*
notes 21:*16*
November 8:*20*
NUMBER 3:*12*  8:*5*
 11:*8, 13*  12:*8*

< O >
objections 4:*5*
observe 16:*1*
observed 13:*16*  18:*23*
obviously 13:*15*
 17:*14*  21:*8*
occurred 9:*7*

OFFICER 1:*16*  3:*4*
 4:*9, 15*  8:*4, 10, 20, 23*
 10:*5, 12, 14, 18, 24*
 20:*5, 6*  22:*10, 13*
officers 14:*13, 15, 17*
 15:*1*  22:*16*
Okay 5:*5, 24*  7:*11*
 8:*24*  9:*12*  10:*1, 11,
 17, 20*  11:*4*  12:*15, 24*
 13:*9, 12, 14*  14:*5, 9,
 18, 22*  15:*4, 9, 16*
 16:*14, 23*  17:*4, 14*
 19:*9*  20:*1, 12, 16, 21*
 21:*22*  22:*1*
operator 13:*7*  17:*9*
 20:*19*
operator's 21:*19*
outer 16:*13*
outside 11:*5*

< P >
P.C 2:*3*
package 9:*18*
PAGE 3:*3, 12*  6:*10*
 9:*17, 20*  18:*15*
parents 18:*3*
Parkway 2:*8*
part 20:*1*
parties 4:*3*  24:*13*
patrol 8:*20*  10:*5*
pegged 6:*19*
PENNSYLVANIA
 1:*2, 19*  2:*5, 9*  24:*4,
 20*
people 5:*13*  21:*12*
perished 4:*22*
person 5:*10*  13:*6*
 17:*23*  18:*19*
personal 24:*9*
PHILADELPHIA
 1:*10*  2:*6, 9, 11*  8:*7*
 10:*10*  11:*18*
phone 6:*4*  10:*3, 4*
 11:*1, 9*
photographs 16:*15*
 22:*2*
Picture 17:*24*
plaintiff 4:*18*
Plaintiffs 1:*8*  2:*6*

 3:*13*  23:*2*
Plaintiff's 9:*19*
platform 5:*9*
please 8:*3*
point 6:*2*  14:*3, 7*
 18:*8*
police 4:*20*  8:*4, 7, 15,
 16*  9:*10, 14, 23*  11:*10*
portion 16:*7*
position 8:*12*  14:*3*
post-marked 23:*1*
pouring 15:*13*
preparation 4:*20*
 20:*18*
prepared 9:*15*
preparing 21:*15*
pretty 5:*2, 13*  14:*6,
 20*
prior 10:*24*  14:*11*
 17:*20*  19:*7*
probably 6:*8, 15*
 17:*7*  22:*7*
proceeded 17:*9*
process 21:*15*
Professional 1:*18*
properly 17:*2*
provide 19:*17, 18*
provided 11:*13*  12:*7*
 15:*6*
Public 1:*19*  24:*4, 20*
purposes 23:*2*
pursuing 20:*13*
put 6:*16*  7:*14*  16:*18*
 21:*17*

< Q >
question 4:*6*  5:*14,
 17, 22*  6:*22*  7:*5, 6*
 22:*10, 19*
questions 4:*24*  5:*8*
 6:*19, 21*  7:*17*
quickly 5:*3, 4*  7:*8*
quite 13:*18*

