# Philadelphia Police Department Investigation Report

| | | **A - Approved** |
|---|---|---|
| DC Number | 2019-15-044176 | |
| Report No | 2019-15-044176.1 | |
| Report Date | 7/18/2019 8:36:03 PM | Page 1 of 3 |
| Report Type | Investigation Report (75-49) | |

## Unit Control#:  2019-5400-000742-1

| | | | |
|---|---|---|---|
| Classification | 0123 - MANSLAU GROSS NEG BY CONVEYANCE, NO ARREST | Occurred On | 5/7/2019 12:00:01 AM |
| Previous Classification | 0123 - MANSLAU GROSS NEG BY CONVEYANCE, NO ARREST | Reported On | 5/7/2019 7:27:03 PM |
| Location of Occurrence | Fraley St / Tacony St | Disposition / Status | 4 - Active |
| Dist/Sect of Occurrence | 15th District PSA 2 | Clearing Unit | |
| Responding Officer | Differential Response Unit (PR 999999 / #) | Investigating Officer | P/O BARNEL ANDERSON (PR 230580/ #5756) |
| Assisted By | | Dist/Unit Preparing | 5400 - Accident Investigation Division |
| Related Cases | | | |

## Report Approval

| | | |
|---|---|---|
| Completed | 7/18/2019 8:36:03 PM | P/O BARNEL ANDERSON (PR 230580 / #5756) |
| Approved | 7/19/2019 4:39:24 PM | Sgt MARK BRADLEY (PR 219619 / #8798) |

## Report Summary

**Assignment:**
Recieved assignment on 05-08-2019 at approxiametly 8:00pm inside the A.I.D Head Quarters. I P/O Anderson#5756 the assigned investigator responded to the scene of the crash and was met by P/O Savino#5458 assigned to the 15th dist who stated in summary, Unit#2 driver stated while traveling S/B on Tacony St. and driving through intersection of Fraley st. had a steady green light. He saw a motion out of the corner of his eye and looked into his right mirror and saw a person on a small scooter. He tried swerving to the left to avoid accident but saw the person strike the rear of his trailer. The driver did come to a stop and exited the truck. He saw a young white male ( operator of Unit#1 ) laying on the ground with severe head truma. He then called 911. After medics arrived, the driver of Unit#1 was pronouced. The officer also report a witness observed  Unit#1 traveling E/B on Fraley St. at a high rate of speed and did drive through a steady red light at the intersection before striking the tractor trailer. Unit#1 was towed from the location. The driver of Unit#1 was transported to the E.M. office via police wagon. Uniut#2 was not damaged.

**Scene:**
A. Location: Tocony and Fraley St.
B. Traffic Control: Traffic Controls functioning properly.
C. Weather: None that affected this crash.
D. Lighting: Day Light.

**Physical Evidence:**
A. Tire marks: None
B. Debris: Plastic and fluids from Unit#1.
C. Blood: Blood present. Truma to the driver of Un it#1 head
D. Photos: Photos taken at the scene
E. Video: Video obtained but does not show crash and impact.
F. Point of impact: Tacony St. anf Fraley St.
G. Point of Rest: Same Location

**Vehicle Examination**
A. Unit#2 was examined by truck enforcement

**Witness Staement:**
A. Statement taken from Gary Bove

**Statement of Principle:**
A. Refer to the Results and Conclusion portion of this report.

**Injuries:**
A. The driver of Unit#1 (5292)

**Other Infomation:**
A. A BMV check was conducted of UNIT#1 and #2

**Results and Conclusion:**
The assigned has determined that this crash did occur in the City and County of Phila. Unit#1 was initially being pursued by Highway 14. After Unit#1 made several turns the High Way office was able to stop Unit#1. The office exited his vehicle, approached the driver and the driver again took off on the officer. Unit#1 made several turns and the High Way unit lost sight of Unit#1. Unit#1 traveled E/B on Fraley St. at a high rate of speed and did go through the red light at Fraley and Tacony and struck Unit#2 ( Tractor Trailer ). Unit#1 slipped on its side before impact. The driver struck his head on unk part of trailer. Unit#2 driver swerve to the left when he saw Unit#1 to avoid impact but was not able to. The driver stopped, exited the vehicle and saw the driver on the ground. The High Way unit pulled up shortly and saw the male as well and notified police radio. Medics arrived and pronouced the male. A safty check was conducted on Unit#2 via truck enforcement ( properly functioning ). Unit#1 was towed and the driver was tranported to the M.E Office.

CITY 001

# Philadelphia Police Department Investigation Report

| | | |
|---|---|---|
| DC Number | **2019-15-044176** | **A - Approved** |
| Report No | **2019-15-044176.1** | Page 2 of 3 |
| Report Date | **7/18/2019 8:36:03 PM** | |
| Report Type | **Investigation Report (75-49)** | |

The causation of the crash is the driver of Unit#1. The driver ran the red light at a high rate of speed striking Unit#2. Via the witness, the High Way Unit was not behind Unit#1 at the time of the crash. The officer drove up shortly after collision.

Action:

## Classification Detail: 0123 - MANSLAU GROSS NEG BY CONVEYANCE, NO ARREST

| | | | | | |
|---|---|---|---|---|---|
| Location | **053 - Highways (Outside Structure)** | | | No. Prem. Entered | |
| Offense Completed? | **YES** | Using | | Entry Method | |
| Hate/Bias | **None (No Bias)** | Criminal Activity | | Type Security | |
| Domestic Violence | **NO** | Weapons/Force | **Other** | Tools | |

## Victim / Complainant V1: ESPINOSA, AUGUSTO

| | | | | | |
|---|---|---|---|---|---|
| Address | **3009 Longshore Ave** | DOB | | Officer Payroll # | |
| CSZ | **Philadelphia, PA  19149** | Age / Race / Sex | **58 / White / Male** | District / Unit | |
| Home Phone | **215 852-9853** | Ethnicity | **Hispanic Origin** | SSN | |
| Cell Phone | | Occupation/Grade | | OLN | |
| Beeper | | Employer/School | | OLN State / Country | **/** |
| Email | | Emp/Sch Address | | Injury | |
| Work Phone | | Emp/Sch CSZ | | Circumstances | **Other Negligent Killings** |
| Found Date | | Found Location | | Reason for Absence | |
| Reason for Cancellation | | Found City | | | |
| PCIC/NCIC Notification | | | | | |
| Victim Notes | | | | | |

### Interview Section

| | | | | |
|---|---|---|---|---|
| Interview Date | | Interviewed By | **(PR / #)** | 75-483 Completed |
| Interview Location | | Others Present | | |
| Interview Summary | | | | |

# Property

| Description | | Reported Value | Recovered Value |
|---|---|---|---|
| | TOTAL | **$0** | **$0** |

## Suspect S1: Miller, Rayn

| | | | | | |
|---|---|---|---|---|---|
| AKA | | DOB | **12/25/2003** | SSN | |
| Alert(s) | | Age / Race / Sex | **15 / White / Male** | OLN | |
| Address | **5723 Charles St** | Ethnicity | **Not of Hispanic Origin** | OLN State / Country | **/ United States of America** |
| CSZ | **Philadelphia, PA  19135** | Place of Birth | | Build | |
| Home Phone | | Occupation/Grade | | Scars/Marks/Tattoos | |
| Cell Phone | | Employer/School | | Teeth | |
| Beeper | | Emp/Sch Address | | Facial Hair | |
| Email | | Emp/Sch CSZ | | Complexion | |
| Work Phone | | Height / Weight | **/** | Hair Style / Length | **/** |
| Attire | | Eye / Hair Color | **/** | Blood Type | |
| Jewelry | | Artif. Body Prts/Aids | | | |
| Suspect Notes | | | | | |

### Interview Section

| | | | | |
|---|---|---|---|---|
| Interview Date | | Interviewed By | **(PR / #)** | 75-483 Completed |
| Interview Location | | Others Present | | |
| Interview Summary | | | | |

NetRMS_CR.rtf v2f

Printed: August 14, 2019 - 2:07 PM

**Philadelphia Police Department Investigation Report**

| | |
|---|---|
| DC Number | **2019-15-044176** |
| Report No | **2019-15-044176.1** |
| Report Date | **7/18/2019 8:36:03 PM** |
| Report Type | **Investigation Report (75-49)** |

# A - Approved

**Case Facts**

**MO**

**Actions Taken**

NetRMS_CR.rtf v2f

Printed: August 14, 2019 - 2:07 PM

AA-500S TX

**Commonwealth of Pennsylvania Police Crash Report**  PAGE 1

Incident Number:  201915044176

Crash Involves:  ○ DUI  ◉ Fatality  ○ Hit and Run  ◉ Commercial Vehicle  ○ State Police Vehicle  ○ Local Police Vehicle  REPORTABLE CRASH
○ N/A  ○ Work Zone  ○ ATV  ○ Snowmobile  ○ Commonwealth Vehicle  ○ Local Gov Vehicle

