# COMPLAINT/INVESTIGATION WORKSHEET

**19-1066**                    **CLOUGH JAMES, LIEUT #0127**

C/O App Init

*INVESTIGATION CLASSIFICATION:*   **DEPARTMENTAL VIOLATIONS**

*INVESTIGATION DISPOSITION:*   **SUSTAINED**

| TACONY STREET AND FRALEY STREET | 5/7/2019 | Tuesday | 7:25 PM | 19-15-044176 | No |
|---|---|---|---|---|---|
| *INCIDENT LOCATION* | *DATE* | *DAY* | *TIME* | *INCIDENT DC#* | *ARREST?* |

---

| **OFFICER/EMPLOYEE # 1** | | | | | | |
|---|---|---|---|---|---|---|
| 206826   WOLK JOSEPH   P/OFF #6734   HIGHWAY PATROL | | *Separated* | | *Off Duty* | *Gnioteked* | *Arrested* |
| | | | | No | No | No |
| | | *Date of Separation:* | | | | |

**ALLEGATION INVESTIGATED**

*1*  DEPT VIOL-PPD DIRECTIVES VIOLATION-SEE PPD#
   *PPDD 9.4-Vehicle Pursuits*

**INVESTIGATIVE FINDING**

SUSTAINED

---

*Data Ctr Use Only  IA Pro Updated:*

| | | |
|---|---|---|
| C/I OPR App Init | 10-11-19 | CLC |
| | Date | Init |

DEFENSE 000001

**INTERNAL INVESTIGATION**

**I.A.D. #19-1066**

**LT. JAMES CLOUGH #127**

**REVIEWED AND APPROVED BY:**

C.O., I.A.D.: _Deborah_ _____

Date: _10·3·19_

C/I, O.P.R.: _____

Date: _9 OCT 19_

DEFENSE 000002

INDEX

A.  MEMORANDUM TO POLICE COMMISSIONER

B.  WHITE PAPERS

C.  INTERVIEWS

ROBERT MATTOS
P/O JOSEPH WOLK #6734, HIGHWAY PATROL

D.  DOCUMENTS

NOGUNZONE BLOG POSTINGS
AID WHITEPAPER
GARY BOVE INTERVIEW BY AID
AUGUSTO ESPINOSA INTERVIEW BY AID
P/O WOLK #6734 INTERVIEW BY AID
JENNIFER SCHEFFIELD INTERVIEW BY AID
RADQ DC# 19-15-044176
AA-500
DRIVER/VEHICLE EXAMINATION REPORT
NEIGHBORHOOD SURVEY
VIDEO TIMELINE
EMAILS/CORRESPONDENCE REGARDING SECURITY COMPANY CAMERAS
HIGHWAY PATROL ASSIGNMENT SHEET / PATROL LOGS 5-7-19
PHOTOGRAPHS OF H-14 AND THE MOTOR SCOOTER
GOOGLE MAPS
CERTIFIED LETTER # 7017 0190 0000 9539 4160 TO GARY BOVE
RETURNED / UNCLIAMED CERTIFIED LETTER #7017 0190 0000 9539 4160
MESSAGE DELIVERY TO GARY BOVE
RADIO REPRODUCTIONS
SURVEILLANCE VIDEOS

DEFENSE 000003

# MEMORANDUM

POLICE
CITY OF PHILADELPHIA
DATE: 9-25-19

TO    :    Police Commissioner

FROM  :    Commanding Officer, Internal Affairs Division

SUBJECT: **INTERNAL INVESTIGATION IAD# 19-1066**

## ALLEGATION:

On Wednesday, 5-8-19, the Internal Affairs Division was notified of an auto accident that occurred on Tuesday, 5-7-19, at approximately 7:27 PM, at Tacony Street and Fraley Street, that involved a tractor trailer and a motorized scooter. The operator of the motorized scooter died as a result of the accident. Additional information was received via social media postings, that alleged the motorized scooter was being pursued by police at the time of the accident. IAD #19-1066 was issued.

On Tuesday, 5-7-19, at approximately 7:27 PM, P/O Joseph Wolk #6734, Highway Patrol, arrived at the scene of an auto accident at Tacony Street and Fraley Street involving a male on a motorized scooter and a tractor trailer. The male that had been operating the motorized scooter was pronounced deceased by Philadelphia Fire Department personnel (Medic 32) at 7:30 PM. The auto accident was investigated by the Accident Investigation District (AID) and #19-0742 was assigned.

On Wednesday, 5-8-19, Internal Affairs Division personnel were made aware of postings on a social media platform that alleged the operator of the motorized scooter was being pursued by police at the time of the accident. IAD personnel immediately responded to the area of Tacony Street and Fraley Street. IAD and AID personnel recovered surveillance video that showed various portions of the motorized scooter fleeing from RPC H-14 prior to the accident.

**A check of the computerized personnel database revealed:**

**P/O Joseph Wolk #6734, PR# 206826, was appointed on 3-26-90, and assigned to the Highway Patrol on 12-16-97.**

On Wednesday, 5-8-19, Lt. James Clough #127, Internal Affairs Division, was assigned the investigation.

## INVESTIGATIVE ANALYSIS:

On 5-7-19, at 11:00 PM, P/O Joseph Wolk #6734 responded to the AID Headquarters and provided a witness statement to P/O Mark Eib #1568. When interviewed by P/O Eib, P/O Wolk described that he had noticed a motorized scooter traveling northbound on Tacony Street. P/O Wolk noticed that the scooter did not have a license plate so P/O Wolk initiated his emergency lights and siren in an attempt to initiate a traffic stop. According to P/O Wolk, the operator of the scooter failed to stop; it actually sped up and began to travel northbound on Tacony Street in the southbound lanes

1

DEFENSE 000004

of traffic. P/O Wolk described that the scooter was approaching a blind curve, while still operating in the wrong lane of traffic. P/O Wolk sped his police vehicle past the scooter in an attempt to get to the curve ahead of the scooter. Fearing that the operator of the scooter may have been Driving Under the Influence, or possibly suicidal, P/O Wolk wanted to warn southbound traffic of the potential danger ahead.

Once he passed the scooter, P/O Wolk observed the operator of the scooter make a U-turn. P/O Wolk made a U-turn and caught up to the scooter in the 5400 block of James Street and once again attempted to initiate a traffic stop. P/O Wolk drove alongside the scooter on Scattergood Street and instructed the operator to stop. P/O Wolk stopped in front of the scooter at Scattergood Street and James Street, where P/O Wolk exited his vehicle. P/O Wolk grabbed the operator of the scooter by his shirt. The scooter operator managed to push the scooter backwards, drive around the police vehicle, and flee northbound on Eadom Street.

P/O Wolk turned eastbound onto Fraley Street from Eadom Street and then began to turn onto southbound James Street, when he noticed the scooter and the operator lying on the highway at Tacony Street and Fraley Street. P/O Wolk arrived at the scene of the accident and requested medics.

Personnel from AID conducted witness interviews on the night of 5-7-19. One witness, **Gary Bove, 55/W/M, 4574 Melrose Street, Philadelphia, PA 19124, was interviewed on 5-7-19, at Tacony Street and Fraley Street, by P/O Barnel Anderson #5756, AID.** Mr. Bove told P/O Anderson that he was not involved in the accident; he merely witnessed the auto accident. Mr. Bove related that he had been driving his vehicle in the area of Scattergood Street, when he noticed a police officer attempting to grab a white male on a "bike" by pulling him. The white male pulled away and took off on the bike. The male fled northbound on Eadom Street and made a right onto Fraley Street. Mr. Bove stated he made both turns as he followed the bike from a distance of approximately 15-20 feet behind the bike.

Mr. Bove stated that the bike had been traveling fast down Fraley Street and it had a red light at Tacony Street. Mr. Bove said that the bike did not stop for the red light and it tried to go through. As the bike entered the intersection, it went straight into the back of a truck.

A second witness, **Augusto Espinosa, 58/W/M, 3009 Longshore Avenue, Philadelphia, PA 19149, was interviewed on 5-7-19, by P/O Jeffrey Middleton #5311, AID.**

Augusto Espinosa stated he was driving a truck southbound on Tacony Street. As Mr. Espinosa approached the intersection of Tacony Street and Fraley Street, he noticed he had a green light and noticed a male on a scooter that had been coming eastbound on Fraley Street, towards him. Mr. Espinosa noticed the male on the scooter was traveling fast and did strike the rear of the trailer, near the tires. Mr. Espinosa stopped the truck and went to check on the person, when he noticed a police officer at the corner where the male on the scooter was.

Mr. Espinosa stated when he first noticed the scooter; he did not see a police vehicle following the scooter. Mr. Espinosa first noticed the police officer after he had exited the truck following the collision.

2

DEFENSE 000005

A third witness, **Jennifer Scheffield, 51/W/F, 7246 Charles Street, Philadelphia, PA 19136, was interviewed, by telephone, by P/O Ronald Jackson #5962, AID.**

Jennifer Scheffield stated that she had been outside of Fibber Magee's Bar, in a vehicle. The bar is located at Bridge Street, right before Tacony Street. Ms. Scheffield saw the kid on the dirt bike run into the rear of the patrol car, and then take off. The officer got out of his car and tried to grab the kid on the dirt bike. The officer then got back into his car when the kid took off. The police chased him [dirt bike]. Ms. Scheffield saw another car, a light blue four door car, follow behind the officer's vehicle. Ms. Scheffield stated that the officer's emergency lights and sirens were not on, nor operating.

