| | |
|---|---|
| **From:** | Terri Snead |
| **To:** | Michael Levin |
| **Subject:** | FW: NEAL MILLER, et al. vs. POLICE OFFICER JOSEPH WOLK |
| **Date:** | Tuesday, January 30, 2024 3:33:41 PM |
| **Attachments:** | image002.png |

**From:** LER2 <LER2@T-Mobile.com>
**Sent:** Monday, July 17, 2023 2:21 PM
**To:** Terri Snead <terri@flagerlaw.com>
**Subject:** RE: NEAL MILLER, et al. vs. POLICE OFFICER JOSEPH WOLK

Good afternoon,

I located this under Tracking ID **4510947**

It was an objection letter we sent to yall due to no docket number on the subpoena as well as it being a prepaid line that is outside our normal range of retention.

There are no records available for you.

Thank you, have a great day!

**John Jezek**
Subpoena Compliance Specialist
**T Mobile**


**From:** Terri Snead <terri@flagerlaw.com>
**Sent:** Monday, July 17, 2023 7:48 AM
**To:** LER2 <LER2@T-Mobile.com>
**Subject:** RE: NEAL MILLER, et al. vs. POLICE OFFICER JOSEPH WOLK

[External]

You don't often get email from terri@flagerlaw.com. Learn why this is important

Would you kindly advise the status of our below request.

Thank you.

Terri Snead
Litigation Paralegal
Flager & Associates, PC
1210 Northbrook Dr.
Suite 280
Trevose, PA 19053
P: 215-953-5200
F: 215-953-5214
FlagerLaw.com



We strive to be a paperless office. I encourage you to send all correspondence, pleadings, discovery, production and every other transmittable item via email or fax instead of US Mail when at all possible. When this form of transmittal occurs, it is not necessary to send a separate copy via US mail.

**From:** Terri Snead
**Sent:** Monday, July 17, 2023 8:28 AM
**To:** 'LERINBOUND@T-Mobile.com' <LERINBOUND@T-Mobile.com>
**Cc:** Michael Levin <michael@flagerlaw.com>
**Subject:** RE: NEAL MILLER, et al. vs. POLICE OFFICER JOSEPH WOLK

Good morning,

Just following up on our below request. Kindly advise the status of the same.

Thank you.

Terri Snead
Litigation Paralegal
Flager & Associates, PC
1210 Northbrook Dr.
Suite 280
Trevose, PA 19053
P: 215-953-5200
F: 215-953-5214
FlagerLaw.com



We strive to be a paperless office. I encourage you to send all correspondence, pleadings, discovery, production and every other transmittable item via email or fax instead of US Mail when at all possible. When this form of transmittal occurs, it is not necessary to send a separate copy via US mail.

**From:** Terri Snead
**Sent:** Thursday, June 29, 2023 11:32 AM
**To:** 'LERINBOUND@T-Mobile.com' <LERINBOUND@T-Mobile.com>
**Cc:** Michael Levin <michael@flagerlaw.com>; 'Derek.Kane@Phila.gov' <Derek.Kane@Phila.gov>
**Subject:** NEAL MILLER, et al. vs. POLICE OFFICER JOSEPH WOLK

Dear Sir/Madam,

Per your instructions, attached please find a Subpoena to Produce with regard to the above-referenced matter.

Should you require anything additional, please advise.

Thank you.

Terri Snead
Litigation Paralegal
Flager & Associates, PC
1210 Northbrook Dr.
Suite 280
Trevose, PA 19053
P: 215-953-5200
F: 215-953-5214
FlagerLaw.com



Flager & Associates, PC

We strive to be a paperless office. I encourage you to send all correspondence, pleadings, discovery, production and every other transmittable item via email or fax instead of US Mail when at all possible. When this form of transmittal occurs, it is not necessary to send a separate copy via US mail.