Placeholder for Video Exhibit

Video 1- Tacony and Fraley