Placeholder for Video Exhibit

Video 2- 5400 James Street