Placeholder for Video Exhibit

Video 3- Eadom Street.dav