Placeholder for Video Exhibit

Video 4- View Down Scattergood