Placeholder for Video Exhibit

Video 5 – 5300 Block Eadom