Placeholder for Video Exhibit

Video 6 – McKenna Incident