Placeholder for Video Exhibit

Video 7 – Full Animation