Placeholder for Video Exhibit

Video 8 – Eadom Animation