Placeholder for Video Exhibit

Video 9 – Scattergood Animation