IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| **NEAL MILLER and DONNA MILLER**, individually and as Administrators of the Estate of Ryan Miller, a minor, deceased.<br><br>v.<br><br>**POLICE OFFICER JOSEPH WOLK, et al.** | **CIVIL ACTION**<br><br>**NO. 20-6301** |
|---|---|

### ORDER RE: MOTION FOR SUMMARY JUDGMENT

**AND NOW**, this 12th day of April, 2024, it is hereby **ORDERED**, for the reasons set forth in the foregoing memorandum, that Defendant Joseph Wolk's Motion for Summary Judgment, ECF 64, is **GRANTED.** The Clerk of Court shall close this case.

BY THE COURT:

/s/ Michael M. Baylson
MICHAEL M. BAYLSON, U.S.D.J.

O:\CIVIL 20\20-6301 Miller v Wolk\20cv6301 - MSJ Order.docx