< R >
radio 10:*4, 11, 12*
 11:*11, 13*
raise 6:*1*
rate 20:*9*

**reach**  11:*8*
**reading**  4:*4*
**really**  5:*9*  6:*19*  12:*4*  21:*9*
**rear**  16:*5*, *7*  19:*4*
**rearview**  21:*3*
**reason**  7:*3*, *11*, *16*
**recall**  12:*16*, *19*
**received**  10:*3*
**recollection**  9:*22*  18:*21*
**reconstructionist**  9:*1*, *3*
**record**  5:*7*  6:*7*  7:*14*  9:*13*  24:*10*
**recorded**  24:*7*
**red**  17:*9*  19:*3*
**refer**  9:*11*
**reference**  15:*7*
**REFERENCED**  3:*12*
**referencing**  6:*6*
**reflect**  11:*23*
**regarding**  15:*5*
**regular**  8:*20*
**relate**  10:*20*
**relationship**  11:*5*
**relative**  24:*12*, *13*
**remember**  10:*2*
**remotely**  4:*11*
**repeat**  5:*23*  6:*24*
**rephrase**  5:*23*  6:*24*
**report**  4:*20*, *23*  6:*3*, *7*, *20*  9:*10*, *14*, *19*, *23*  11:*22*  12:*9*  15:*10*  20:*18*  21:*16*
**Reporter**  1:*18*  24:*3*
**Representing**  2:*6*, *11*  4:*18*
**reserved**  4:*6*
**respective**  4:*3*
**respond**  10:*16*
**responding**  14:*16*
**responses**  7:*18*
**rest**  14:*7*
**resting**  14:*2*
**retained**  22:*3*
**retire**  12:*14*
**review**  9:*23*
**reviewer**  12:*11*

**rider**  16:*2*  17:*14*  19:*7*
**right**  6:*19*  8:*2*  11:*16*, *22*  16:*13*, *18*  20:*24*  21:*3*, *18*  22:*6*
**rolling**  21:*4*
**runs**  9:*19*
**RYAN**  1:*6*  4:*21*  17:*15*

< S >
**S-A-V**  8:*5*
**SAVINO**  1:*16*  3:*4*  4:*10*, *15*  8:*4*
**saw**  13:*2*, *10*, *17*  21:*2*, *4*, *5*
**saying**  19:*13*
**scene**  11:*20*  12:*15*  13:*1*, *16*, *19*  14:*14*  16:*1*  17:*4*  18:*4*, *9*  20:*5*, *17*
**school**  17:*23*
**scooter**  14:*1*  16:*2*  17:*9*, *15*  19:*7*
**screen**  6:*8*, *11*, *15*  9:*11*
**sealing**  4:*4*
**section**  10:*9*
**see**  6:*16*  18:*11*
**seen**  19:*21*  21:*13*
**sergeant**  12:*13*
**severity**  13:*21*
**short**  9:*2*  10:*23*
**show**  6:*8*, *10*
**showed**  18:*7*
**shut**  18:*9*
**side**  16:*13*
**signal**  16:*24*
**signing**  4:*4*
**sir**  9:*15*, *16*  11:*15*, *21*, *24*  12:*10*  15:*23*  16:*6*  17:*3*, *16*  18:*2*, *18*, *20*  19:*11*, *19*, *24*  20:*3*, *15*  21:*7*, *11*, *14*, *24*  22:*5*, *6*, *18*, *20*
**sirens**  12:*3*, *5*
**sizable**  6:*15*
**socialized**  11:*6*
**somebody**  19:*23*, *24*
**son**  18:*11*

**sorry**  6:*5*  7:*12*, *13*  12:*18*  13:*13*  14:*18*
**sort**  8:*14*
**South**  11:*18*
**southbound**  20:*8*, *24*
**speak**  18:*6*
**speed**  20:*9*
**spent**  8:*17*
**spoke**  13:*6*, *7*  14:*21*  18:*19*  20:*16*
**staining**  21:*10*
**stammering**  5:*16*
**started**  8:*2*, *16*  15:*13*
**state**  7:*20*  8:*3*
**stated**  17:*13*, *20*  18:*23*  20:*22*
**statement**  19:*17*, *18*
**STATES**  1:*1*
**stating**  10:*6*
**stayed**  14:*9*
**steady**  19:*3*  21:*1*
**stenographically**  24:*7*
**Stermel**  12:*11*
**STIPULATED**  4:*2*
**stipulations**  7:*23*
**stop**  20:*7*
**straightforward**  5:*21*
**Street**  2:*9*  10:*9*  15:*22*  20:*8*, *24*  21:*2*
**struck**  16:*3*  17:*10*
**stuff**  15:*6*
**subject**  5:*21*  13:*15*
**Suite**  2:*4*
**Superior**  12:*12*
**supposed**  10:*16*
**Sure**  8:*16*
**surrounding**  4:*24*
**sweet**  10:*23*
**sworn**  4:*11*  24:*6*
**system**  16:*21*