## Police Agency Data

| | |
|---|---|
| Agency Name **PHILADELPHIA** | Case Closed **NO**  Patrol Zone **03**  Investigation Date **05/08/2019** |
| Dispatch Time **19:47** hrs.  Arrival Time **20:00** hrs. | Investigator **SAVINO, CHRISTOPHER**  Badge Number **05458** |
| Approval Date | Reviewer  Reviewer Badge Number |

## Crash Data

| | |
|---|---|
| Date of Crash **05/07/2019**  Time of Crash **19:27** hrs.  Day of the Week **TUESDAY** | Crash Description **SIDESWIPE (OPPOSITE DIRECTION)** |
| County **PHILADELPHIA** | Municipality **PHILADELPHIA CITY** |
| Weather Conditions **NO ADVERSE CONDITIONS** | Relation to Roadway **ON TRAVEL LANES** |
| Illumination **DUSK** | Road Surface Conditions **DRY** |

| # of Units **002** | # of People **002** | # of Injured **000** | # Killed **001** |
|---|---|---|---|

| School Bus Related **NO** | School Zone Related **NO** | PennDOT Notified **NO** | Type of Intersection **"T" INTERSECTION** | Special Location **NOT APPLICABLE** |
|---|---|---|---|---|

## Work Zone

Work Zone **NO**  Work Zone Type  Where in Work Zone

Speed Limit  Workers Present  Officer Present  Work Zone Characteristics  □ Lane Closure  □ Road Closed with Detour  □ Work on Shoulder or Median  □ Intermittent or Moving Work  □ Flagger Control  □ Other

## Principal Road

| Route Signing **LOCAL ROAD OR STREET** | Route Number **0000** | Segment Number | Travel Lanes **02** | Speed Limit **35 MPH** | Orientation **SOUTH** |
|---|---|---|---|---|---|
| House Number | | Street Name **TACONY** | | | St. Ending **STREET** |

## Intersecting Rd.

| Used in Intersection Crashes | Route Signing **LOCAL ROAD OR STREET** | Route Number **0000** | Segment Number | Travel Lanes **01** | Speed Limit **25 MPH** | Orientation **EAST** |
|---|---|---|---|---|---|---|
| | Street Name **FRALEY** | | | | | St. Ending **STREET** |

## Distance From Landmark / Used for Mid-Block Crashes

| Landmark 1 | Route Number | Or Mile Post | Tenths | Or Segment Marker | | Ramp Use Only | Feet | |
|---|---|---|---|---|---|---|---|---|
| | Street Name | | | | Street Ending | | Or Miles | Tenths |

| Landmark 2 | Route Number | Or Mile Post | Tenths | Or Segment Marker | | Ramp Use Only | The above entry is the distance from the Crash Scene to Landmark 1 |
|---|---|---|---|---|---|---|---|
| | Street Name | | | | Street Ending | | |

## GPS

| Latitude: | Degrees **40** | Minutes **00** | . | Seconds **34** | Decimal **520** | Longitude: — | Degrees **75** | Minutes **03** | . | Seconds **50** | Decimal **830** |
|---|---|---|---|---|---|---|---|---|---|---|---|

## TCD

Traffic Control Device **TRAFFIC SIGNAL**  Traffic Control Functioning **DEVICE FUNCTIONING PROPERLY**

## Lane

Lane Closed **FULLY**  Lane Closure Direction **ALL (N,S,E,W)**  Traffic Detoured **YES**  Estimated Time Closed **1-3 HRS**

## Environmental / Roadway Potential Factors (E/R)

| Factor 1 **NONE** | Factor 2 | Factor 3 |
|---|---|---|

## Event Information

| **First Harmful Event in the Crash** | **Most Harmful Event in the Crash** |
|---|---|
| Unit Number **001**  Harmful Event **HIT UNIT 2** | Unit Number **001**  Harmful Event **HIT UNIT 2** |

| Indicated Prime Factor **DRIVER ACTION** | Unit Number **001** | Prime Factor Driver Action **RUNNING RED LIGHT** |
|---|---|---|

| Prime Factor Enviromental/Roadway | Prime Factor Vehicle Failure | Prime Factor Pedestrian Action |
|---|---|---|

| Road Surface Type **BLACKTOP** | Special Jurisdiction **NO SPECIAL JURISDICTION** |
|---|---|

AA-500S TX

**Commonwealth of Pennsylvania Police Crash Report**

PAGE 2

Incident Number: **201915044176**

Crash Involves: ○ DUI   ◉ Fatality   ○ Hit and Run   ◉ Commercial Vehicle   ○ State Police Vehicle   ○ Local Police Vehicle   **REPORTABLE CRASH**
○ N/A   ○ Work Zone   ○ ATV   ○ Snowmobile   ○ Commonwealth Vehicle   ○ Local Gov Vehicle

| Unit Number | Type Unit | | | | | | Commercial Vehicle | |
|---|---|---|---|---|---|---|---|---|
| **001** | **Motor Vehicle in Transport** | | | | | | **No** | |

| First Name | MI | Last Name | | Suffix | DOB | Telephone Number |
|---|---|---|---|---|---|---|
| **RYAN** | | **MILLER** | | | **12/25/2003** | |

| Street Address | City | | State | Zip Code |
|---|---|---|---|---|
| **5723 CHARLES ST** | **PHILADELPHIA** | | **PA** | **19135** |

| Gender | License Number | License State | Class | Expiration Date | Owner/Driver |
|---|---|---|---|---|---|
| **MALE** | **00000000** | **PA** | **ID** | **12/25/2020** | **UNKNOWN** |

| Driver Presence | Physical Condition |
|---|---|
| **DRIVER OPERATED VEHICLE** | **APPARENTLY NORMAL** |

<table>
<tr><td>Violation 1<br><b>FAILURE TO STOP AT RED SIGNAL</b></td><td>Person Charged<br><b>N - NOT CHARGED</b></td></tr>
<tr><td>Violation 2</td><td>Person Charged</td></tr>
<tr><td>Violation 3</td><td>Person Charged</td></tr>
<tr><td>Violation 4</td><td>Person Charged</td></tr>
</table>

| Alcohol/Drugs Suspected | Alcohol Test Type | Alcohol Test Results |
|---|---|---|
| **UNKNOWN** | **UNKNOWN IF TEST GIVEN** | |

| Drug Test Type | Drug Test Results |
|---|---|
| **UNKNOWN IF TEST GIVEN** | **UNKNOWN IF TESTED FOR DRUGS** |

| Driver Action | **RUNNING RED LIGHT** |
|---|---|

| Pedestrian Action | Pedestrian Signals | Pedestrian Clothing | Pedestrian Location |
|---|---|---|---|
| | | | |

| 1st Harmful Event | Left or Right Side | Most Harmful | Utility Pole Number |
|---|---|---|---|
| **HIT UNIT 2** | | **YES** | |
| 2nd Harmful Event | Left or Right Side | Most Harmful | Utility Pole Number |
| 3rd Harmful Event | Left or Right Side | Most Harmful | Utility Pole Number |
| 4th Harmful Event | Left or Right Side | Most Harmful | Utility Pole Number |

*(Driver/Pedestrian Information)*

| Owner First Name | Owner MI | Owner Last Name or Business Name | | Suffix |
|---|---|---|---|---|
| **RYAN** | | **MILLER** | | |

| Street Address | City | | State | Zip Code | Telephone Number |
|---|---|---|---|---|---|
| **5723 CHARLES ST** | **PHILADELPHIA** | | **PA** | **19135** | |

| Vehicle Type | Vehicle Automation | Special Usage | Government Equipment Number |
|---|---|---|---|
| **OTHER TYPE SPEC VEH** | **NO AUTOMATION** | **NOT APPLICABLE** | |

| Model Year | Vehicle Make | Vehicle Model | Vehicle Color | VIN |
|---|---|---|---|---|
| | **YAMAHA** | **SCOOTER** | **BLACK** | **RKRSEB1Y8GA001274** |

| License Plate | Reg. State | Est. Speed | Vehicle Towed | Towed By |
|---|---|---|---|---|
| **000000** | | **999** | **YES** | **PHILA POLICE TOW SQUAD** |

| Insurance | Insurance Company | Policy Number | Expiration Date |
|---|---|---|---|
| **NO** | | | |

| Direction of Travel | Vehicle Position | Vehicle Movement | Initial Impact Point |
|---|---|---|---|
| **EAST** | **LEFT LANE** | **TURNING LEFT** | **12 O'CLOCK** |

| Damage Indicator | Gradient | Road Alignment | Possible Vehicle Failures |
|---|---|---|---|
| **DISABLING** | **LEVEL** | **STRAIGHT** | **NONE** |