**Robert Mattos, 53/W/M, 5343 Eadom Street, Philadelphia, PA 19137, was interviewed at the Internal Affairs Division Headquarters, by Lt. Clough #127 on 5-23-19.**

Mr. Mattos stated he had been outside of his house, servicing his vehicle on 5-7-19, at approximately 7:20 PM - 7:25 PM, when he observed a motor scooter being chased by a police SUV southbound on Eadom Street. Mr. Mattos believed that the motor scooter had slowed down, to a near stop, and the police SUV was trying to get in front of the motor scooter. The kid on the motor scooter went over the sidewalk, into a driveway, and over the grassy island at the storage place. The motor scooter continued eastbound on Kennedy Street towards James Street, with the police officer going after the motor scooter. Mr. Mattos lost sight of them at that time.

Approximately two minutes after losing sight of the motor scooter and the officer, Mr. Mattos heard a motor scooter coming. Mr. Mattos looked and saw the motor scooter being chased by a silver car past where Mr. Mattos was standing. Approximately 10 seconds later, the police SUV passed Mr. Mattos. All three vehicles went through the stop sign at Kennedy Street [at Eadom Street], turned right (eastbound) onto Fraley Street towards State Road (Tacony Street).

Mr. Mattos stated he did not see any emergency lights activated, nor was the siren activated on the police vehicle. Additionally, Mr. Mattos did not see the silver vehicle having any warning lights or sirens, nor was the silver vehicle flashing any lights or beeping its horn. Mr. Mattos stated that he believed that the motor scooter was being pursued by the silver car when it had passed him the second time as it traveled northbound on Eadom Street.

Mr. Mattos estimated that the motor scooter had been traveling approximately 35-40 mph when it passed him the second time as it traveled northbound on Eadom Street. Mr. Mattos estimated that the silver car was three houses (45 feet) away from the motor scooter, when they had passed him. Mr. Mattos estimated that the police vehicle was approximately 150-160 feet behind the motor scooter, when it passed him the second time, as they traveled northbound on Eadom Street. Mr. Mattos added that he believed that the police SUV had given up the chase and let the silver car "take the chase". Mr. Mattos figured that the silver car was faster than the police SUV. Mr. Mattos added that the silver car was aggressive, like he was a police officer.

DEFENSE 000006

According to Mr. Mattos, he believed that the silver car was traveling at approximately the same speed as the motor scooter when the vehicles passed him. Mr. Mattos estimated that the police SUV was traveling at a slower speed than the motor scooter and the silver car. Mr. Mattos believed that all three vehicles had increased their speed after they disregarded the stop sign and passed Kennedy Street.

Video footage was obtained from several surveillance cameras in the area of Tacony Street and Fraley Street. A concise breakdown of the surveillance videos is included in the documents section of this report.

**P/O Joseph Wolk #6734, PR# 206826, Highway Patrol was interviewed at the Internal Affairs Division Headquarters, by Lt. Clough #127 on 9-4-19.**

P/O Wolk stated he was assigned to RPC H-14, solo, and working the 6:00 PM to 2:00 AM tour of duty on 5-7-19. P/O Wolk stated that H-14 is the vehicle he uses most of the time. Although he cannot specifically recall performing a pre-patrol inspection on H-14 prior to the start of his tour on 5-7-19, P/O Wolk assumed all the equipment was in proper working condition. P/O Wolk could not recall which Police Radio band he was monitoring, although he believed it had been J or Northeast band.

P/O Wolk stated he was in the area of Tacony Street and Bridge Street on 5-7-19, at approximately 7:25 PM. P/O Wolk observed a motor scooter, with no tag, traveling westbound on Bridge Street and turn northbound onto Tacony Street. P/O Wolk attempted to initiate a vehicle investigation by activating the vehicle's overhead lights and sirens. The motor scooter disregarded the signal and refused to stop. After a few seconds of traveling northbound on Tacony Street, in the left lane, the motor scooter entered the southbound lanes of Tacony Street, traveling northbound against the flow of traffic. The motor scooter continued northbound, in the southbound lanes, past Fraley Street and approached a blind turn. P/O Wolk recognized the danger to the operator of the motor scooter, as well as the danger to the southbound motorists (whom likely would not have been able to see the motor scooter), and drove past the motorized scooter in an attempt to warn the southbound motorists of the danger ahead. P/O Wolk added that he believed that the operator of the motor scooter may have been either intoxicated, or suicidal.

According to P/O Wolk, as he approached the blind curve ahead of the motor scooter, he noticed the motor scooter had made a U-turn and proceeded southbound on Tacony Street. P/O Wolk then made a U-turn and attempted to stop the motor scooter once again. The motor scooter turned onto Fraley Street from Tacony Street, then southbound on James Street. P/O Wolk utilized the vehicle's air horn in an attempt to get the motor scooter to stop. The motor scooter again disregarded the signal and turned onto a small street, possibly Simon Street. The motor scooter turned onto southbound Eadom Street, through a parking lot, and double backed, traveling northbound on Eadom Street. P/O Wolk briefly lost sight of the motor scooter. P/O Wolk followed the motor scooter down a small street and onto southbound James Street. P/O Wolk continued to blow the air horn in an attempt to get the motor scooter to stop. The motor scooter continued on James Street and turned westbound onto Scattergood Street.

DEFENSE 000007

P/O Wolk pulled alongside of the motor scooter on Scattergood Street and told the operator to stop before he had gotten himself hurt. The operator stopped the motor scooter and P/O Wolk pulled in front of the motor scooter. P/O Wolk exited his vehicle and approached the operator at the rear of his police vehicle. As P/O Wolk approached, the motorcyclist began to push his motor scooter backwards. P/O Wolk grabbed the male by his shirt. The motorcyclist was able to accelerate the motor scooter and get away by turning northbound on Eadom Street.

P/O Wolk recalled seeing a male that is familiar to him named Gary, who is a local tow truck operator, in the northeast section of the city. P/O Wolk could not recall if he had seen Gary on Scattergood Street or Eadom Street. P/O Wolk saw the motor scooter leave the area northbound on Eadom Street, from Scattergood Street, with Gary driving his vehicle in the same direction as the motor scooter. P/O Wolk lost visual contact with the motor scooter at that point.

P/O Wolk began to drive northbound on Eadom Street and although he could not see the motor scooter, he was able to see the rear of Gary's silver vehicle approximately a block and a half ahead of him. P/O Wolk reached Fraley Street and turned right (eastbound) towards Tacony Street. While traveling eastbound on Fraley Street, prior to reaching Tacony Street, P/O Wolk began to turn right (southbound) onto James Street. As P/O Wolk turned onto James Street, he noticed the motor scooter on the ground at Fraley Street and Tacony Street. P/O Wolk went to Tacony Street and Fraley Street and noticed the male lying on the ground. P/O Wolk notified Police Radio and requested a medic unit.

P/O Wolk stated the elapsed time that passed from the time he initially attempted to stop the motor scooter at Tacony Street and Bridge Street, until the collision occurred, had been approximately two minutes. P/O Wolk added that he had not notified Police Radio of the incident until he noticed the motor scooter and the male on the ground. P/O Wolk believed that his emergency equipment had been activated the entire time.

P/O Wolk stated that no other police personnel had participated in the attempts to stop the motor scooter. P/O Wolk added that he knows Gary Bove as a local tow truck operator. P/O Wolk did not request any assistance from Mr. Bove and P/O Wolk had no idea where Mr. Bove had come from, or how he had become involved. P/O Wolk stated that he had no interaction, nor communication, with Mr. Bove during the following of the motor scooter.

P/O Wolk denied that he had seen the accident between the motor scooter and the tractor trailer. P/O Wolk said that he last saw the motor scooter when it turned northbound on Eadom Street from Scattergood Street. P/O Wolk denied that the motor scooter and his police vehicle ever made any physical contact. P/O Wolk stated that he was not physically hurt during the incident; although he has been seeking therapy from a psychiatrist because of the incident.

A Google Maps distance measuring feature indicated the travel distance as described by P/O Wolk (and corroborated by the obtained surveillance videos) is 2,767 feet (0.5241mile). The route calculated is: Tacony Street and Fraley Street, westbound Fraley Street, southbound James Street, westbound Simon Street, southbound Eadom Street, northbound Eadom Street, eastbound Larue Street, southbound James Street, westbound Scattergood Street to Eadom Street.

DEFENSE 000008

Note:   On 5-8-19, Lt. Clough #127 and Lt. Newsome #142 responded to the Highway Patrol Headquarters to visually inspect and photograph RPC H-14.  No evidence was noticed that would indicate that the motor scooter and RPC H-14 had made any physical contact.  The photographs taken have been included in the documents section of this report.