< T >
**Tacony**  10:*9*  15:*21*  16:*3*  20:*8*, *24*
**take**  5:*11*  7:*6*  8:*14*  19:*16*
**taken**  16:*15*
**talk**  9:*6*  21:*20*
**talking**  5:*10*, *13*

18:*13*
**telephone**  10:*18*, *21*
**tell**  10:*2*  12:*24*  13:*17*  20:*21*
**term**  10:*7*
**terminal**  21:*23*
**terms**  13:*14*  15:*10*  21:*15*
**testified**  4:*12*
**testify**  24:*6*
**testimony**  24:*11*
**Thank**  22:*20*, *22*
**thing**  7:*4*, *14*
**think**  7:*7*  22:*6*
**three**  17:*7*
**throw**  9:*10*
**time**  4:*7*  5:*10*  11:*3*, *23*  12:*3*, *17*  13:*8*, *19*  14:*3*  15:*14*  17:*5*, *17*  18:*5*  21:*21*  22:*21*
**tire**  16:*13*
**today**  4:*22*  7:*18*, *23*
**today's**  9:*18*
**told**  18:*22*  20:*6*
**top**  10:*1*
**towing**  10:*15*
**track**  16:*21*
**tractor**  10:*6*  13:*7*  14:*5*  16:*4*, *5*  20:*19*, *23*
**traffic**  8:*11*, *21*  12:*4*  16:*24*  22:*12*, *13*, *14*
**trailer**  10:*6*  13:*8*  14:*5*  16:*4*, *6*, *11*  17:*10*  19:*4*  20:*20*, *23*
**transcribed**  24:*8*
**transcript**  4:*5*
**transcription**  24:*9*
**transferred**  8:*19*, *21*
**trauma**  13:*23*
**traveling**  19:*2*
**Trevose**  2:*5*
**trial**  4:*7*
**tried**  20:*7*
**truck**  8:*10*, *23*  12:*13*  16:*2*, *7*  22:*11*, *12*, *15*
**true**  24:*10*
**truth**  24:*6*
**try**  9:*10*

**trying**  5:*6*, *11*
**two**  11:*4*  16:*5*
**type**  16:*9*  19:*6*, *16*  21:*20*  22:*1*
**typed**  21:*18*

**< U >**
**Ultimately**  17:*8*
**underneath**  13:*11*
**understand**  5:*22*  6:*23*  7:*8*, *17*
**understanding**  13:*22*  15:*12*
**unit**  8:*21*  22:*12*, *13*
**UNITED**  1:*1*
**usual**  7:*23*

**< V >**
**vehicle**  21:*9*
**vehicles**  10:*15*  14:*9*
**vicinity**  21:*12*
**Victor**  8:*5*
**video**  1:*15*
**visible**  16:*9*
**volunteer**  19:*12*
**vs**  1:*9*

**< W >**
**waiting**  9:*5*
**waived**  4:*5*
**walking**  8:*18*
**wallet**  17:*22*
**want**  7:*20*  18:*10*, *11*
**way**  14:*18*  17:*19*
**weather**  15:*10*
**Wednesday**  1:*16*
**well**  5:*19*  10:*3*  15:*6*, *19*
**went**  13:*10*  14:*19*  19:*3*
**we're**  5:*6*  9:*9*
**William**  12:*11*
**WITNESS**  3:*3*  4:*10*  17:*12*  18:*13*, *17*  22:*22*, *23*  24:*5*, *11*
**witnessed**  19:*10*
**witnesses**  18:*15*
**Wolk**  10:*5*, *12*, *18*, *24*  20:*5*, *6*