*(Vehicle Information)*

| # of Units | Type Unit 1 | Tag Number | Tag Year | Tag State |
|---|---|---|---|---|
| **0** | | | | |

| Unit Make | | Unit Owner | | |
|---|---|---|---|---|
| | | | | |

| Type Unit 2 | Tag Number | Tag Year | Tag State |
|---|---|---|---|
| | | | |

| Unit Make | | Unit Owner | | |
|---|---|---|---|---|
| | | | | |

*(Trailing Units)*

| Engine Size | Passenger? | Saddle Bag/Trunk? | Trailer? | Driver Education? |
|---|---|---|---|---|
| cc | | | | |

| Driver Helmet Type | Helmet Stayed On? | DOT/Snell Designation? | Eye Protection? | Long Sleeves? | Long Pants? | Over Ankle Boots? |
|---|---|---|---|---|---|---|
| | | | | | | |

| Passenger Helmet Type | Helmet Stayed On? | DOT/Snell Designation? | Eye Protection? | Long Sleeves? | Long Pants? | Over Ankle Boots? |
|---|---|---|---|---|---|---|
| | | | | | | |

*(Motorcycle)*

| Passenger? | Helmet? | Head Lights? | Rear Reflectors? |
|---|---|---|---|
| | | | |

*(Pedal cycle)*

AA-500S TX

Incident Number:    **201915044176**

## Commonwealth of Pennsylvania Police Crash Report

PAGE 3

**Crash Involves:**  ○ DUI  ◉ Fatality  ○ Hit and Run  ◉ Commercial Vehicle  ○ State Police Vehicle  ○ Local Police Vehicle    REPORTABLE CRASH
○ N/A  ○ Work Zone  ○ ATV  ○ Snowmobile  ○ Commonwealth Vehicle  ○ Local Gov Vehicle

### Driver/Pedestrian Information

| Unit Number **002** | Type Unit **Motor Vehicle in Transport** | | Commercial Vehicle **Yes** |
|---|---|---|---|

| First Name **AUGUSTO** | MI | Last Name **ESPINOSA** | Suffix | DOB **02/03/1961** | Telephone Number **(215) 852-9853** |
|---|---|---|---|---|---|

| Street Address **3009 LONGSHORE AVE** | City **PHILADELPHIA** | State **PA** | Zip Code **19149** |
|---|---|---|---|

| Gender **MALE** | License Number **26439174** | License State **PA** | Class **A** | Expiration Date **02/14/2023** | Owner/Driver **PRIVATE VEHICLE OWNED/LEASED BY DRIVER** |
|---|---|---|---|---|---|

| Driver Presence **DRIVER OPERATED VEHICLE** | Physical Condition **APPARENTLY NORMAL** |
|---|---|

| Violation 1 | Person Charged |
|---|---|
| Violation 2 | Person Charged |
| Violation 3 | Person Charged |
| Violation 4 | Person Charged |

| Alcohol/Drugs Suspected **NO** | Alcohol Test Type **TEST NOT GIVEN** | Alcohol Test Results |
|---|---|---|

| Drug Test Type **NONE** | Drug Test Results **NO DRUGS REPORTED** |
|---|---|

| Driver Action   **NO CONTRIBUTING ACTION** |
|---|

| Pedestrian Action | Pedestrian Signals | Pedestrian Clothing | Pedestrian Location |
|---|---|---|---|

| 1st Harmful Event **STRUCK BY UNIT 1** | Left or Right Side | Most Harmful **YES** | Utility Pole Number |
|---|---|---|---|
| 2nd Harmful Event | Left or Right Side | Most Harmful | Utility Pole Number |
| 3rd Harmful Event | Left or Right Side | Most Harmful | Utility Pole Number |
| 4th Harmful Event | Left or Right Side | Most Harmful | Utility Pole Number |

### Vehicle Information

| Owner First Name **AUGUSTO** | Owner MI | Owner Last Name or Business Name **ESPINOSA** | Suffix |
|---|---|---|---|

| Street Address **3009 LONGSHORE AVE** | City **PHILADELPHIA** | State **PA** | Zip Code **19149** | Telephone Number **(215) 852-9853** |
|---|---|---|---|---|

| Vehicle Type **LARGE TRUCK** | Vehicle Automation **NO AUTOMATION** | Special Usage **TRACTOR TRAILER** | Government Equipment Number |
|---|---|---|---|

| Model Year **1999** | Vehicle Make **OTHER** | Vehicle Model **4800** | Vehicle Color **WHITE** | VIN **1XKWDB9X1XJ815567** |
|---|---|---|---|---|

| License Plate **AG83997** | Reg. State **PA** | Est. Speed **025** | Vehicle Towed **NO** | Towed By |
|---|---|---|---|---|

| Insurance **UNKNOWN** | Insurance Company | Policy Number | Expiration Date |
|---|---|---|---|

| Direction of Travel **SOUTH** | Vehicle Position **RIGHT LANE "CURB"** | Vehicle Movement **GOING STRAIGHT** | Initial Impact Point **5 O'CLOCK** |
|---|---|---|---|

| Damage Indicator **FUNCTIONA** | Gradient **LEVEL** | Road Alignment **STRAIGHT** | Possible Vehicle Failures **NONE** |
|---|---|---|---|

#### Trailing Units

| # of Units **1** | Type Unit 1 **SEMI-TRAILER** | Tag Number **2365256** | Tag Year **2016** | Tag State **ME** |
|---|---|---|---|---|

| Unit Make **HERCULES GALION** | Unit Owner **TREND INTERMODEL CHASSIS LEASING** |
|---|---|

| Type Unit 2 | Tag Number | Tag Year | Tag State |
|---|---|---|---|

| Unit Make | Unit Owner |
|---|---|

#### Motorcycle

| Engine Size **cc** | Passenger? | Saddle Bag/Trunk? | Trailer? | Driver Education? |
|---|---|---|---|---|
| Driver Helmet Type | Helmet Stayed On? | DOT/Snell Designation? | Eye Protection? | Long Sleeves? | Long Pants? | Over Ankle Boots? |
| Passenger Helmet Type | Helmet Stayed On? | DOT/Snell Designation? | Eye Protection? | Long Sleeves? | Long Pants? | Over Ankle Boots? |

#### Pedal cycle

| Passenger? | Helmet? | Head Lights? | | Rear Reflectors? |
|---|---|---|---|---|

AA-500S TX

**Commonwealth of Pennsylvania Police Crash Report**  PAGE 4

Incident Number: **201915044176**

Crash Involves: ○ DUI  ◉ Fatality  ○ Hit and Run  ◉ Commercial Vehicle  ○ State Police Vehicle  ○ Local Police Vehicle  REPORTABLE CRASH
○ N/A  ○ Work Zone  ○ ATV  ○ Snowmobile  ○ Commonwealth Vehicle  ○ Local Gov Vehicle

## Commercial Vehicle

| Unit Number **2** | Number of Axles **05** | Carrier Name **WORLD LOGISTICS USA INC** | | Phone Number **(609) 259-6102** |
|---|---|---|---|---|

| Street Address **173 ROUTE 526** | City **ALLENTOWN** | State **NJ** | Zip Code **08501** |
|---|---|---|---|

| Cargo Body Type **VAN / ENCLOSED BOX** | Vehicle Configuration **TRACTOR / SEMI-TRAILER(S)** | GVWR **080000** |
|---|---|---|

| Oversize Load **NO** | USDOT Number **00823590** | ICC Number | PUC Number | Hazardous Materials **NO** |
|---|---|---|---|---|

| HazMat Class 1 | Release Indicator 1 |
|---|---|
| HazMat Class 2 | Release Indicator 2 |
| HazMat Class 3 | Release Indicator 3 |
| HazMat Class 4 | Release Indicator 4 |

## Fatality

| Unit # **1** | Driver Restrictions Compliance **NOT A PENNSYLVANIA DRIVER** | Driver Endorsement Compliance **NONE REQUIRED** | Driver License Compliance **NOT A PENNSYLVANIA DRIVER** |
|---|---|---|---|

| Principal Impact Point **12 O'CLOCK** | Avoidance Maneuver **INCONCLUSIVE** |
|---|---|

| Under Ride Indicator **UNDERRIDE, NO COMPARTMENT INTRUSION** | Emergency Use **NOT IN EMERGENCY USE** |
|---|---|