A Philadelphia Police Radio audio reproduction of Northeast band on 5-7-19, was obtained and has been added to this investigation.  The audio reproduction contains the following, in relation to the incident, that occurred at Tacony Street and Fraley Street, at approximately 7:27 PM.

7:26:02 PM, H-14 broadcasted a report of a kid hit by a scooter at Tacony Street and Fraley Street.
          H-14 requested rescue.

Additional radio transmissions on Northeast band were merely responding personnel for the scene, traffic control, request for notifications and AID.

Note:   "Straight run" recordings of T Band, J Band, and Northeast Band were obtained and reviewed.  No transmissions regarding the attempts to stop, or the erratic operation of the motor scooter were broadcasted by P/O Wolk.

James Clough
Lieutenant                                                          #127
Internal Affairs Division

Approved by:

Danielle Vales
Captain                                                             #13
Internal Affairs Division

6

DEFENSE 000009

## CONCLUSION:

This investigation has **SUSTAINED** the following violations of Police Department Directive 9.4 against P/O Joseph Wolk #6734, PR# 206826, Highway Patrol.

P/O Wolk was assigned to RPC H-14 and on routine patrol in the area of Tacony Street and Fraley Street on 5-7-19, at approximately 7:25 PM.  P/O Wolk attempted to stop a motor bike / motor scooter for not having a license plate.  The motor scooter disregarded the signal to stop and continued to operate northbound on Tacony Street. After a brief amount of time, the operator of the motor scooter began traveling in the wrong lane, against the flow of traffic. Fearing the operator had been drunk or suicidal, P/O Wolk passed the motor scooter in an attempt to warn oncoming motorists. The motor scooter turned around and P/O Wolk continued to attempt to stop the operator.

P/O Wolk attempted to apprehend the operator at Scattergood Street and Eadom Street, but the motor scooter operator managed to elude the officer, who was on foot at that time. The driver failed to yield, fled northbound on Eadom Street and eventually collided into the side of a truck.  The motor scooter's operator was killed as a result of the collision.  **Directive 9.4 Section 1-B-2** states, "In all other circumstances initiating a vehicular pursuit is strictly prohibited. Accordingly, initiating a pursuit solely for stolen vehicles and traffic violations, including Driving Under the Influence (DUI), is strictly prohibited."

When interviewed by the assigned Internal Affairs investigator, P/O Wolk stated that he believed that his emergency equipment had been activated the entire time he had been following and attempting to stop the motor scooter.  Numerous surveillance video recordings were obtained and show that the red/blue lights were initially used on Tacony Street, but other video recordings show that the red/blue lights were not on as the pursuit traveled through the residential area west of Tacony Street.  Witness statements were obtained by IAD and AID personnel and the witnesses stated that they did not see, nor hear, any emergency equipment on the police vehicle.  **Directive 9.4 Section 3-J** states, "All marked radio patrol sedans engaged in a pursuit must have, and will operate the police vehicle with emergency equipment activated continuously throughout the pursuit.  This includes both light bars and red/blue lights and sirens."

RPC H-14 is a marked Chevrolet Tahoe Sport Utility Vehicle (SUV).  **Directive 9.4 Section 3-P** states, "Vehicles, other than a marked Radio Patrol Car (i.e., unmarked cars, EPW, SUV, Motor scooter, etc.) shall not, barring exigent circumstances, initiate a vehicle pursuit."

P/O Wolk failed to notify Police Radio that he had initiated a vehicular pursuit.  **Directive 9.4 Section 4-A-2** states: "If a pursuit is initiated, immediately inform the radio dispatcher of:

    a.  The fact that a pursuit has been initiated, along with the justification,
    b.  The initial location, direction, and estimated distance to the suspect vehicle,
    c.  The approximate speed of both the suspect and police vehicles,
    d.  The vehicle description and, if possible, license information and a physical and clothing description of the occupants along with approximate ages,

DEFENSE 000010

e.  The continuous progress of the pursuit and if headed towards another district, division, or jurisdiction,

f.  Upon arrival of a Secondary Unit, relinquish communication responsibilities to the Secondary Unit.

P/O Wolk failed to prepare and submit the relevant pursuit memoranda following the pursuit of the motor scooter.  **Directive 9.4 Section 3-T** states, "Barring extenuating circumstances, all sworn personnel involved in a pursuit in any manner will complete and submit the relevant portion of both Pursuit Memoranda (city and state) found in Appendix "A" of this directive within three (3) days."

A copy of this report is to be sent to the Commanding Officer, Police Board of Inquiry for necessary action.

Deborah R. Francis
Staff Inspector
Internal Affairs Division

DEFENSE 000011

Internal Investigation, IAD #19-1066

On 05-08-19, Internal Affairs was notified of comments made on an "Instagram" page that alleged an officer was chasing a scooter that was involved in an auto accident on 05-07-19 at Tacony and Fraley Streets. The operator of the scooter died as a result of the auto accident.

Lt. James Clough #127 contacted Sgt. Joseph Rossa #482, Accident Investigation, and requested information on the investigation. Sgt. Rossa confirmed that there had been an encounter between P/O Joseph Wolk #6734 and the decedent prior to the accident. Sgt. Rossa provided all pertinent paperwork, including interviews that were conducted by Accident Investigation.

Review of witness statements appear to show that P/O Wolk was not at the location of the accident when it happened. Video was recovered from three (3) locations by Northeast Detective Division. The video appears to corroborate the witness statements and P/O Wolk's statement.

The Police Radio tapes that coincide with the incident were ordered.

Neighborhoods will be conducted this evening closer to the time of the accident. This investigation is ongoing.

A check of the computer files shows:

**P/O Joseph Wolk #6734, PR# 206826, was appointed to the Philadelphia Police Department on 03-26-90, and assigned on 12-16-97, to Highway Patrol.**

Prepared on 05-08-19 by Lt. Louis Higginson #156

Commanding Officer
Internal Affairs Division *A.J.F.*

To *Capt. 4 Sgd*

MAY 09 2019

☐ Action and Reply
☒ Action and Report
☐ Action No Report
☐ Information & File
Suspense Date *9-5-19*

*Departmental Violation*
*- Failure to Follow*
*Departmental Policy*
*Clough*

*Clough*
*5-8-19*

DEFENSE 000012

**Internal Investigation (Update)**

I.A.D. # 19-1066

DC# 19-15-044776

DATE PREPARED: 5-8-19

UPDATED INFORMATION:

On Wednesday, 5-8-19, video surveillance footage was retrieved by members of the Northeast Detective Division and provided to Internal Affairs.  The video footage was recovered from 5400 Eadom St., 5443 Eadom St., and 2200 Fraley St. The video footage shows the motor scooter eluding police throughout the neighborhood, with H-14 (P/O Joseph Wolk #6734 Highway Patrol), and a civilian vehicle pursuing the scooter prior to the accident.

Internal Affairs personnel canvassed the area of 5300 Eadom St., 5300 James St., 2200 Bridge St., 2200 Simon St., 2200 Scattergood St., 2200 Fraley St. for any additional witnesses and video surveillance footage and witnesses.  Lt. Higginson and Lt. Duccilli recovered video footage from the Maritime Charter School, located at 2275 Bridge St.  The scooter is seen traveling eastbound on Bridge St. and the police vehicle is approximately one block back when the accident occurs.

RPC H-14 was visually inspected and photographed at Highway Patrol Headquarters. The scooter was inspected and photographed at the Police Garage at Macalester and Whitaker.  No damage was evident to the RPC, and the scooter had minimal damage.

| Officer | Badge | Payroll # | Appointment Date | District | Date Assigned |
|---------|-------|-----------|------------------|----------|---------------|
| Joseph Wolk | 7078 | 206826 | 3-26-90 | 5300 | 12-16-97 |

| Duty Status | Outside Employment | Uniform | Arrested | Injured |
|-------------|--------------------|---------|----------|---------|
| On | No | Yes | No | No |

Assigned:  Lt. James Clough #127

DEFENSE 000013

STATEMENT OF :   Robert Mattos 53/W/M   DOB: 11-5-65
                 5343 Eadom Street
                 Philadelphia, PA 19137
                 267-777-0066

DATE AND TIME :  5-23-19  4:34 PM

PLACE         :  Internal Affairs Headquarters
                 7790 Dungan Rd
                 Philadelphia, PA 19111

CONCERNING    :  I.A.D. Investigation #19-1066

INTERVIEWED BY:  Lt. James Clough #127

WITNESSES     :

RECORDED BY   :  Lt. James Clough #127

I am investigating the circumstances surrounding a fatal vehicle collision that occurred at Tacony Street and Fraley Street on 5-7-19, at approximately 5:25 PM.

You are advised that this interview is non-custodial and you are free to discontinue and leave at any time.

Q. Do you understand that you can end this interview and leave at any time?
A. Yes

Q. Do you understand that any recording of this interview is strictly prohibited?
A. Yes.

Q. On 5-7-19, did you see a motorcycle being chased by a Philadelphia police vehicle?
A. Yes.

Q. Can you please tell me what you witnessed in the area of 5300 Eadom Street on 5-7-19, at approximately 7:20-7:25 PM?

A. I was outside of my house putting windshield washer fluid in my car and I saw the motorcycle being chased by a police suv, it was heading southbound on Eadom Street. They almost stopped, the kid slowed down and the police suv was trying to get his front end in front of him. The kid on the motorcycle went over the sidewalk into the driveway, over the grassy island at the storage place. The motorcycle went eastbound down Kennedy to James towards 95. The police officer made a u-turn and went after him. The officer went northbound on Eadom Street and eastbound on Kennedy Street. I lost sight of them at that time.