**wonky**  7:*1*
**word**  13:*4*
**work**  11:*5*
**worked**  8:*19*
**working**  22:*16*
**written**  19:*17*, *18*

**< Y >**
**Yeah**  11:*2*
**year**  8:*17*
**years**  8:*13*

**< Z >**
**Zoom**  5:*9*

## WORD LIST

**< 1 >**
1  *(3)*
10  *(1)*
11:14  *(1)*
11:33  *(1)*
1210  *(1)*
142  *(1)*
145  *(1)*
149  *(1)*
14th  *(1)*
15  *(1)*
1515  *(1)*
15th  *(1)*
19:47  *(1)*
19053  *(1)*
19102  *(1)*
1995  *(1)*
1997  *(1)*
1999  *(1)*

**< 2 >**
2:20-cv-06301-ER  *(1)*
2014  *(1)*
2019  *(1)*
2023  *(1)*
215  *(2)*
22  *(1)*
23/9  *(1)*
24th  *(1)*
280  *(1)*

**< 4 >**
4  *(1)*

**< 5 >**
5400  *(1)*
5458  *(1)*

**< 6 >**
683-5382  *(1)*

**< 7 >**
7  *(1)*

**< 8 >**
8:00  *(1)*

**< 9 >**
953-5200  *(1)*

**< A >**
a.m  *(2)*
able  *(6)*
Absolutely  *(2)*
academy  *(1)*
accident  *(13)*
accidents  *(1)*
accommodate  *(1)*
account  *(1)*
accurate  *(1)*
action  *(2)*
actual  *(2)*
additional  *(1)*
Administrators  *(1)*
adverse  *(1)*
Affairs  *(1)*
aftermath  *(1)*
AGREED  *(1)*
ahead  *(1)*
al  *(1)*
allowed  *(1)*
altered  *(1)*
and/or  *(1)*
answer  *(3)*
answers  *(2)*
anybody  *(1)*
anyway  *(1)*
apologize  *(2)*
appeared  *(1)*
appreciate  *(1)*
approximately  *(1)*
Arch  *(1)*
area  *(2)*
arrival  *(2)*
arrived  *(3)*
ascertain  *(1)*
aside  *(1)*
asked  *(4)*
asking  *(1)*
assigned  *(2)*
ASSOCIATES  *(1)*
assuming  *(1)*
attorney  *(2)*
audio  *(1)*
auto  *(2)*
automatically  *(1)*
aware  *(1)*
axle  *(2)*
axles  *(1)*

**< B >**
bad  *(2)*
Badge  *(2)*
Based  *(1)*
basically  *(2)*
bear  *(1)*
beat  *(1)*
begins  *(1)*
belief  *(1)*
believe  *(2)*
best  *(1)*
better  *(2)*
bike  *(2)*
bit  *(1)*
blanket  *(5)*
block  *(1)*
blood  *(2)*
body  *(7)*
bottom  *(1)*
Bove  *(3)*
box  *(1)*
break  *(2)*
brutal  *(1)*
Building  *(1)*

**< C >**
call  *(10)*
called  *(1)*
capabilities  *(1)*
capacity  *(1)*
card  *(1)*
case  *(2)*
Castle  *(1)*
cell  *(1)*
Center  *(2)*
certified  *(4)*
certify  *(2)*
checked  *(1)*
Chester  *(2)*
child  *(1)*
CHRISTOPHER  *(4)*
CITY  *(5)*
class  *(1)*
clear  *(3)*
client's  *(1)*
collided  *(1)*
collision  *(2)*
come  *(5)*
coming  *(1)*
commencing  *(1)*
commercial  *(1)*
Commonwealth  *(1)*
complete  *(1)*
computer  *(1)*
computer-aided  *(1)*
concluded  *(2)*
condition  *(1)*
conditions  *(3)*
conference  *(1)*
confirm  *(2)*
connected  *(1)*
connection  *(1)*
constitutes  *(1)*
construction  *(1)*
contact  *(1)*
contacted  *(1)*
conversation  *(1)*
coordinates  *(1)*
corner  *(1)*
Corporate  *(1)*
correct  *(7)*
counsel  *(1)*
County  *(3)*
COURT  *(2)*
covering  *(1)*
crash  *(2)*
cruiser  *(2)*
currently  *(1)*