## People Information

| Unit # **001** | Person No. **001** | First Name **RYAN** | MI | Last Name **MILLER** | Suffix | DOB **12/25/2003** |
|---|---|---|---|---|---|---|

| Street Address **5723 CHARLES ST** | City **PHILADELPHIA** | State **PA** | Zip Code **19135** |
|---|---|---|---|

| Phone Number | EMS Transport **NO** | Person Type **DRIVER** | Gender **MALE** |
|---|---|---|---|

| EMS Agency **PHILADELPHIA FIRE DEPT** | Medical Facility **NONE** |
|---|---|

| Injury Severity **FATAL INJURY** |
|---|

| Seat Position **DRIVER - ALL VEHICLES** | Safety Equipment 1 **NONE USED / NOT APPLICABLE** |
|---|---|

| Safety Equipment 2 **NONE USED / NOT APPLICABLE** | Extrication **NOT APPLICABLE** |
|---|---|

| Ejection **NOT APPLICABLE** | Ejection Path **NOT EJECTED/NOT APPLICABLE** |
|---|---|

## People Information

| Unit # **002** | Person No. **002** | First Name **AUGUSTO** | MI | Last Name **ESPINOSA** | Suffix | DOB **02/03/1961** |
|---|---|---|---|---|---|---|

| Street Address **3009 LONGSHORE AVE** | City **PHILADELPHIA** | State **PA** | Zip Code **19149** |
|---|---|---|---|

| Phone Number **(215) 852-9853** | EMS Transport **NO** | Person Type **DRIVER** | Gender **MALE** |
|---|---|---|---|

| EMS Agency | Medical Facility **NONE** |
|---|---|

| Injury Severity **NOT INJURED** |
|---|

| Seat Position **DRIVER - ALL VEHICLES** | Safety Equipment 1 **LAP AND SHOULDER BELT USED** |
|---|---|

| Safety Equipment 2 **NONE USED / NOT APPLICABLE** | Extrication **NOT EXTRICATED** |
|---|---|

| Ejection **NOT EJECTED** | Ejection Path **NOT EJECTED/NOT APPLICABLE** |
|---|---|

## Witness

| First Name **GARY** | MI | Last Name **BOVE** | Suffix | Phone Number **(215) 668-9271** |
|---|---|---|---|---|

| Street Address **4574 MELROSE ST** | City **PHILADELPHIA** | State **PA** | Zip Code **19124** |
|---|---|---|---|

## Notified

| Person\Business Notified **ACCIDENT INVESTIGATON** | Phone Number **(215) 685-3181** | Date Notified **05/07/2019** | Time Notified **20:00** |
|---|---|---|---|

| Reason for Notification **FATAL ACCIDENT** |
|---|

AA-500S TX

Incident Number:   201915044176

**Commonwealth of Pennsylvania Police Crash Report** PAGE 6

Crash Involves:
○ DUI  ⊙ Fatality  ○ Hit and Run  ⊙ Commercial Vehicle  ○ State Police Vehicle  ○ Local Police Vehicle  REPORTABLE CRASH
○ N/A  ○ Work Zone  ○ ATV  ○ Snowmobile  ○ Commonwealth Vehicle  ○ Local Gov Vehicle



## NARRATIVE

**Crash Synopsis**

SEE NOTES

**Crash Details**

ON TUESDAY 5/7/19 AT APPROX 7:47PM I RESPONDED TO THE AREA OF 5400 TACONY ST FOR A REPORT OF AN AUTO ACCIDENT INVOLVING A PEDESTRIAN AS WELL AS A TRACTOR TRAILER. I ARRIVED ON SCENE AT APPROX 8PM AND WAS MET BY DRIVER OF UNIT #2 WHO STATED TO POLICE THAT WHILE TRAVELING S/B ON TACONY ST AND DRIVING THROUGH INTERSECTION WITH FRALEY ST AND WITH THE STEADY GREEN LIGHT HE SAW MOTION OF OUT THE CORNER OF HIS EYE AND LOOKED INTO HIS RIGHT REAR VIEW MIRROR AND SAW A PERSON ON A SMALL SCOOTER AND HE TRIED SWERVING TO THE LEFT TO AVOID ACCIDENT BUT SAW THE PERSON STRIKE THE REAR OF HIS TRAILER AND DISAPPEAR FROM VIEW. DRIVER DID COME TO A STOP, AND WHEN HE EXITED HIS TRUCK, HE SAW A YOUNG WHITE MALE (OPERATOR #1) LAYING ON THE GROUND WITH SEVERE HEAD TRAUMA. AFTER CALLING 911, THE OPERATOR OF VEHICLE #1 WAS PRONOUNCED AT 7:30 PM BY MEDIC 32.
ABOVE WITNESS STATED TO POLICE THAT WHILE ON TACONY ST, HE OBSERVED OPERATOR #1 TRAVELING E/B ON FRALEY ST AT A HIGH SPEED AND HE DID DRIVE THROUGH A STEADY RED LIGHT AT INTERSECTION BEFORE STRIKING THE TRACTOR TRAILER.

# DRIVER/VEHICLE EXAMINATION REPORT

Aspen 3.0.0.17

| | |
|---|---|
| **PA State Police - Commercial Vehicle Safety Div.**<br>**1800 Herr St. (Tent Bldg.)**<br>**Harrisburg, PA. 17103**<br>**FAX: (717) 772-1558**<br>**Data Challenges : http://dataqs.fmcsa.dot.gov** | **Report Number:** PAM610000878<br>**Inspection Date:** 05/07/2019<br>**Start:** 10:30 PM ET   **End:** 11:35:00 PM ET<br>**Inspection Level:** I - Full<br>**HM Inspection Type:** None |

| | | |
|---|---|---|
| WORLD LOGISTICS USA INC<br>173 ROUTE 526<br>ALLENTOWN, NJ  08501<br>USDOT#: 00823590    Phone#: (609)259-6102<br>MC/MX#: 365777    Fax#:<br>State#: | **Driver:** ESPINOSA, AUGUSTO<br>**License#:** 26439174<br>**Date of Birth:** 02/13/1961<br>**CoDriver:**<br>**License#:**<br>**Date of Birth:** | **State:** PA<br><br><br>**State:** |

| | | |
|---|---|---|
| **Location:** 5400 TACONY ST<br>**Highway:**<br>**County:** PHILADELPHIA, PA | **MilePost:**<br>**Origin:** PHILADELPHIA, PA<br>**Destination:** PHILADELPHIA, PA | **Shipper:**<br>**Bill of Lading:**<br>**Cargo:** INTERMODAL |

## INTERMODAL EQUIPMENT PROVIDER INFORMATION

The inspector indicated the intermodal equipment below is owned or leased by the motor carrier. If you believe this is incorrect, we invite you to submit a request for a data review through DataQs at https://dataqs.fmcsa.dot.gov.

## VEHICLE IDENTIFICATION

| Unit | Type | Make | Year | State | Plate # | Equipment ID | VIN | GVWR | CVSA # | CVSA Issued # | OOS Sticker |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | TT | KW | 1999 | PA | AG83997 | | 1XKWDB9X1XJ815567 | 80,000 | | | |
| 2 | IC | HERC | 2016 | ME | 2365256 | | 5K8CG4027GH001891 | 18,000 | | | |

## BRAKE ADJUSTMENTS

| Axle # | 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|
| Right | 3/4 | 7/8 | 1 3/8 | 1 1/2 | 1 |
| Left | 1/2 | 1/2 | 1 1/4 | 1 1/4 | 1 1/4 |
| Chamber | C-20 | C-30 | C-30 | C-30 | C-30 |

## VIOLATIONS ATTRIBUTABLE TO THE MOTOR CARRIER

| Vio Code | Section | Unit | OOS | Citation # | Verify | Crash | Violations Discovered |
|---|---|---|---|---|---|---|---|
| 393.9 | 393.9(a) | 1 | N | | N | N | Inoperable Required Lamp: Right rear turn signal on power unit is inoperable |
| 393.11 | 393.11 | 1 | N | | N | N | No or defective lighting devices or reflective material as required: No reverse lamp on power unit |

## VIOLATIONS ATTRIBUTABLE TO THE INTERMODAL EQUIPMENT PROVIDER : No Violations Were Discovered.

| | | |
|---|---|---|
| **HazMat:**  No HM Transported. | **Placard:** No | **Cargo Tank:** |

**Special Checks:**  Post Crash

| | | | |
|---|---|---|---|
| Report Prepared By:<br>CHRISTOPHER SAVINO | Badge #:<br>M9806 | Copy Received By:<br>AUGUSTO ESPINOSA | Page 1 of 2 |