_Robert Mattos_

| Signature | Date | Page 1 |
|---|---|---|
| Robert Mattos | 5-23-19 | |

DEFENSE 000014

About two minutes later, I heard the motorcycle coming; I looked up and saw the motorcycle being chased by a silver car. It had to be about 10 seconds later, the police suv passed by. It was the motorcycle, the silver car, and a gap in time, about 10 seconds the police suv went by. They all went through the stop sign at Kennedy Street and turned right onto Fraley towards State Road (Tacony Street).

Q. Do you recall the number on the police vehicle?
A. No.

Q. Have you ever seen the silver car, or it's operator before?
A. No.

Q. Did the police vehicle have it's overhead red/blue lights and/or audible siren activated at any time that you saw?
A. No.

Q. How many times did you see the motorcycle and police vehicle pass 5300 Eadom Street where you were at?
A. Twice.

Q. Did the silver vehicle have any red/blue lights and/or siren?
A. No.

Q. Was the silver vehicle beeping it's horn or flashing it's headlights?
A. No.

Q. When you saw the motorcycle the second time travel northbound on Eadom Street, was it being pursued by another vehicle?
A. Yes, the silver car.

Q. Did the operator of the motorcycle say anything to the police officer, or the driver of the silver Vehicle as they passed you?
A. No.

Q. When you saw the motorcycle the second time travel northbound on Eadom Street, how fast would you estimate it was traveling?
A. I would say 35-40, they were moving.

Q. When you say that they wee moving, who are you referring to?
A. The motorcycle, the silver car and then the police suv.

Q. When you saw the motorcycle the second time travel northbound on Eadom Street, how far behind the motorcycle was the silver vehicle?
A. Roughly 45 feet. It was about 3 houses.

_Robert Mattos_

| Signature | Date | Page 2 |
| Robert Mattos | 5-23-19 | |

DEFENSE 000015

Q. When you saw the motorcycle the second time travel northbound on Eadom Street, how far behind the motorcycle was the police vehicle?

A. At least 150-160 feet.  I thought that the police suv gave up on the chase and let the silver car take the chase.  I figured that the maybe the silver car was chasing the motorcycle because it was faster and the police car was an suv.  The silver car was aggressive like he was a police officer.

Q. How fast would you estimate the silver vehicle was traveling as it passed you while it was following the motorcycle?

A. About the same speed as the motorcycle. They appeared to speed up as they got past Kennedy. I heard an engine speed up, I could not tell whose engine it was.

Q. How fast would you estimate the police vehicle was traveling when it passed you northbound on Eadom Street?

A. He was slower than the other two.  He seemed to have sped up a little when he passed Kennedy.

Q. Did you see any actual contact between the motorcycle and the police vehicle?

A. No.

Q. Did you see any contact between the police officer and the motorcycle operator at Scattergood Street and Eadom Street?

A. No.

Q. Did all three vehicles completely disregard the stop sign at Kennedy St and Eadom Street?

A. Yes.

Q. Do you have anything else you would like to add to this interview or information that would be helpful in this investigation?

A. No.

THIS STATEMENT CONSISTING OF (3) PAGES
IS CONCLUDED AT 5:12 PM

I HAVE READ THE FOREGOING STATEMENT CONSISTING OF (3) PAGES
AND IT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.

SIGNATURE: *Robert Mattos*

DATE: 5/23   TIME: 5·15

WITNESSES: _____

---

Signature
Robert Mattos

Date
5-23-19

Page 3

DEFENSE 000016

STATEMENT OF :   P/O Joseph Wolk #6734
PR# 206826, Appointed 3-26-90
Assigned to the Highway Patrol on 12-16-97

DATE AND TIME :   9-4-19   11:15 AM

PLACE        :   Philadelphia Police Department
Internal Affairs Division
7790 Dungan Rd.

CONCERNING      :   I.A.D. Investigation #19-1066

INTERVIEWED BY:   Lt. James Clough #127

WITNESSES       :   Danielle Nitti, ESQ.

RECORDED BY     :   Lt. James Clough #127

I am investigating a possible police pursuit and a fatal auto accident involving that occurred on 5-7-19, at approximately 7:25 PM at Tacony Street and Fraley Street.

Q.  Are you represented by counsel?
A.  Yes

You are reminded that failure to cooperate in any Departmental Investigation is punishable by ten (10) days suspension to Dismissal under Article 1-§008-10 of the Disciplinary Code.

You are also reminded that lying or attempting to deceive regarding a material fact during the course of any Departmental investigation is punishable by Dismissal under Article 1-§009-10 of the Disciplinary Code.

Q.  Do you understand this?
A.  Yes

Q.  Any audio/video recording of this interview is strictly forbidden.  Do you understand this?
A.  Yes

Q.  What was your assignment and tour of duty on 5-7-19?
A.   I was working 6:00 PM to 2:00 AM and assigned to RPC H-14.

Q.  Were you using H-14, or another vehicle?
A.  Using H-14.

| Signature | Date | Time | Page |
|---|---|---|---|
| P/O Joseph Wolk #6734 | 09-04-19 | 9-4-19   12:43 PM | Page 1 |

DEFENSE 000017

Q. Were you alone, or with a partner on 5-7-19?
A. I was alone.

Q. Were you operating a marked police vehicle?
A. Yes, H-14 is a marked SUV.

Q. Did you perform a pre-patrol inspection of your emergency equipment (Emergency lights, siren, etc.) prior to the start of your patrol duties on 5-7-19?
A. I would say yes, I don't specifically recall that evenings checks.

Q. Was all of your emergency equipment in working condition when you performed the pre-patrol inspection?
A. I would assume yes, if it wasn't I would have noted it. I use that truck most the time and I know when something is not working properly. That is my assigned vehicle.

Q. What Police Radio band were you monitoring at the time that you attempted to initiate a vehicle investigation on the motorcycle / motor scooter?
A. It was either Northeast or J Band.

Q. Were you in the area of Tacony Street and Fraley Street on 5-7-19, at approximately 7:25 PM?
A. Yes.

Q. On 5-7-19, did you attempt to make a traffic stop / vehicle investigation on a motorcycle, or motorized scooter in the area of Tacony Street and Fraley Street?
A. I was at Tacony St and Bridge St and I saw the scooter traveling westbound on Bridge St and turn northbound on Tacony St. I noticed there was no tag on the motorcycle. I activated the lights and sirens and proceeded northbound on Bridge St. in the left lane. The motorcycle operator refused to stop and after a few seconds he switched lanes and began driving northbound in the southbound lanes. The motorcycle passed Fraley St and he continued to drive northbound in the southbound lanes. The driver was approaching a sharp/blind curve just ahead of him. I didn't know if he was drunk or suicidal. I passed the motorcycle at a high rate of speed to warn the oncoming southbound motorists of the danger ahead. I was trying to avoid a potential collision between the motorcyclist and any vehicles traveling southbound who likely could not see the oncoming motorcycle.

As I approached the curve, I noticed in my side view mirror that the motorcycle was making a U-turn. I made a U-turn and attempted to stop him again. The motorcycle made a right turn on Fraley St. I got behind him once again southbound on James St. I had blown my air horn in an attempt to get him to stop. It went south on James St and made a right turn on a small street, possibly Simon St. The motorcycle drove southbound on Eadom and he drove through a parking lot and doublebacked onto northbound Eadom. I lost sight of him briefly when he had gone into the parking lot. I noticed him in my rearview mirror, exiting the lot area and heading north on Eadom St.

The motorcycle went down another small street towards James St. and he made a southbound turn onto James. I continued to blow the air horn for him to stop. The motorcycle turned westbound onto Scattergood St.

Once on Scattergood St I pulled alongside of the motorcyclist and told him to stop before he had gotten hurt. He stopped the motorcycle and I pulled in front of him. I exited my vehicle and went to the motorcycle. As I approached, the male began pushing the motorcycle backwards with his feet. I got close enough to grab the male by his shirt. As I grabbed him, he accelerated and began to drive away; his shirt ripped and he left Scattergood St and turned right onto northbound Eadom St.

I remember seeing a civilian vehicle, I recognized the driver as a local tow truck operator named Gary, who operates in the northeast. I saw him either on Scattergood or Eadom St. The motorcycle went northbound on Eadom St. I saw Gary turn and begin to drive the same direction as the motorcycle. I reentered my patrol vehicle, and went northbound on Eadom. I lost sight of the motorcycle, but I could see the rear of Gary's gray car. I would guess that Gary's car was about a block and a half in front of me still on Eadom St. I continued to drive northbound on Eadom and I turned eastbound on Fraley St. When I turned onto Fraley St. I did not see the motorcycle and I cannot remember if I saw Gary's car. When I got to James St. I began to turn southbound and I noticed the motorcycle on the ground at Tacony St. I went to Tacony and Fraley and saw the male on the ground and I notified Radio and requested rescue.