**< D >**
darker  *(1)*
day  *(1)*
daylight  *(1)*
December  *(1)*
Defendant  *(3)*
Defendants  *(1)*
Defense  *(1)*
definitely  *(2)*
Delaware  *(1)*
DEPARTMENT  *(3)*
deposition  *(5)*
depositions  *(1)*
DEREK  *(1)*
Derek.Kane@Phila.go

**v**  *(1)*
**DESCRIPTION**  *(1)*
**determine**  *(2)*
**determined**  *(1)*
**difficult**  *(1)*
**direction**  *(1)*
**directive**  *(1)*
**directly**  *(3)*
**dirt**  *(2)*
**discussing**  *(1)*
**dispatch**  *(1)*
**display**  *(1)*
**DISTRICT**  *(6)*
**division**  *(3)*
**document**  *(2)*
**documents**  *(1)*
**DONNA**  *(1)*
**DOT**  *(2)*
**Drive**  *(1)*
**driver**  *(5)*
**driving**  *(2)*
**duly**  *(2)*
**dusk**  *(1)*

**< E >**
**easier**  *(1)*
**eastbound**  *(1)*
**EASTERN**  *(1)*
**Eight**  *(1)*
**either**  *(1)*
**employed**  *(1)*
**employee**  *(2)*
**enforcement**  *(6)*
**entire**  *(1)*
**especially**  *(1)*
**Espinosa**  *(1)*
**ESQUIRE**  *(2)*
**Estate**  *(1)*
**et**  *(1)*
**eventually**  *(1)*
**exactly**  *(1)*
**Examination**  *(3)*
**examined**  *(1)*
**excused**  *(1)*
**EXHIBIT**  *(2)*
**eye**  *(1)*

**< F >**
**facts**  *(1)*
**fair**  *(2)*
**family**  *(1)*
**far**  *(2)*
**fatal**  *(2)*
**father**  *(1)*
**federally**  *(2)*
**female**  *(2)*
**fields**  *(1)*
**filing**  *(1)*
**fill**  *(1)*
**filled**  *(1)*
**final**  *(1)*
**financially**  *(1)*
**find**  *(1)*
**fine**  *(1)*
**finish**  *(2)*
**First**  *(7)*
**FLAGER**  *(1)*
**Floor**  *(1)*
**follows**  *(1)*
**foot**  *(1)*
**force**  *(1)*
**foreshadowing**  *(1)*
**form**  *(4)*
**formal**  *(2)*
**found**  *(1)*
**fourth**  *(2)*
**Fraley**  *(4)*
**friends**  *(1)*
**full**  *(1)*
**fully**  *(1)*
**functioning**  *(2)*
**further**  *(2)*

**< G >**
**Gary**  *(1)*
**gather**  *(1)*
**give**  *(3)*
**given**  *(3)*
**glad**  *(2)*
**go**  *(7)*
**going**  *(9)*
**Goldhill**  *(3)*
**Good**  *(2)*
**GPS**  *(1)*
**green**  *(1)*
**ground**  *(1)*

**< H >**
**habit**  *(1)*
**handed**  *(1)*
**handwritten**  *(2)*
**happened**  *(1)*
**happens**  *(1)*
**happy**  *(1)*
**hate**  *(1)*
**head**  *(2)*
**heard**  *(1)*
**He'll**  *(1)*
**help**  *(2)*
**helped**  *(1)*
**high**  *(1)*
**highway**  *(1)*
**history**  *(1)*
**honesty**  *(1)*
**hopefully**  *(1)*
**hour**  *(1)*
**hours**  *(1)*

**< I >**
**ID**  *(2)*
**identification**  *(1)*
**identified**  *(1)*
**impact**  *(2)*
**important**  *(1)*
**impressive**  *(1)*
**incident**  *(6)*
**independent**  *(1)*
**independently**  *(1)*
**indicate**  *(1)*
**indication**  *(2)*
**indirectly**  *(1)*
**individual**  *(1)*
**Individually**  *(1)*
**information**  *(6)*
**initial**  *(1)*
**initially**  *(1)*
**injured**  *(1)*
**injuries**  *(2)*
**I-N-O**  *(1)*
**instructions**  *(2)*
**interaction**  *(1)*
**interested**  *(1)*
**intermittently**  *(1)*
**Internal**  *(1)*
**intersection**  *(3)*
**interview**  *(3)*
**interviewed**  *(1)*
**investigating**  *(2)*
**Investigation**  *(7)*
**investigator**  *(1)*
**involved**  *(7)*
**involving**  *(1)*
**its**  *(2)*