## DRIVER/VEHICLE EXAMINATION REPORT

Aspen 3.0.0.17

**PA State Police - Commercial Vehicle Safety Div.**
**1800 Herr St. (Tent Bldg.)**
**Harrisburg, PA. 17103**
**FAX: (717) 772-1558**
**Data Challenges : http://dataqs.fmcsa.dot.gov**

**Report Number:** PAM610000878
**Inspection Date:** 05/07/2019
**Start:** 10:30 PM ET    **End:** 11:35:00 PM ET
**Inspection Level:** I - Full
**HM Inspection Type:** None

WORLD LOGISTICS USA INC
173 ROUTE 526
ALLENTOWN, NJ  08501
**USDOT#:** 00823590    **Phone#:** (609)259-6102
**MC/MX#:** 365777    **Fax#:**
**State#:**

**Driver:** ESPINOSA, AUGUSTO
**License#:** 26439174                     **State:** PA
**Date of Birth:** 02/13/1961
**CoDriver:**
**License#:**                               **State:**
**Date of Birth:**

**Location:** 5400 TACONY ST
**Highway:**
**County:** PHILADELPHIA, PA

**MilePost:**          **Shipper:**
**Origin:** PHILADELPHIA, PA          **Bill of Lading:**
**Destination:** PHILADELPHIA, PA    **Cargo:** INTERMODAL

---

All violations listed on this report which are not designated as out-of-service MUST be corrected within 15 days OR before the vehicle's next trip, WHICHEVER OCCURS FIRST.  If out of service violations are listed, they MUST be corrected in accordance with the out of service statement listed on this report.

RETURN ADDRESS:  Sign and return this report ONLY if violations are entered in the violation section.   Fax or Mail it to the Pennsylvania State Police at the address listed in the upper left corner of this report.

DO NOT SEND TRAFFIC CITATIONS OR ANY PAYMENTS TO THIS ADDRESS.  If issued, Citations MUST be returned to the COURT whose address appears on the top left corner of the citation.

For more information visit our web site at:

http://cvsd.pa.gov

MOTOR CARRIER CERTIFICATION:  The undersigned certifies that all violations on this report have been corrected and action has been taken to ensure compliance with the Motor Carrier Safety and HM Regulations insofar as they are applicable to motor carriers and drivers. This certification MUST BE SIGNED by the Motor Carrier and returned WITHIN 15 DAYS to the return address, as instructed above.

Signature Of Motor Carrier X:_____    Title:_____    Date:_____

---

Report Prepared By:
CHRISTOPHER SAVINO

Badge #:
M9806

Copy Received By:
AUGUSTO ESPINOSA

Page 2 of 2



# MEMO
## from the desk of
## Captain Mark Overwise #90
*Commanding Officer, Accident Investigation District*

CAMERAS on EADOM ST.

5335 EADOM   RESIDENCE
5337
5343

5400 — GOOD DEAL SELF STORAGE
5401   RESIDENCE

NETS
NORTHEAST TREATMENT CENTER



**Philadelphia Police Department**

| ACCIDENT INVESTIGATION INTERVIEW RECORD | PHILADELPHIA POLICE DEPARTMENT ACCIDENT INVESTIGATION DIVISION | | DC#: |
|---|---|---|---|
| | | | AID CASE #: |

| NAME: JENNIFER SCHEFFIELD | F | W | 51 | 09-09-1967 | SS#: |
|---|---|---|---|---|---|

| ADDRESS: | 7246 CHARLES STREET | 2 | HOME: |
|---|---|---|---|
| | PHILA PA, 19135 | | 215-954-9140 |

UNEMPLOYED | WORK/SCHOOL PHONE #:

| EMPLOYER/SCHOOL ADDRESS: | STREET NUMBER: |
|---|---|
| | CITY:          STATE:     ZIP CODE: |

| 7246 CHARLES STREET | 05-08-19  11:15 AM |
|---|---|

| INTERVIEWED BY:  P/O JACKSON #5962 | N/A |
|---|---|

| BRIDGE STREET, (INVOLVING A PHILA POLICE OFFICER BEING STRUCK BY A DIRT BIKE) | 05-07-19 |
|---|---|
| | 7:pm |

| N/A | REQUEST TO CONSENT TO INTERVIEW (75 Misc. 6) | WARNINGS/CONSENT GIVEN DATE & TIME: |
|---|---|---|

ANSWERS:          (1)          (2)          (3)          (4)          (5)          (6)          (7)

Q: DO YOU READ AND UNDERSTAND THE ENGLISH LANGUAGE?

A:  YES.

Q: ARE YOU CURRENTLY UNDER THE INFLUENCE OF ANYTHING WHICH WILL AFFECT YOUR MEMORY OR DECISION MAKING?

A:  NO

Q: WERE YOU INVOLVED IN AND AUTO ACCIDENT?

A\. NO

Q.ARE YOU THE REGISTERED OWNER OF THIE VEHICLE THAT WAS INVOLVED?

A.   NO

Q. WHAT WERE YOU DOING AT THE TIME OF THE ACCIDENT?

A.   N/A

Q. CAN YOU EXPLAIN WHAT HAPPENED?

A...THE OFFICER WAS DRIVING AND THE KID ON THE DIRT BIKE RAN INTO THE REAR OF THE PATROL CAR, AND THEN TOOK OFF. THE POLICE OFFICER CHASED HIM.

INTERVIEWEE SIGNATURE:

A.I.D. -50                          Page      of

| ACCIDENT INVESTIGATION INTERVIEW RECORD CONTINUATION SHEET | PHILADELPHIA POLICE DEPARTMENT ACCIDENT INVESTIGATION DIVISION | DC#: |
| --- | --- | --- |
| | | AID CASE #: |

**Q. DID YOU ACTUALLY SEE THE ACCIDENT?**

A. YES I SEEN THE ACCIDENT WHEN THE KID ON THE DIRT BIKE HIT THE BACK OF THE POLICE OFFICER CAR AND THE OFFICER GOT OUT OF HIS CAR AND THEN GOT BACK INTO THE POLICE CAR, BECAUSE THE DIRT BIKE OR SCOOTER TOOK OFF. AND IT MAY HAVE BEEN A GIRL, BECAUSE THE PERSON HAD LONG BLONDE HAIR. SO THE PERSON TOOK OFF ON THE OFFICER AND AFTERWARDS THE OFFICER TOOK OFF AFTER THE DIRT BIKE AND ANOTHER CAR FOLLOWED BEHIND THE PATROL OFFICER. THE OTHER CAR WAS LIGHT BLUE 4 DOOR CAR.

**Q .WAS THE OFFICER EMERGENCY LIGHTS & SIRENS ON?**

A. NO NOT AT ANYTIME, NOT EVEN THE HORN.

**Q. DO YOU NOW HOW FAR HE CHASED THE DIRT BIKE?**

A. ONLY TO THE END OF THE STREET, WHERE I COULD NOT SEE THEM ANYMORE.

**Q. WHERE WERE YOU WHEN THE DIRT BIKE RAN INTO THE BACK OF THE PATROL CAR?**

A. WE WERE AT FIBBER MAGEE BAR ON BRIDGE STREET JUST BEFORE TACONY.

**Q. HOW LONG HAD YOU BBEEN THERE?**

A. WE HAD JUST ARRIVED AND STILL SITTING INSIDE THE CAR AND THE CAR WAS RUNNING.

**Q. WHO WAS WITH YOU WHY YOU WERE SITTING INSIDE OF THE CAR?**

A. ME AND MY HUSBAND JUST (GEORGE KEENAN) AND NICHOLAS NEWMAN. ME AND MY HUSBAND LIVES AT 7246 CHARLES STREET.

**Q. WHEN DID YOU FIRST NOTICE THE PATROL CAR?**

A. WHEN I HEARD THE CRASH AND THE PATROL CAR BEGAN BRAKING.

**Q. WHAT WAS THE POLICE OFFICER DEMAENOR AFTER BEING HIT BY THE DIRT BIKE?**

A. HE LOOKED VERY ANGRY AND PISSED , IT LOOKED LIKE THE OFFICER WENT TO GRAB THE KIDS HAIR AND THE KID TOOK OFF AND THE POLICEOFFICER FOLLOWED HIM.

**Q. HOW DID HEAR ABOUT THE DEATH OF THE KID ON THE DIRT BIKE?**

A. FACEBOOK AND IT WAS ABOUT 45 MINUTES TO AN HOUR AFTERWARDS.

**Q. DID YOU KNOW THAT WAS THE KID ON THE DIRT BIKE THAT YOU OBSERVED ON BRIDGE STREET EARLIER?**

A.NO NOT UNTIL SOMEONE FROM AID CAME INTO THE BAR AS THE 76ERS WAS STILL ON AND WAS LOSING.