Later that night I gave a summarized version of the incident to AID.

Q. Where did you first attempt to initiate a traffic stop / vehicle investigation on the motorcycle / motor scooter?
A. Tacony and Bridge Sts.

Q. What equipment did you use to attempt to initiate the vehicle investigation on the motorcycle / motor scooter?
A. My overhead lights and siren along with the air horn.

Q. Did your emergency equipment appear to have been working when you activated the equipment to initiate a vehicle investigation of the motorcycle / motorscooter?
A. I believe so, yes.

Q. Did the operator of the motorcycle / motor scooter stop when you activated your emergency equipment?
A. No.

---

| Signature | Date | Time | Page 3 |
|---|---|---|---|
| P/O Joseph Wolk #6734 | 09-04-19 | 12:43 pm | |

DEFENSE 000019

Q. Did you engage the motorcycle / motor scooter in a vehicular pursuit?

A. Initially, when I tried to stop him, he did not stop and he entered the lanes in the opposite flow of traffic. I went in that same direction to alert traffic at the turn, the bend in the road ahead. I had gone past him. I was more concerned about the oncoming traffic, not stopping him at that point. At some point, after I made a U-turn, I ended up back behind him and tried to stop him, he did stop at Scattergood and Eadom St. He took off again after I had exited my vehicle.

Q. Did you notify Police Radio that you had attempted to stop the motorcycle?

A. No, I was solo and it happened so quickly.

Q. When did you first broadcast anything to Police Radio regarding the motorcyclist or collision?

A. When I observed the male in the street and the motorcycle on the ground.

Q. Did you have your emergency equipment (red/blue light bar and siren) activated the entire time that you had attempted to stop / followed the motor scooter / motorcycle?

A. I thought I had it on.

Q. How long (elapsed time) do you estimate that the incident lasted?

A. From the time I first tried to stop the motorcycle until I saw the male on the ground it was about two minutes.

Q. Did you have any verbal interaction with the male operating the motorcycle / motor scooter during the pursuit?

A. On Scattergood St. I told him to stop, you're gonna get hurt.

Q. Did any other police vehicles/personnel assist/engage in the attempts to stop the motorcycle?

A. No.

Q. Who is Gary Bove?

A. I know him as a local tow truck operator. I've known him for a number of years. We are not friends, we just know each other to say hello to when we are working.

Q. Can you describe the vehicle that Gary Bove was operating?

A. It was a gray sedan, possibly a Ford.

Q. How did Gary Bove get involved in this incident?

A. I have no idea.

Q. Did you have any communication with Gary Bove during the following of the motorcycle / motor scooter?

A. No.

| Signature | Date | Time | Page 4 |
|---|---|---|---|
| P/O Joseph Wolk #6734 | 09-04-19 | 12:43 PM | |

DEFENSE 000020

Q. Did you have an opportunity to speak with Gary Bove that night after the accident?
A. I saw him on the scene after the accident.

Q. What did Gary Bove tell you regarding the accident?
A. He said that he had seen me trying to stop the male on the motorcycle and struggle with the male.

Q. Did Gary Bove tell you that he had been chasing/pursuing the motorcycle?
A. He said that he was trying to keep an eye on him.

Q. Did you request any help from, or the assistance of Gary Bove in stopping the motorcycle / motor scooter?
A. No.

Q. Did you complete any paperwork in reference to this incident?
A. No. AID handled the accident and that report.

Q. Did you prepare a Philadelphia Police, or Pennsylvania State Police Pursuit Memorandum for the pursuit of the motorcycle / motor scooter?
A. No.

Q. At any time, did your police vehicle contact the motorcycle / motor scooter, or the operator?
A. No.

Q. At any time did the motorcycle / motor scooter contact your police vehicle?
A. No.

Q. Did you witness the collision between the motorcycle / motor scooter and the truck?
A. No.

Q. Where did you last see the motorcycle / motor scooter prior to the collision?
A. When it turned northbound on Eadom St. from Scattergood St.

Q. Did you provide a statement to an Accident Investigation District (AID) investigator on the night of the incident on 5-7-19?
A. I gave a summary of the incident to the officer.

Q. Did you review and sign the statement that you provided to the AID investigator on the night of the incident on 5-7-19?
A. I don't remember. I may have.

| Signature | Date | Time | |
|---|---|---|---|
| P/O Joseph Wolk #6734 | 09-04-19 | 12:43 P.m | Page 5 |

P/O Jh~ #6734

DEFENSE 000021

Q. Were you injured as a result of the incident?
A. Not physically. I have been seeking some therapy from a psychiatrist from the incident.

Q. Do you have anything else to add to this that would be useful in this investigation?
A. No.

This is an on-going investigation being conducted by Internal Affairs. By orders of the Commanding Officer of Internal Affairs you are ordered not to disclose any information discussed here to anyone other than your attorney and FOP representative.

THIS STATEMENT CONSISTING OF (6) PAGES
IS CONCLUDED AT 12:40 PM

I HAVE READ THE FOREGOING STATEMENT CONSISTING OF (6) PAGES
AND IT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.

| Signature | Date | Time | Page 6 |
|---|---|---|---|
| P/O Joseph Wolk #6734 | 09-04-19 | 12:43 Pm | |

DEFENSE 000022

| ACCIDENT INVESTIGATION INTERVIEW RECORD | PHILADELPHIA POLICE DEPARTMENT ACCIDENT INVESTIGATION DIVISION | DC#: 19-15-044126 |
|---|---|---|

| NAME: Gary Bove | SEX: M | RACE: W | AGE: 55 | DOB: 1-12-64 | AID CASE #: 19-742 |
|---|---|---|---|---|---|

| ADDRESS: | STREET NUMBER: 4574 Melrose st. | | | SS#: |
|---|---|---|---|---|
| | CITY: Phila   STATE: PA   ZIP CODE: 19124 | PHONE: | HOME: ( ) - | 215 |
| NAME OF EMPLOYER/SCHOOL: N/A | | | | CELL: ( ) - 9271 668 |

| EMPLOYER/SCHOOL ADDRESS: | STREET NUMBER: N/A | WORK/SCHOOL PHONE #: ( ) - |
|---|---|---|
| | CITY:        STATE:   ZIP CODE: | |

DATES OF PLANNED VACATIONS/BUSINESS TRIPS: N/r

NAME OF CLOSE RELATIVE: NONE

| ADDRESS: NONE | RELATIONSHIP: N/A |
|---|---|
| CITY:   STATE: N/A   ZIP CODE: N/A | PHONE: HOME: ( ) - N/A |
| | CELL: ( ) - N/A |

INTERVIEW LOCATION: ON SCENE

| INTERVIEWED BY: P/O Anderson #5256 | INTERVIEW DATE & TIME STARTING: ENDING: 5-6-19 · 9:22 pm |
|---|---|
| | WITNESSED BY: |

WE ARE QUESTIONING YOU CONCERNING:
Auto Crash Bike vs. Truck.

| INCIDENT DATE: 1 / 5-6-19 |
|---|
| INCIDENT TIME: : |

| WARNINGS GIVEN (75 Misc 3): | REQUEST TO CONSENT TO INTERVIEW (75 Misc 6) | WARNINGS/CONSENT GIVEN DATE & TIME: |
|---|---|---|
| ANSWERS:    (1)  :   (2)   (3)   (4)   (5)   (6)   (7) | | |

Q1 - ARE YOU THE DRIVER OF VEH. 1 OR VEH 2

A1 - Neither - (Witnessed) Auto Acc.

Q2 - What Type of VEH. ARE YOU Driving.

A-2 Ford Fusion - 2015 - (I was not involved)

Q3 - Where their any passengers in the VEH.
with you / who / position in VEH.

A-3        N/A

*(signature)*

| RECORD CHECK: | PPN#: | BMV CHECK: | CHECKED BY: |
|---|---|---|---|
| INTERVIEWEE SIGNATURE: | P/O Anderson #1 | | |
| REVIEWED BY: | | | |

D. -50

DEFENSE 000028

| ACCIDENT INVESTIGATION INTERVIEW RECORD CONTINUATION SHEET | PHILADELPHIA POLICE DEPARTMENT ACCIDENT INVESTIGATION DIVISION | DC 19-15-044176 AID CASE 19-742 |
|---|---|---|

Q4 - WHich WAY WAS you Driving -

A4   E/B on FARley st.

Q5 - WHich wAy wAs The Second VEH. Traveling or PED going - The Bike wAs going E/B on FARley

Q6 - How fast where you Traveling - About 5-

A-6   10 mph. I HAd just turned the corner.

Q7 - How fast was the 2nd PEEH. Traveling (Appox

A-7   NOT sure - BuT le was going preTTy fast.

Q-8 - ARE YOU THE owner of The VEH.