**< J >**
**job**  *(2)*
**Joseph**  *(1)*
**July**  *(1)*

**< K >**
**KANE**  *(6)*
**keep**  *(1)*
**know**  *(15)*
**knowledge**  *(1)*

**< L >**
**lack**  *(2)*
**lane**  *(1)*
**laptop**  *(1)*
**large**  *(1)*
**LAW**  *(2)*
**left**  *(1)*
**LEVIN**  *(10)*
**light**  *(3)*
**lighting**  *(2)*
**Lights**  *(2)*
**listed**  *(3)*
**little**  *(2)*
**location**  *(6)*
**long**  *(4)*
**longer**  *(1)*
**look**  *(2)*
**looked**  *(2)*
**looking**  *(1)*
**looks**  *(3)*
**lost**  *(1)*

**< M >**
**male**  *(2)*
**MARKED**  *(3)*
**Materials**  *(2)*
**matter**  *(2)*
**means**  *(1)*
**members**  *(1)*
**mentioned**  *(3)*
**MICHAEL**  *(3)*

MILLER  (8)
Miller's  (1)
mirror  (1)
morbid  (1)
morning  (2)
mother  (1)
motion  (1)
motor  (1)
motorbike  (1)
mouth  (1)
multiple  (1)

< N >
name  (2)
named  (1)
Natalie  (4)
nature  (2)
NEAL  (1)
need  (1)
neighborhood  (1)
New  (1)
night  (2)
Northbrook  (2)
Notary  (3)
notes  (1)
November  (1)
NUMBER  (5)

< O >
objections  (1)
observe  (1)
observed  (2)
obviously  (3)
occurred  (1)
OFFICER  (19)
officers  (5)
Okay  (33)
operator  (3)
operator's  (1)
outer  (1)
outside  (1)

< P >
P.C  (1)
package  (1)
PAGE  (7)
parents  (1)
Parkway  (1)
part  (1)

parties  (2)
patrol  (2)
pegged  (1)
PENNSYLVANIA  (6)
people  (2)
perished  (1)
person  (4)
personal  (1)
PHILADELPHIA  (7)
phone  (5)
photographs  (2)
Picture  (1)
plaintiff  (1)
Plaintiffs  (4)
Plaintiff's  (1)
platform  (1)
please  (1)
point  (4)
police  (9)
portion  (1)
position  (2)
post-marked  (1)
pouring  (1)
preparation  (2)
prepared  (1)
preparing  (1)
pretty  (4)
prior  (4)
probably  (4)
proceeded  (1)
process  (1)
Professional  (1)
properly  (1)
provide  (2)
provided  (3)
Public  (3)
purposes  (1)
pursuing  (1)
put  (4)

< Q >
question  (9)
questions  (5)
quickly  (3)
quite  (1)

< R >
radio  (5)
raise  (1)

rate  (1)
reach  (1)
reading  (1)
really  (4)
rear  (3)
rearview  (1)
reason  (3)
recall  (2)
received  (1)
recollection  (2)
reconstructionist  (2)
record  (5)
recorded  (1)
red  (2)
refer  (1)
reference  (1)
REFERENCED  (1)
referencing  (1)
reflect  (1)
regarding  (1)
regular  (1)
relate  (1)
relationship  (2)
relative  (2)
remember  (1)
remotely  (1)
repeat  (2)
rephrase  (2)
report  (14)
Reporter  (2)
Representing  (3)
reserved  (1)
respective  (1)
respond  (1)
responding  (1)
responses  (1)
rest  (1)
resting  (1)
retained  (1)
retire  (1)
review  (1)
reviewer  (1)
rider  (3)
right  (10)
rolling  (1)
runs  (1)
RYAN  (3)