**Q. HOW DID YOU BECOME INVOLVED?**

A. THE OFFICER HAD CAME INTO THE BAR AND ASKED IF THERE WERE ANY CAMERAS INSIDE AND OUTSIDE, AND ASKED IF THIS WAS PERTAINING TO THE KID ON THE DIRT BIKE RAN INTO THE BACK OF THE PATOL CAR, AND HE REPLIED YES! THE OFFICERWASNTED TO INTERVIEW ME AT THAT TIME, BUT I ASKED IF IT CAN BE DONE TOMORROW. SO I GAVE HIM MY NUMBER AND ADDRESS.

**Q. YOU EXPLAINED THAT NICOLAS NEWMAN WAS INSIDE OF THE CAR WITH YOU AND YOUR HUSBAND?**

A. YES, BUT HE DOES NOT WANT TO TALK TO THE POLICE.

**Q. MAY I HAVE THE PLOICE CONTACT NICHOLAS NEWMAN?**

A. YES I HAVE TO GET HIS NUMBER FROM MY HUSBAND.

**Q. WAS THE POLICE OFFICER ALONE IN THE PATROL CAR?**
A. YES.

A.I.D. -50

# ACCIDENT INVESTIGATION
## INTERVIEW RECORD

### PHILADELPHIA POLICE DEPARTMENT
### ACCIDENT INVESTIGATION DIVISION

DC#:

AID CASE #:

NAME: Jennifer Schefield   SEX: F   RACE: W   AGE: 51   DOB: 9-9-67   SS#:

ADDRESS:   STREET NUMBER: 2246 Charles

CITY: Phila   STATE: Pa   ZIP CODE: 19185

PHONE:

HOME:

CELL: 215-954-9140

NAME OF EMPLOYER/SCHOOL:   WORK/SCHOOL PHONE #:

EMPLOYER/SCHOOL ADDRESS:   STREET NUMBER:

CITY:   STATE:   ZIP CODE:

PLACE OF INTERVIEW: PHONE 215-954 9140   INTERVIEW DATE & TIME STARTING:

INTERVIEWED BY: P/O JACKSON #5962   WITNESSED BY:

WE ARE QUESTIONING YOU CONCERNING: Badge 82   INCIDENT DATE: 5-7-19

INCIDENT TIME:

WARNINGS GIVEN (75 Misc. 3): N/A

REQUEST TO CONSENT TO INTERVIEW (75 Misc. 6)

WARNINGS/CONSENT GIVEN DATE & TIME:

ANSWERS: (1)   (2)   (3)   (4)   (5)   (6)   (7)

Q: DO YOU READ AND UNDERSTAND THE ENGLISH LANGUAGE?

A: Yes

Q: ARE YOU CURRENTLY UNDER THE INFLUENCE OF ANYTHING WHICH WILL AFFECT YOUR MEMORY OR DECISION MAKING?

A: No

Q: WERE YOU INVOLVED IN AND AUTO ACCIDENT?

A\ No

Q. ARE YOU THE REGISTERED OWNER OF THIE VEHICLE THAT WAS INVOLVED?

A. No

Q. WHAT WERE YOU DOING AT THE TIME OF THE ACCIDENT?

A. N/A

Q. CAN YOU EXPLAIN WHAT HAPPENED?

The officer was driving at the kid on the Dirt bike Ran into the

INTERVIEWEE SIGNATURE:

Rear of the patrol car and then took off. The Police chased him.

A.I.D. -50

Page   of
CITY 014

Jenny Shefield   5/8/19

| ACCIDENT INVESTIGATION INTERVIEW RECORD CONTINUATION SHEET | PHILADELPHIA POLICE DEPARTMENT ACCIDENT INVESTIGATION DIVISION | DC#: |
|---|---|---|
| | | AID CASE #: |

Q. DID YOU ACTUALLY SEE THE ACCIDENT?

A. Yes, I seen the accident when the Kid on the Dirt Bike

Q. WAS THERE ANYTHING OBSTRUCTING VIEW? Hit the back of the Police officers

Car, and the officer got out of his car and then got back

Q. WHERE WERE YOU SEATED IN THE CAR?

A. into the Police Car, because the Dirt bike took or scooter
and it may have been a girl or boy because the person had

Q. long blonde Hair. So the person took off on the
officer and after the officer took off after the DirtBike
another car followed behind the Patrol officer. It was
a light blue 4 Door car.


Q. Was the officer emergency lights + Sirens on
A. NO not at anytime, not even the horn.


Q. Do You Know how far he chased the dirt bike
A. Only to the end of the street, where I could not
see them anymore

INTERVIEWEE SIGNATURE:

| ACCIDENT INVESTIGATION INTERVIEW RECORD CONTINUATION SHEET | PHILADELPHIA POLICE DEPARTMENT ACCIDENT INVESTIGATION DIVISION | DC#: |
| | | AID CASE #: |

Q. DID YOU ACTUALLY SEE THE ACCIDENT? Where here you at when witnessed the

A. Dirt bike Run into the back of the patrol Car

Q. WAS THERE ANY THING OBSTRUCTING VIEW? He The name is Gibber Magee on Bridge & Right before Tacony.

Q. WHERE WERE YOU SEATED IN THE CAR? How long had you been there

A. We had just arrived, we were still sitting inside of the car and the car was still Running.

Q

Q. Who was with you while sitting inside the car.

A. Me and my husband George Keenan, and the we live together here at 7246 Charles. a Nicholas Keenan

Q. When Did you 1st notice the Patrol Car

A. When I heard the crash and then the patrol car began braking.

Q. What was the officers demeanor after being hit by the bike

A. He looked very angry and pissed, it looked like the officer went to grab the Kids bike and the Kid took off and the police officer followed behind him.

INTERVIEWEE SIGNATURE:

A.I.D. -50        Page _____ of _____        Jenny Shifford   5/8/19
CITY 016

| ACCIDENT INVESTIGATION INTERVIEW RECORD CONTINUATION SHEET | PHILADELPHIA POLICE DEPARTMENT ACCIDENT INVESTIGATION DIVISION | DC#: |
|---|---|---|
| | | AID CASE #: |

Q: ~~DID YOU ACTUALLY SEE THE ACCIDENT?~~ You said that Nicholas Newman

A: was inside the car

Q: ~~WAS THERE ANYTHING OBSTRUCTING VIEW?~~

A: Yes, but he does not want to talk to police.

Q: ~~WHERE WERE YOU SEATED IN THE CAR?~~

Q: May I have Police contact Nicholas Newman

A: Yes I have to get his number from my husband. 2B

Q: Was there anyone on the back of the Dirtbike.

A: Only the Kid

Q: Was the officer alone by himself in the Patrol Car

A: Yes

Q: How far away were you from what transpired on Benger

A: About 10 to 15 ft away.

Q: Could you hear the conversation from the officer

A: NO I could only hear him mumble.

INTERVIEWEE SIGNATURE:

Nieto

A.I.D. -50
Page ____ of ____
CITY 017

Jenny Stafford  5/8/19

| ACCIDENT INVESTIGATION INTERVIEW RECORD CONTINUATION SHEET | PHILADELPHIA POLICE DEPARTMENT ACCIDENT INVESTIGATION DIVISION | DC#: |
|---|---|---|
| | | AID CASE #: |

Q. ~~DID YOU ACTUALLY SEE THE ACCIDENT?~~ Or How did you hear about the

A. death of the kid on the Dirtbike

Q. ~~WAS THERE ANYTHING OBSTRUCTING VIEW?~~

A. Facebook and it was on 45 mins to a hour afterwards

Q. WHERE WERE YOU SEATED IN THE CAR?

Q. Did you know that was the Kid on the Dirtbike that
you had observed on Bridge earlier

A. No, not until someone from AID had come to
the bar. The game was still on and the 76ers
were loosing.

Q. How did you become involved.

A. The officer had come into the bar and I asked
if there were any cameras inside or out and I asked
if this was pertaining to the Kid on the Dirtbike that
Ran into the back of the patrol car. and he replied
Yes. They wanted to interview me tonight, but I
asked if it can be done tomorrow. So I gave my
name address. number.