A-8          N/A

Q9 - What Happened - WHere - How - Description
( sTreeT - person - position of vEH )

I was traveling S/B on Tacony Ad made a right on FARley st. Ad a Right on Stues street leaded to my step. when I got to scaTTergood street I saw a P/O grabbing a white male on a Bike pulling him. FHe male on the B.ke pulled away Ad took off on the Bike. THe male went North on EDen street AD made RighT E/B on on fArly stree I made BoTh turns Behind the male But was about 15 to 20 feet Behind him. THe male on the B.ke was traveling fast down FARley st. Ad HAd a 2ed lish. The male did not stop ad tryed to go thJ.

TERVIEWEE SIGNATURE: _____

D.-50                        Page    of           Anderson 5156     DEFENSE 000029

| ACCIDENT INVESTIGATION INTERVIEW RECORD CONTINUATION SHEET | PHILADELPHIA POLICE DEPARTMENT ACCIDENT INVESTIGATION DIVISION | DC 19-15-044176 AID CASE 19-742 |
| --- | --- | --- |

The male went straight into the Back of the Truck
The Bike went straight down - it look like he
try-d to turn But couldn't. The truck try to
turn to the left But was unable to get out
his way. I stopped But moved Because the
same P/O pulled Behind me And told me to move
I got out VEH. And P/O was attending to male.
Q10 Medics responded later.
A10 WAS P/O Behind Bike when Acc Happend
A-10 NO

DID you hear Any Sirens or see P/O lights.
NO.

X [signature]

INTERVIEWEE SIGNATURE:

P/O Anderson 5758

D. -50

Page    of

DEFENSE 000030

| ACCIDENT INVESTIGATION INTERVIEW RECORD | PHILADELPHIA POLICE DEPARTMENT ACCIDENT INVESTIGATION DISTRICT | CASE NO: 19-742 |
|---|---|---|
| | | INTERVIEWER: P/O Eib #1568, AID |

| NAME P/O Wolk #6734 | AGE | RACE | DOB |
|---|---|---|---|

| ADDRESS Highway Patrol | APT. NO: | PHONE NO: 215-686-3103 |
|---|---|---|

| NAME OF EMPLOYER/SCHOOL | PHONE NO: |
|---|---|

| ADDRESS OF EMPLOYER | DEPARTMENT | PHONE NO: |
|---|---|---|

DATES OF PLANNED VACATIONS

DATES OF PLANNED BUSINESS TRIPS

NAME OF CLOSE RELATIVE

| ADDRESS | PHONE NO: |
|---|---|

| PLACE OF INTERVIEW  AID HQ | DATE  5-07-19 | TIME  11:pm |
|---|---|---|

| WE ARE QUESTIONING YOU CONCERNING:  Crash, 5400 Tacony St. | DATE | TIME |
|---|---|---|

| WARNINGS GIVEN BY          Y☐ N☐ | REQUEST TO CONSENT TO INTERVIEW (75Misc6)   Y☐ N☐ | DATE | TIME |
|---|---|---|---|

ANSWERS        (1)      (2)      (3)      (4)      (5)      (6)      (7)

Q: Were you working the 6pm X 2am tour of duty on 5-7-19?
A: Yes.

Q: What was your assignment?
A: Highway 14, solo.

Q: Did your tour bring you in to the area of Bridge and Tacony Streets?
A: Yes.

Q: What was the nature of your assignment?
A: Routine patrol.

Q: Did you come into contact with a scooter?
A: Yes. I was traveling northbound on Tacony St when I noticed a person operating a multi-colored scooter, northbound on Tacony St without a license plate. I activated my emergency lights and sirens in order to conduct a traffic stop. The operator of the scooter refused to stop, instead, the scooter sped up and entered the southbound travel lanes of Tacony St. The operator of the scooter was approaching a blind turn, in the wrong lane of traffic. I Speed up and passed the scooter in an attempt to get to the blind curve before the scooter.

Q: Why did you drive past the scooter?
A: There is no way oncoming southbound vehicle traffic would see the scooter in time, and I wanted to avoid a collision. I actually thought he may be suicidal or DUI. I wanted to alert oncoming traffic of the scooter approaching the bend in the wrong travel lane.

Q: Did the scooter come back into the northbound lanes after you passed it?
A: No. As I approached the bend, I looked into the rearview mirror and saw the operator make a U-Turn.

DEFENSE 000036

ACCIDENT INVESTIGATION
INTERVIEW RECORD

PHILADELPHIA POLICE DEPARTMENT
ACCIDENT INVESTIGATION DISTRICT

Q: What did you do next?
A: I made a U-Turn and caught up to scooter on the 5400 block of James St and again attempted to stop it but the operator again refused to stop. It turned onto Scattergood St and I followed. My vehicle was next to the scooter on Scattergood and I yelled to the operator "STOP, STOP, JUST STOP". I pulled up to the corner of Scattergood and Eadom and exited my vehicle. The scooter was stopped behind me. The operator pushed the scooter backwards to maneuver around the rear of my vehicle. I grabbed the operator by the shirt and held ahold as the driver accelerated and the shirt ripped from the body. The operator made a northbound turn on Eadom St and that's when I lost sight of the scooter.

Q: Did you go after the scooter?
A: No. I believe my lights were off at this point.

Q: Did you see the scooter again after this interaction?
A: Yes.

Q: Where was the scooter?
A: I turned eastbound on Fraley St from Eadom and was making a turn onto James when I looked further down Fraley and noticed the scooter and the operator lying on Tacony St.

Q: What did you do?
A: I backed up from James and went down Fraley St to the accident scene and notified rescue.

Q: Did the operator of the scooter say anything to you?
A: No. He appeared to be deceased. He had a head injury.

Q: Is this the first time you got a good look at the driver?
A: Yes.

Q: Can you describe the driver?
A: White male.

Q: Do you know what caused the crash?
A: I noticed a truck was stopped just south of the accident.

Q: Was the truck involved in the crash?
A: I did not see the crash, but I later found out from the driver of the truck that he was involved with the scooter.

Q: How long did you lose sight of the scooter?
A: About one minute.

Q: Were your lights and Sirens Activated throughout the interaction with the scooter?
A: Yes.

Q: Were you chasing the scooter?
A: No. I was attempting to stop the operator to avoid a collision. The driver became erratic and I was fearful for his safety.

Q: How far did the operator travel?
A: The total distance was less than six blocks. Most of the travel was on Tacony St when I first attempted to make the stop, and he fled on the wrong side of the street.

Q: How long did this interaction take place?
A: About two minutes. That includes the minute or so that I lost sight of it.

2

DEFENSE 000037

ACCIDENT INVESTIGATION
INTERVIEW RECORD

PHILADELPHIA POLICE DEPARTMENT
ACCIDENT INVESTIGATION DISTRICT

Q: How fast was the scooter traveling on Tacony St?
A: About 35MPH.  I was able to pass by him in an attempt to alert oncoming traffic of the potential hazard.

Q: Is there anything you would like to add?
A: No.

DEFENSE 000038

| ACCIDENT INVESTIGATION INTERVIEW RECORD | PHILADELPHIA POLICE DEPARTMENT ACCIDENT INVESTIGATION DIVISION | DC#: |
|---|---|---|
| | | AID CASE #: |

NAME: _Jennifer Schleifeld_   SEX: _F_   RACE: _W_   AGE: _51_   DOB: _9-9-67_   SS#:

ADDRESS: STREET NUMBER: _2246 Charles_

CITY: _Phil_   STATE: _Pa_   ZIP CODE: _19185_

PHONE:   HOME:   CELL: _215-954-9140_

NAME OF EMPLOYER/SCHOOL:

WORK/SCHOOL PHONE #:

EMPLOYER/SCHOOL ADDRESS: STREET NUMBER:

CITY:    STATE:    ZIP CODE:

PLACE OF INTERVIEW: PHONE _215-954 9140_    INTERVIEW DATE & TIME STARTING:

INTERVIEWED BY: P/O JACKSON #5962    WITNESSED BY:

WE ARE QUESTIONING YOU CONCERNING:

_Badge 82_

INCIDENT DATE: _5-7-19_

INCIDENT TIME:

| WARNINGS GIVEN (75 Misc. 3): _N/A_ | REQUEST TO CONSENT TO INTERVIEW (75 Misc. 6) | WARNINGS/CONSENT GIVEN DATE & TIME: |
|---|---|---|
| ANSWERS:   (1)        (2) | (3)        (4)        (5) | (6)        (7) |

DO YOU READ AND UNDERSTAND THE ENGLISH LANGUAGE?

_Yes_

ARE YOU CURRENTLY UNDER THE INFLUENCE OF ANYTHING WHICH WILL AFFECT YOUR MEMORY OR DECISION MAKING?

_No_

WERE YOU INVOLVED IN AND AUTO ACCIDENT?

_No_

ARE YOU THE REGISTERED OWNER OF THIE VEHICLE THAT WAS INVOLVED?

_No_

WHAT WERE YOU DOING AT THE TIME OF THE ACCIDENT?

_N/A_

CAN YOU EXPLAIN WHAT HAPPENED?