< S >

S-A-V  (1)
SAVINO  (5)
saw  (7)
saying  (1)
scene  (12)
school  (1)
scooter  (5)
screen  (4)
sealing  (1)
section  (1)
see  (2)
seen  (2)
sergeant  (1)
severity  (1)
short  (2)
show  (2)
showed  (1)
shut  (1)
side  (1)
signal  (1)
signing  (1)
sir  (27)
sirens  (2)
sizable  (1)
socialized  (1)
somebody  (2)
son  (1)
sorry  (6)
sort  (1)
South  (1)
southbound  (2)
speak  (1)
speed  (1)
spent  (1)
spoke  (5)
staining  (1)
stammering  (1)
started  (3)
state  (2)
stated  (4)
statement  (2)
STATES  (1)
stating  (1)
stayed  (1)
steady  (2)
stenographically  (1)
Stermel  (1)
STIPULATED  (1)
stipulations  (1)

**stop**  *(2)*
**straightforward**  *(1)*
**Street**  *(6)*
**struck**  *(2)*
**stuff**  *(1)*
**subject**  *(2)*
**Suite**  *(1)*
**Superior**  *(1)*
**supposed**  *(1)*
**Sure**  *(1)*
**surrounding**  *(1)*
**sweet**  *(1)*
**sworn**  *(2)*
**system**  *(1)*

**< T >**
**Tacony**  *(6)*
**take**  *(4)*
**taken**  *(1)*
**talk**  *(2)*
**talking**  *(3)*
**telephone**  *(2)*
**tell**  *(4)*
**term**  *(1)*
**terminal**  *(1)*
**terms**  *(3)*
**testified**  *(1)*
**testify**  *(1)*
**testimony**  *(1)*
**Thank**  *(2)*
**thing**  *(2)*
**think**  *(2)*
**three**  *(1)*
**throw**  *(1)*
**time**  *(15)*
**tire**  *(1)*
**today**  *(3)*
**today's**  *(1)*
**told**  *(2)*
**top**  *(1)*
**towing**  *(1)*
**track**  *(1)*
**tractor**  *(7)*
**traffic**  *(7)*
**trailer**  *(10)*
**transcribed**  *(1)*
**transcript**  *(1)*
**transcription**  *(1)*
**transferred**  *(2)*

**trauma**  *(1)*
**traveling**  *(1)*
**Trevose**  *(1)*
**trial**  *(1)*
**tried**  *(1)*
**truck**  *(8)*
**true**  *(1)*
**truth**  *(1)*
**try**  *(1)*
**trying**  *(2)*
**two**  *(2)*
**type**  *(5)*
**typed**  *(1)*

**< U >**
**Ultimately**  *(1)*
**underneath**  *(1)*
**understand**  *(4)*
**understanding**  *(2)*
**unit**  *(3)*
**UNITED**  *(1)*
**usual**  *(1)*

**< V >**
**vehicle**  *(2)*
**vehicles**  *(2)*
**vicinity**  *(1)*
**Victor**  *(1)*
**video**  *(1)*
**visible**  *(1)*
**volunteer**  *(1)*
**vs**  *(1)*

**< W >**
**waiting**  *(1)*
**waived**  *(1)*
**walking**  *(1)*
**wallet**  *(1)*
**want**  *(3)*
**way**  *(2)*
**weather**  *(1)*
**Wednesday**  *(1)*
**well**  *(4)*
**went**  *(3)*
**we're**  *(2)*
**William**  *(1)*
**WITNESS**  *(9)*
**witnessed**  *(1)*
**witnesses**  *(1)*

**Wolk**  *(6)*
**wonky**  *(1)*
**word**  *(1)*
**work**  *(1)*
**worked**  *(1)*
**working**  *(1)*
**written**  *(2)*

**< Y >**
**Yeah**  *(1)*
**year**  *(1)*
**years**  *(1)*

**< Z >**
**Zoom**  *(1)*