INTERVIEWEE SIGNATURE:

A.I.D. -50

Page       of
CITY 018

Jerry Shaffer 5/8/19

# ACCIDENT INVESTIGATION INTERVIEW RECORD

## PHILADELPHIA POLICE DEPARTMENT
### ACCIDENT INVESTIGATION DIVISION

DC#: 19-15-044126

AID CASE #: 19-242

NAME: Gary Bave

SEX: M   RACE: W   AGE: 55   DOB: 1-12-64   SS#:

ADDRESS:
STREET NUMBER: 4574 Melrose st.
CITY: Phila   STATE: Pa   ZIP CODE: 19124   PHONE:
HOME: ( ) - .  215
CELL: ( ) - 668-9271

NAME OF EMPLOYER/SCHOOL: N/A
WORK/SCHOOL PHONE #: ( )

EMPLOYER/SCHOOL ADDRESS:
STREET NUMBER: N/A
CITY:   STATE:   ZIP CODE: N/A

DATES OF PLANNED VACATIONS/BUSINESS TRIPS: NONE

NAME OF CLOSE RELATIVE: NONE

ADDRESS: NONE   RELATIONSHIP: N/A

CITY:   STATE: N/A   ZIP CODE: N/A   PHONE:
HOME: ( ) - . N/A
CELL: ( ) - . N/A

INTERVIEW LOCATION: On Scene

INTERVIEW DATE & TIME STARTING: /
ENDING: 5-6-19 - 9:22pm

INTERVIEWED BY: P/O Anderson #5256   WITNESSED BY:

WE ARE QUESTIONING YOU CONCERNING:
Auto crash Bike vs. Truck

INCIDENT DATE: 1-5-6-19
INCIDENT TIME: :

WARNINGS GIVEN (75 Misc 3):   REQUEST TO CONSENT TO INTERVIEW (75 Misc 6)   WARNINGS/CONSENT GIVEN DATE & TIME:

ANSWERS:   (1)   (2)   (3)   (4)   (5)   (6)   (7)

Q1 - ARE you The Driver of VEH.1 or VEH2.

A1 - Neither - (Witnessed) Auto Acc.

Q2 - What Type of VEH. ARE you Driving.

A.2. Ford Fusion - 2015 - (I was not involved)

Q3 - WHere their any passengers in the VEH
with you / who / position in VEH.

A-3      N/A

X Gary Bove

RECORD CHECK:   PPN#:   BMV CHECK:   CHECKED BY:

INTERVIEWEE SIGNATURE: P/O Anderson #

REVIEWED BY:

D. -50

| ACCIDENT INVESTIGATION INTERVIEW RECORD CONTINUATION SHEET | PHILADELPHIA POLICE DEPARTMENT ACCIDENT INVESTIGATION DIVISION | DC 19-15-044176 |
| --- | --- | --- |
| | | AID CASE 19-742 |

Q4 - WHich WAy WAS you Driving -

A4    E/B on FaRley St.

Q5 - WHich wrey was THe Second VEH. Traveling or PED going. - THe Bike was going E/B on FaRley St

Q6 - How fast where you Traveling - ABout 5-

A-6    10 mpH. I Had just turned the Corner.

Q7 - How fast was the 2nd P&EH. Traveling (Appox)

A-7    Not sure - But he was going pretty fast.

Q-8 - ARE you THe owner of THe VEH.

A-8        N/A

Q9 - What Happened - WHere - How - Description
(Street - person - position of VEH )

I was traveling S/B on Torony And made a right on FaRley St. And a Right on James street headed to my stop. when I got to Scattergood street I saw a P/O grabbing a white male on a Bike pulling him. FHe male on the Bike pulled Away And took off on the Bike. THe male went North on EDen street And made Right E/B on on farly street. I made Both turns Behind the male But was about 15 to 20 feet Behind him. THe male on the Bike was traveling fast down FaRley St. And Had a Red light. THe male did not stop and tryed to go thu.

TERVIEWEE SIGNATURE:

D. -50

Anderson 5756

| ACCIDENT INVESTIGATION INTERVIEW RECORD CONTINUATION SHEET | PHILADELPHIA POLICE DEPARTMENT ACCIDENT INVESTIGATION DIVISION | DC 19-15-044176 |
|---|---|---|
| | | AID CASE 19-742 |

The male went straight into the Back of the Truck.
The Bike went straight down - it look like he
tryed to turn But couldn't. The truck try to
turn to the left But was unable to get out
his way. I stopped But moved Because the
same P/O pulled Behind me And told me to move.
I got out VEH. And P/O was attending to male.
Q10 Medics responded later.
Q10 WAS P/O Behind Bike when Acc. Happend
A-10    NO
       Did you hear Any Sirens or see P/O lights.
       NO.

# ACCIDENT INVESTIGATION INTERVIEW RECORD

## PHILADELPHIA POLICE DEPARTMENT
### ACCIDENT INVESTIGATION DIVISION

DC# 19-15-044176

AID CASE #: 19-

NAME: Augusto Espinosa    SEX: M    RACE: W    AGE: 58    DOB: 2-13-61    SS# 082764879

ADDRESS:
STREET NUMBER: 3009 Longshore Ave
CITY: Phila    STATE: PA    ZIP CODE: 19149

PHONE:
HOME:
CELL: 215 852 9853

NAME OF EMPLOYER/SCHOOL: Word Logistics

WORK/SCHOOL PHONE:

EMPLOYER/SCHOOL ADDRESS:
STREET NUMBER:
CITY: PHILA    STATE: PA    ZIP CODE:

DATES OF PLANNED VACATIONS/BUSINESS TRIPS: NONE

NAME OF CLOSE RELATIVE: Maria Elana Bermudez    RELATIONSHIP: Girlfriend

ADDRESS:
CITY:    STATE:    ZIP CODE:    PHONE:    HOME:    CELL:

PLACE OF INTERVIEW: VIA TELEPHONE    INTERVIEW DATE & TIME STARTING: 5-7-19 9:35P    ENDING:

INTERVIEWED BY: P/O Middleton #5311    WITNESSED BY:

WE ARE QUESTIONING YOU CONCERNING:    INCIDENT DATE: 5-7-19    INCIDENT TIME:

WARNINGS GIVEN (75 Misc 3):    REQUEST TO CONSENT TO INTERVIEW (75 Misc 6) YES    WARNINGS/CONSENT GIVEN DATE & TIME:

ANSWERS:    (1)    (2)    (3)    (4)    (5)    (6)    (7)

Q: MY NAME IS P/O MIDDLETON #5311 AND I AM ASKING TO INTERVIEW YOU IN REFERENCE TO AN AUTO ACCIDENT.

A.

Q: DO YOU READ, WRITE AND UNDERSTAND THE ENGLISH LANGUAGE?

A. Yes

RECORD CHECK:    PPN#:    BMV CHECK:    CHECKED BY

INTERVIEWEE SIGNATURE: Middleton #5311

REVIEWED BY:

A.I.D. -50

Page 1 of 5

| ACCIDENT INVESTIGATION INTERVIEW RECORD CONTINUATION SHEET | PHILADELPHIA POLICE DEPARTMENT ACCIDENT INVESTIGATION DIVISION | DC#: 19- 15-044176 |
|---|---|---|
| | | AID CASE #: 19- |

Q. Are you currently taking any medication?

A. NO

Q. You're a local truck Driver?

A Yes

Q Company name?

A World Logistics. 856 444 3991 1811 Delsea Dr. Deptford, NJ 08056

Q Which way were you traveling at the time of the accident?

A. I was traveling S/B on Tacony in the Right lane. I had the green light

Q What did you see?

A. I was in the intersection of Tacony and Frailey St. I saw out of my window that the guy on the scooter was coming towards me. I switched lanes to try and Avoid the guy on the scooter. I saw him hit the back area of the trailer by the tires. Out of Right window Traveling E/B on Friley St.

Q Did he look like he was going to stop?

A. NO. He was moving too fast. He was flying.

INTERVIEWEE SIGNATURE:

| ACCIDENT INVESTIGATION INTERVIEW RECORD CONTINUATION SHEET | PHILADELPHIA POLICE DEPARTMENT ACCIDENT INVESTIGATION DIVISION | DC#: 19-15-044176 |
|---|---|---|
| | | AID CASE #: |

Q What did you do after he made contact with your truck.?

A. I immediately came to stop. And went to check on the person who hit the truck. when I got out of the truck I saw a cop at the corner where the guy was.

Q. when you first saw the operator of the scooter, did you see a police officer following him?

A. No. I didn't see a cop until I got out of my truck

Q were you done your route for the day?

A. Yes. I was on my way home.

Q Could you tell which part of operator or scooter made contact with your truck?

A. No. when I swerved to avoid him I lost sight of him. I last saw him at the rear of trailer in the area of the tires.

Q What time did you start work today?