_officer was driving the Kid on the Dirt bike Ran into the Rear of the patrol car and then took off. The Police Chase him._

INTERVIEWEE SIGNATURE:

_Jennie Schleifeld   5/8/19_

Page    of

DEFENSE-000039

45000["

| ACCIDENT INVESTIGATION INTERVIEW RECORD CONTINUATION SHEET | PHILADELPHIA POLICE DEPARTMENT ACCIDENT INVESTIGATION DIVISION | DC#: |
| --- | --- | --- |
| | | AID CASE #: |

~~DID YOU ACTUALLY SEE THE ACCIDENT?~~ Where were you at when witnessed the Dirtbike Run into the back of the patrol Car

~~WAS THERE ANYTHING OBSTRUCTING VIEW?~~ He The name is Fibber Magee on Bridge & Right beer scony.

~~WHERE WERE YOU SEATED IN THE CAR?~~ How long had you been there we had just arrived, we were still sitting inside of the car and the car was still Running.

= Who was with you while sitting inside the car.
: Me and my husband George Keenan, and the we live together here at 7246 Charles, a Nicholas Penn

= When Did you 1st notice the Patrol Car
c When I heard the crash and then the the patrol car begn braking

= What was the officers demeanor after being hit by the bike
. He looked very angry and pissed, it looked like the other out to grab the Kids hoise and the Kid took off and the police officer followed behind him.

~~INTERVIEWEE SIGNATURE~~

_Jenny Shepford_    DEFENSE 000041

| ACCIDENT INVESTIGATION INTERVIEW RECORD CONTINUATION SHEET | PHILADELPHIA POLICE DEPARTMENT ACCIDENT INVESTIGATION DIVISION | DC#: |
|---|---|---|
| | | AID CASE #: |

~~DID YOU ACTUALLY SEE THE ACCIDENT?~~ Q= You said that Nicholas Newman was inside the car

~~WAS THERE ANYTHING OBSTRUCTING VIEW?~~

A= Yes, but he does not want to talk to police.

~~WHERE WERE YOU SEATED IN THE CAR?~~

Q= May I have Police contact Nicholas Newman
A= Yes I have to get his number from my husband.
Q= Was there anyone on the back of the Dirtbike.
A= Only the Kid

Q= Was the officer alone by himself in the Patrol Car
A= Yes

Q= How far away were you from what transpired or Beulage.
A= About 10 to 15 ft away.

Q= Could you hear the conversation from the officer
A= NO I could only hear him mumble.

INTERVIEWEE SIGNATURE:

~~:50~~

Page    of

DEFENSE 000042

| ACCIDENT INVESTIGATION INTERVIEW RECORD CONTINUATION SHEET | PHILADELPHIA POLICE DEPARTMENT ACCIDENT INVESTIGATION DIVISION | DC#: |
|---|---|---|
| | | AID CASE #: |

~~Q. DID YOU ACTUALLY SEE THE ACCIDENT?~~ Or How did you hear about the death of the kid on the Dirtbike

~~WAS THERE ANYTHING OBSTRUCTING VIEW?~~

At Facebook and it was an 45 mins to an hour afterwards

~~Q. WHERE WERE YOU SEATED IN THE CAR?~~

Q: Did you know that was the kid on the Dirtbike that you had observed on Bridge earlier

A: No, not until someone from AID had come to the bar. the game was still on and the 76ers were loosing.

Q: How did you become involved.

A: The officer had come into the bar and I asked if there were any cameras inside or out and I asked if this was pertaining to the kid on the Dirtbike that Ran into the back of the patrol car. and he replied Yes. They wanted to interview me tonight, but I asked if it can be done tomorrow. So I gave my name address number.

INTERVIEWEE SIGNATURE:

Q. -50                Page    of    Jenny Shaffer    DEFENSE 000043

# PHILADELPHIA POLICE
# DEPARTMENT
## INTERNAL AFFAIRS
## DIVISION

### NEIGHBORHOOD SURVEY
### FORM

# IAD CASE #19-1066

**INVESTIGATORS:** Lt. Louis Higginson #156 and Lt. Denise Duccilli #459

**LOCATION:** 5200-5400 Eadom Street, 5200-5400 Tacony Street, 5200-5400 James Street, 2200 E. Scattergood Street, 2200 E. Kennedy Street, 2200 Bridge Street, 2200 Simon Street, and 2200 Brill Street

**DATE:** 05-08-19, Wednesday

**TIME:** 4:45PM – 6:20PM

All parties with relevant information will be recorded on a 75-483 form and noted specifically in the investigative memorandum.

If no response, contact information for the assigned investigator must be provided.

| SPECIFIC ADDRESS | NAME      OR      NO RESPONSE | RACE | AGE | PHONE NUMBER |
|---|---|---|---|---|
| **2275 Bridge Street** | Arsenal Business Center, Tacony Street entrance. Cameras located on guard shack. Spoke with Danielle Hankins who checked cameras. Ms. Hankins located footage of the accident and provided it on a flash drive. | W/F | | 215-651-0855 |
| **Bridge and Tacony Streets** | Streets Department pole camera located at intersection. | | | |
| **2205 Bridge Street** | Northeast Treatment Center. Cameras located on top of building. Spoke with Darryl who stated we would need to contact CEO Reagan Kelly for camera information. | | | 215-408-4987 |
| **2221 Bridge Street** | Fibber McGee's Pub. Spoke with owner, Sue. Sue stated there were no cameras on her establishment. | W/F | | 215-289-4504 |
| **2223 Bridge Street** | Private residence. Camera located on rear garage. No answer at door. Letter with contact information left in mailbox. | | | |
| **5312 James Street** | Private residence. Cameras located on side and rear of property facing 2200 Scattergood Street. No answer at door. Letter with contact information left in mail slot. | | | |
| **2254 Fraley Street** | Private residence. Cameras located on side of house facing James Street. Spoke with Luis Rodriguez who stated the cameras were not functional. | H/M | | N/A |
| | | | | |

DEFENSE 000056

## VIDEO TIMELINE

### I.A.D. #19-1066

**Camera 1 (CH.13):**  2251 Fraley St. showing 5400 James St. looking south.

| | |
|---|---|
| **19:15:00** | Video Begins |
| **19:24:04** | Scooter observed traveling westbound on Fraley St. and turns left onto 5400 James St. traveling southbound, followed by Police SUV (H14). |
| **19:24:07** | Scooter observed traveling southbound on 5400 James St. turn right and begins to travel westbound on 2200 Simon St. followed by Police SUV (H14). |
| **19:24:08** | Scooter observed finishing right turn onto 2200 Simon St. westbound out of camera 1 (Ch.13) view. Police SUV (H14) observed making right turn onto 2200 Simon St. westbound, from 5400 James St. |
| **19:24:09** | Police SUV (H14) finishes turn onto 2200 Simon St. westbound out of camera 1 (Ch.13) view. |

**Camera 15:** Views 5400 block of Eadom St. looking north.

| | |
|---|---|
| **7:15:00** | Video Begins |
| **7:24:10** | Scooter observed westbound 2200 Simon St. turning left onto southbound 5400 Eadom St Police SUV (H14) observed behind scooter. |
| **7:24:12** | Scooter observed southbound on 5400 Eadom St. with Police SUV (H14) observed behind scooter |
| **7:24:15** | Scooter observed southbound on 5400 Eadom St. exits camera 15 view. Police SUV (H14) following scooter. |
| **7:24:16** | Police SUV (H14) observed traveling southbound 5400 Eadom St. exits camera 15 view. |

**Camera 5:** Views 5400 block of Eadom St. looking south.

| | |
|---|---|
| **7:15:00** | Video Begins. |
| **7:24:20** | Scooter observed southbound 5400 Eadom St. with Police SUV (H14) traveling southbound 5400 Eadom St. on left side of scooter. (alongside scooter) |

DEFENSE 000057

| | |
|---|---|
| **7:24:22** | Police SUV (H14) observed southbound on 5400 Eadom St. veers right forcing the scooter that is traveling southbound on the 5400 block of Eadom St. into parking lot on the west side of 5400 Eadom St. (Eadom St. & Brill St.) |
| **7:25:25** | Scooter observed in parking lot 5400 Eadom St. traveling northbound in parking lot. Police SUV (H14) observed entering parking lot on 5400 block of Eadom St. |
| **7:24:28** | Police SUV (H14) observed backing out of parking lot on 5400 block of Eadom St. Scooter observed traveling northbound in parking lot. |
| **7:24:32** | Scooter observed proceeding over parking lot partition exiting parking lot onto 5400 Eadom St. Police SUV (H14) observed northbound on 5400 Eadom St. |
| **7:24:33** | Scooter exits camera 5 view. Police SUV (H14) traveling northbound on 5400 Eadom St. |
| **7:24:35** | Police SUV (H14) is out of camera 5 view. |
| **Note:** | There is no video capturing where the Scooter and the Police SUV (H14) traveled after exiting the parking lot and proceed out of camera 5 view. |