A. I started at 9 o'clock this morning.

INTERVIEWEE SIGNATURE: _[signature]_

..I.D. -50

Page 3 of 5

CITY 024

| ACCIDENT INVESTIGATION INTERVIEW RECORD CONTINUATION SHEET | PHILADELPHIA POLICE DEPARTMENT ACCIDENT INVESTIGATION DIVISION | DC#: 19-15- 044776 |
| --- | --- | --- |
| | | AID CASE #: |

Q How fast Do you think you'd think you were traveling at the time of the Accident?

A. Approximately 25-30 mph.

INTERVIEWEE SIGNATURE:

..I.D. -50

Page 4 of 5

Case 2:20-cv-06301-MMB   Document 66-3   Filed 02/16/24   Page 26 of 31

| ACCIDENT INVESTIGATION INTERVIEW RECORD END PAGE | PHILADELPHIA POLICE DEPARTMENT ACCIDENT INVESTIGATION DIVISION | DC#: 19-15-044176 |
|---|---|---|
| | | AID CASE #: 19 |

**Q: HAVE YOU REVIEWED THIS STATEMENT FOR ITS ACCURACY AND CORRECTED ANY MISTAKES?**

A: Yes

**Q: HAVE YOU BEEN TRUTHFUL TO THE BEST OF YOUR RECOLLECTION IN YOUR ANSWERS IN THIS STATEMENT?**

A: Yes

**Q: IS THERE ANYTHING YOU WISH TO ADD TO THIS STATEMENT?**

A: NO

INTERVIEWEE SIGNATURE: P/O _____ # 5311

FOR DIAGRAM & DRAWING USE:

DATE: 5-7-19    TIME: 10:15    AM / **PM**

RAWN BY (SIGNATURE):

I.D. -50

Page 5 of 5

| ACCIDENT INVESTIGATION INTERVIEW RECORD | PHILADELPHIA POLICE DEPARTMENT ACCIDENT INVESTIGATION DISTRICT | CASE NO: 19-742 |
|---|---|---|
| | | INTERVIEWER: P/O Eib #1568, AID |

| NAME P/O Wolk #6734 | AGE | RACE | DOB |
|---|---|---|---|

| ADDRESS Highway Patrol | APT. NO: | PHONE NO: 215-686-3103 |
|---|---|---|

| NAME OF EMPLOYER/SCHOOL | PHONE NO: |
|---|---|

| ADDRESS OF EMPLOYER | DEPARTMENT | PHONE NO: |
|---|---|---|

DATES OF PLANNED VACATIONS

DATES OF PLANNED BUSINESS TRIPS

NAME OF CLOSE RELATIVE

| ADDRESS | PHONE NO: |
|---|---|

| PLACE OF INTERVIEW  AID HQ | DATE  5-07-19 | TIME 11:pm |
|---|---|---|

| WE ARE QUESTIONING YOU CONCERNING: Crash, 5400 Tacony St. | DATE | TIME |
|---|---|---|

| WARNINGS GIVEN BY        Y☐ N☐ | REQUEST TO CONSENT TO INTERVIEW (75Misc6)  Y ☐ N ☐ | DATE | TIME |
|---|---|---|---|

ANSWERS        (1)      (2)      (3)      (4)      (5)      (6)      (7)

Q: Were you working the 6pm X 2am tour of duty on 5-7-19?
A: Yes.

Q: What was your assignment?
A: Highway 14, solo.

Q: Did your tour bring you in to the area of Bridge and Tacony Streets?
A: Yes.

Q: What was the nature of your assignment?
A: Routine patrol.

Q: Did you come into contact with a scooter?
A: Yes.  I was traveling northbound on Tacony St when I noticed a person operating a multi-colored scooter, northbound on Tacony St without a license plate.  I activated my emergency lights and sirens in order to conduct a traffic stop.  The operator of the scooter refused to stop, instead, the scooter sped up and entered the southbound travel lanes of Tacony St.  The operator of the scooter was approaching a blind turn, in the wrong lane of traffic.  I Speed up and passed the scooter in an attempt to get to the blind curve before the scooter.

Q: Why did you drive past the scooter?
A: There is no way oncoming southbound vehicle traffic would see the scooter in time, and I wanted to avoid a collision.  I actually thought he may be suicidal or DUI.  I wanted to alert oncoming traffic of the scooter approaching the bend in the wrong travel lane.

Q: Did the scooter come back into the northbound lanes after you passed it?
A: No.  As I approached the bend, I looked into the rearview mirror and saw the operator make a U-Turn.

CITY 027

ACCIDENT INVESTIGATION
INTERVIEW RECORD

PHILADELPHIA POLICE DEPARTMENT
ACCIDENT INVESTIGATION DISTRICT

Q: What did you do next?
A: I made a U-Turn and caught up to scooter on the 5400 block of James St and again attempted to stop it but the operator again refused to stop. It turned onto Scattergood St and I followed. My vehicle was next to the scooter on Scattergood and I yelled to the operator "STOP, STOP, JUST STOP". I pulled up to the corner of Scattergood and Eadom and exited my vehicle. The scooter was stopped behind me. The operator pushed the scooter backwards to maneuver around the rear of my vehicle. I grabbed the operator by the shirt and held ahold as the driver accelerated and the shirt ripped from the body. The operator made a northbound turn on Eadom St and that's when I lost sight of the scooter.

Q: Did you go after the scooter?
A: No. I believe my lights were off at this point.

Q: Did you see the scooter again after this interaction?
A: Yes.

Q: Where was the scooter?
A: I turned eastbound on Fraley St from Eadom and was making a turn onto James when I looked further down Fraley and noticed the scooter and the operator lying on Tacony St.

Q: What did you do?
A: I backed up from James and went down Fraley St to the accident scene and notified rescue.

Q: Did the operator of the scooter say anything to you?
A: No. He appeared to be deceased. He had a head injury.

Q: Is this the first time you got a good look at the driver?
A: Yes.

Q: Can you describe the driver?
A: White male.

Q: Do you know what caused the crash?
A: I noticed a truck was stopped just south of the accident.

Q: Was the truck involved in the crash?
A: I did not see the crash, but I later found out from the driver of the truck that he was involved with the scooter.

Q: How long did you lose sight of the scooter?
A: About one minute.

Q: Were your lights and Sirens Activated throughout the interaction with the scooter?
A: Yes.

Q: Were you chasing the scooter?
A: No. I was attempting to stop the operator to avoid a collision. The driver became erratic and I was fearful for his safety.

Q: How far did the operator travel?
A: The total distance was less than six blocks. Most of the travel was on Tacony St when I first attempted to make the stop, and he fled on the wrong side of the street.

Q: How long did this interaction take place?
A: About two minutes. That includes the minute or so that I lost sight of it.

ACCIDENT INVESTIGATION                    PHILADELPHIA POLICE DEPARTMENT
   INTERVIEW RECORD                       ACCIDENT INVESTIGATION DISTRICT

Q: How fast was the scooter traveling on Tacony St?
A: About 35MPH.  I was able to pass by him in an attempt to alert oncoming traffic of the potential hazard.

Q: Is there anything you would like to add?
A: No.

3

Teutk

1999  KENw  1XKWDB9X1x5
17,000 lBS  815567
Winden Weight    W5T  class
                 25
80,000 lBS
9.105 Comb WT    Aleas  3

Augusto  Espinosa
3005 Bang shore Ave
        18149

ONE  #
      19-2175

Ryan  Miller
12-25-2003

mother  Donna Bromley
        5723 Charles  rd
        215-910-7924  FG

Dc# 18-15-044176
case #  19-742

From the Time witness
saw male on Bike

The witness saw male too
Bike, Pull away from Pho on
Scattergood street.
The Bike made Right N/B 2200 Blk.
EAST EADOm St., then Right
onto Farly St. E/B And
FANS Red lisrT AT Tacony And
And Farly St., and struck
the Trailer of Truck Traveling
S/B on Tacony ST.

CITY 030

```
AID012-00009548 NLETS 20190508 00:02:47 00:02:47 0186000735


*
TXT

--- Result Summary ---
    Error Codes: 0 - VIN decoded clean. Check Digit (9th position) is correct

--- Vehicle Summary ---
    VIN: RKRSEB1Y8GA001274
    Make: YAMAHA
    Model: YW125
    Year: 2016
    Category: MOTORCYCLE

--- Vehicle Details ---
    Body Class: Motorcycle - Scooter
    Destination Market: California
    Plant Country: Taiwan
    Plant State: Hsingchu
    Plant City:  Hukuo Shiang

--- Engine Summary ---

--- Engine Details ---
    KW: 7.08415
    Other Information: Displacement Range: 101 to 125cc

--- Safety Details ---
```