**Residential Camera:** 5343 Eadom St. views westbound across 5300 Eadom St.

**Note:** Camera's time cannot be observed on video. Times noted are video run times

| | |
|---|---|
| **5:16** | Scooter observed entering camera view traveling northbound on 5300 Eadom St. |
| **5:18** | Scooter exits camera view traveling northbound 5300 block of Eadom St. |
| **5:21** | Civilian vehicle (Silver Sedan) enters camera view traveling northbound 5300 Eadom St. |
| **5:22** | Civilian vehicle exits camera view traveling northbound 5300 block Eadom St. |
| **5:27** | Police SUV (H14) enters camera view traveling northbound 5300 block Eadom St. |
| **5:28** | Police SUV (H14) exits camera view traveling northbound 5300 Eadom St. |
| **7:22** | Police RPC enters camera view traveling northbound on 5300 Eadom St. |
| **7:23** | Police RPC exits camera view traveling northbound 5300 Eadom St. |
| **10:58** | Police RPC enters camera view traveling northbound on 5300 Eadom St. |
| **10:59** | Police RPC exits camera view traveling northbound on 5300 Eadom St. |
| **12:12** | Video Ends |

DEFENSE 000058

**Camera 5:** Views 5400 block of Eadom St. looking south.

**7:25:20**       Scooter enters camera view traveling northbound on 5400 Eadom St.

**7:25:21**       Scooter exits camera view traveling northbound on 5400 Eadom St.

**7:25:23**       Civilian vehicle (silver sedan) observed entering camera view traveling northbound 5400 Eadom St.

**7:25:24**       Civilian vehicle (Silver sedan) exits camera view traveling northbound on 5400 Eadom St.

**7:25:30**       Police SUV (H14) enters camera view traveling northbound 5400 Eadom St.

**7:25:31**       Police SUV (H14) exits Camera view traveling westbound on 5400 Eadom St.

**7:27:25**       Police RPC observed in camera view traveling northbound on 5400 Eadom St. (Emergency lights activated)

**7:27:27**       Police RPC exits camera view traveling northbound on 5400 Eadom St.

**7:33:59**       Police RPC enters camera 5 view traveling northbound on 5400 Eadom St.

**7:34:02**       Police RPC exits camera view traveling northbound 5400 Eadom St.

**7:35:00**       Camera 5 video ends.


**Camera 15 views north on the 5400 block of Eadom St.**

**7:25:25**       Scooter observed northbound on 5400 block of Eadom St.

**7:25:29**       Scooter observed northbound on 5400 block of Eadom St. with Civilian vehicle (Silver sedan) observed in camera view northbound on 5400 block of Eadom St. following scooter.

**7:25:34**       Scooter observed turning right onto eastbound 2200 Fraley St. from 5400 Eadom ST. Civilian vehicle (Silver sedan) following.

**7:25:35**       Scooter exits camera view.

**7:25:36**       Police SUV (H14) enters camera view traveling northbound on 5400 block of Eadom St. Civilian vehicle (Silver sedan) turning right from 5400 Eadom St. on to eastbound 2200 Fraley St.

**7:25:39**       Civilian vehicle (Silver sedan) turns onto 2200 Fraley St. eastbound out of camera view. Police SUV (H14) approaches turn onto eastbound 2200 Fraley from 5400 Eadom St.

**7:25:45**       Police SUV (H14) turns right onto eastbound 2200 Fraley St. then is out of camera view.

DEFENSE 000059

**7:27:31**      Police RPC observed entering camera view traveling northbound 5400 Eadom St.

**7:27:38**      Police RPC observed turning right onto 2200 Fraley St. eastbound from 5400 Eadom St.

**7:27:40**      Police RPC traveling eastbound on 2200 Fraley St. exits camera view.

**7:31:13**      Police RPC observed entering camera view traveling northbound 5400 Eadom St.

**7:31:23**      Police RPC observed turning right onto eastbound 2200 Fraley St. from northbound 5400 Eadom St.

**7:31:24**      Police RPC exits out of camera view traveling southbound on 2200 Fraley St.

**7:34:14**      Police RPC (H22) is observed in camera view traveling northbound on 5400 block of Eadom St.

**7:34:30**      Police RPC (H22) observed turning right onto eastbound 2200 Fraley St. from Northbound 5400 Eadom St.

**7:34:34**      Police RPC (H22) exits camera view traveling eastbound on 2200 Fraley St.

**7:35:00**      Video Ends.


**Camera 1 (Ch.18) views westbound on 2200 block of Fraley St.**

**19:15:00**      Video begins.

**19:25:38**      Scooter observed northbound on 5400 Eadom St. turning right onto eastbound 2200 Fraley St.

**19:25:43**      Scooter overserved eastbound on 2200 Fraley St. civilian vehicle (Silver Sedan) observed northbound on 5400 Eadom St. turning onto eastbound 2200 Fraley St.

**19:25:45**      Scooter exits camera view. Civilian vehicle (Silver sedan) is observed traveling eastbound 2200 Fraley St.

**19:25:47**      Police SVU (H14) is observed northbound on 5400 Eadom St. turning right onto eastbound 2200 Fraley St. Civilian Vehicle (Silver Sedan) exits camera view traveling eastbound 2200 Fraley St.

**19:25:54**      Police SVU (H14) is observed traveling eastbound 2200 Fraley St. out of camera view.

**19:27:43**      Police RPC is observed northbound on 5400 Eadom St. turning right onto eastbound 2200 Fraley St.

**19:27:49**      Police RPC exits camera view traveling eastbound 2200 block of Fraley St.

DEFENSE 000060

| | |
|---|---|
| **19:31:26** | Police RPC traveling northbound 5400 Eadom St. (Emergency lights activated) turns right onto eastbound 2200 Fraley St. |
| **19:31:31** | Police RPC traveling eastbound on 2200 Fraley St. exits camera view. |
| **19:34:32** | Police RPC (H22) observed northbound on 5400 Eadom St. turning right onto eastbound 2200 Fraley St. |
| **19:34:46** | Police RPC (H22) observed traveling eastbound on 2200 block of Fraley St. exits camera view. |
| **19:35:00** | Video Ends. |

**Camera 1 (Ch.13) 2251 Fraley St. views south, observing 5400 James St.**

| | |
|---|---|
| **19:25:43** | Scooter observed traveling eastbound on 2200 block of Fraley St. |
| **19:25:44** | Scooter exits camera view traveling eastbound on 2200 block of Fraley St. |
| **19:25:46** | Civilian Vehicle (Silver sedan) observed eastbound 2200 block of Fraley St. |
| **19:25:48** | Civilian Vehicle exits camera view, traveling eastbound 2200 block Fraley St. |
| **19:25:53** | Police SUV (H14) observed traveling eastbound on 2200 block of Fraley St. |
| **19:25:54** | Police SUV (H14) begins to turn right onto southbound 5400 block of James St. from eastbound 2200 block of Fraley St. |
| **19:25:25** | Police SUV (H14) stops turning onto southbound 5400 James St. reverses, then proceeds to travel eastbound on the 2200 block of Fraley St. |
| **19:26:04** | Police SUV (H14) exits camera view traveling eastbound on the 2200 block of Fraley St. |
| **19:27:48** | Police RPC observed traveling eastbound on the 2200 block of Fraley St. |
| **19:27:49** | Police RPC exits camera view traveling eastbound 2200 block of Fraley St. |
| **19:31:32** | Police RPC observed traveling eastbound on the 2200 block of Fraley St. |
| **19:31:34** | Police RPC exits camera view traveling eastbound on the 2200 block of Fraley St. |
| **19:34:47** | Police RPC observed traveling eastbound on the 2200 block of Fraley St. |
| **19:34:58** | Police RPC observed turning right onto 5400 block of James St. southbound form eastbound 2200 Fraley St. Police RPC parks on eastside of 5400 James St. |
| **19:35:00** | Video Ends. |

DEFENSE 000061

**Camera NS Alley 5719, Facing eastbound towards Eadom St. and looking east down Scattergood St.**

7:27:11    Silver vehicle turns westbound onto 2200 Scattergood St. from James St.

7:27:20    Scooter and police SUV turn onto 2200 Scattergood St. from James St. Silver vehicle stops on the sidewalk on the north side of Scattergood St.

7:27:29    Police SUV passes the scooter and pulls in front of the scooter in an apparent blocking attempt.

7:27:33    Officer exits the SUV and runs to the rear of the SUV.  The silver vehicle approaches the scooter and police SUV.

7:27:34    The scooter and its operator flee from the rear of the police SUV.  The scooter travels northbound on Eadom St.

7:27:36    The silver vehicle nearly strikes the officer (while on foot), and travels northbound on Eadom Street.

7:27:46    The police SUV travels northbound on Eadom Street.

7:27:49    All vehicles are out of camera view.


**Camera 3:**  Arsenal Security Booth facing Tacony Street.

7:23:35    Scooter and police SUV are seen traveling northbound on Tacony St.

7:23:56    Scooter is seen turning westbound onto Fraley St. form Tacony St.

7:25:41    Scooter is seen eastbound on Fraley St. from Eadom St.

7:25:44    Silver/gray vehicle is seen eastbound on Fraley St. from Eadom St.

7:25:52    Collision occurs at Tacony St. and Fraley St. between the truck and the scooter.

            Police SUV is seen on Fraley St. between Eadom St. and James St.

7:25:56    Police SUV begins to turn onto James St. from Fraley St.

7:25:58    Police SUV stops and reverses back onto Fraley St.  Police SUV proceeds eastbound on Fraley St. to Tacony St. to the accident scene.

DEFENSE 000062